**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OHIO

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
|---|---|

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Louis**<br>First name | First name |
| | | **Anthony**<br>Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Telerico**<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br>Include your married or maiden names. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-1104** | |

Debtor 1    **Louis Anthony Telerico**                          Case number *(if known)*

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs | ☐ I have not used any business name or EINs.<br><br>_____<br>Business name(s)<br><br>_____<br>EINs |
| **5.** **Where you live** | **545 Bristol Dr**<br>**Aurora, OH 44202**<br>Number, Street, City, State & ZIP Code<br><br>**Portage**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**PO Box 928**<br>**Aurora, OH 44202**<br>Number, P.O. Box, Street, City, State & ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6.** **Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ | *Check one:*<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br><br>_____ |

Debtor 1    **Louis Anthony Telerico**                                    Case number *(if known)* _____

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

**8.  How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No

■ Yes.

| Debtor | **Capital L. Corp.** | | | Relationship to you | **Affiliate** |
| District | **ND Ohio** | When | **4/13/16** | Case number, if known | **16-50850** |
| Debtor | **See Attachment** | | | Relationship to you | |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.  Do you rent your residence?**

■ No.   Go to line 12.

☐ Yes.   Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

17-50236-amk    Doc 1    FILED 02/05/17    ENTERED 02/05/17 14:48:55    Page 3 of 22

Debtor 1  **Louis Anthony Telerico**                    Case number *(if known)* _____

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
| --- | --- |

**12. Are you a sole proprietor of any full- or part-time business?**

☒ **No.**  Go to Part 4.

☐ **Yes.**  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Name of business, if any

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).

☐ **No.**  I am not filing under Chapter 11.

☒ **No.**  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ **Yes.**  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
| --- | --- |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ **No.**

☐ **Yes.**

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

---

17-50236-amk    Doc 1    FILED 02/05/17    ENTERED 02/05/17 14:48:55    Page 4 of 22

Debtor 1    **Louis Anthony Telerico**                                    Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

17-50236-amk    Doc 1    FILED 02/05/17    ENTERED 02/05/17 14:48:55    Page 5 of 22

Debtor 1    **Louis Anthony Telerico**                 Case number *(if known)* _____

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a.    **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.    **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.    State the type of debts you owe that are not consumer debts or business debts

_____

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Louis Anthony Telerico**
_____        _____
**Louis Anthony Telerico**                    Signature of Debtor 2
Signature of Debtor 1

Executed on    **February 5, 2017**           Executed on _____
                MM / DD / YYYY                                MM / DD / YYYY

---

Debtor 1    **Louis Anthony Telerico**

Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Frederic P. Schwieg, Esq.**                    Date    **February  5, 2017**
Signature of Attorney for Debtor                              MM / DD / YYYY

**Frederic P. Schwieg, Esq.**
Printed name

**Frederic P Schwieg Attorney at Law**
Firm name

**2705 Gibson Dr**
**Rocky River, OH 44116-3008**
Number, Street, City, State & ZIP Code

Contact phone    **440-499-4506**            Email address    **fschwieg@schwieglaw.com**

**0030418**
Bar number & State

---

Debtor 1   **Louis Anthony Telerico**      Case number *(if known)* _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Louis Anthony Telerico** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

# FORM 101. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **Capital L. Corp.** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **ND Ohio** | When | **4/13/16** | Case number, if known | **16-50850** |
| Debtor | **Circle T Farm, Inc.** | | | Relationship to you | **Affiliate** |
| District | **ND Ohio** | When | **4/13/16** | Case number, if known | **16-50852** |
| Debtor | **Four Wells Ltd** | | | Relationship to you | **Affiliate** |
| District | **ND Ohio** | When | **4/13/16** | Case number, if known | **16-50851** |
| Debtor | **T X Four Holdings, LLC** | | | Relationship to you | **Affiliate** |
| District | **ND Ohio** | When | **4/13/16** | Case number, if known | **16-50853** |

| | | |
|---|---|---|
| **Fill in this information to identify your case:** | | |

| | | | |
|---|---|---|---|
| Debtor 1 | **Louis Anthony Telerico** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF OHIO | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

| Part 1: | List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders. |
|---|---|

| | | | Unsecured claim |
|---|---|---|---|
| **1** | | What is the nature of the claim? **Guarantee** | $ **$1,520,363.02** |
| | **First National Bank of PA**<br>**166 Main St**<br>**Greenville, PA 16125** | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | |
| | | **Does the creditor have a lien on your property?** | |
| | _____ | ■ No | |
| | Contact | ☐ Yes. Total claim (secured and unsecured) $ _____ | |
| | _____ | Value of security: - $ _____ | |
| | Contact phone | Unsecured claim $ _____ | |

| | | | |
|---|---|---|---|
| **2** | | What is the nature of the claim? **Real Estate Mortgage gurantee** | $ **$515,092.00** |
| | **Dollar Bank Fsb**<br>**3 Gateway Ctr 401 Libert**<br>**Pittsburgh, PA 15222** | **As of the date you file, the claim is:** Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply | |
| | | **Does the creditor have a lien on your property?** | |
| | _____ | ■ No | |
| | Contact | ☐ Yes. Total claim (secured and unsecured) $ _____ | |
| | | Value of security: - $ _____ | |

B104 (Official Form 104)   For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims   Page 1

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com   Best Case Bankruptcy

17-50236-amk   Doc 1   FILED 02/05/17   ENTERED 02/05/17 14:48:55   Page 9 of 22

Debtor 1 __Louis Anthony Telerico__               Case number *(if known)* _____

Contact phone _____       Unsecured claim       $ _____

---

**3**

**Johnson Bank**
**4001 N Main St**
**Racine, WI 53402**

**What is the nature of the claim?**    **Check Credit Or Line**  $ **$269,865.00**
                                      **Of Credit**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
            Value of security:        - $ _____

Contact _____
Contact phone _____         Unsecured claim     $ _____

---

**4**

**Chase Mtg**
**P.o. Box 24696**
**Columbus, OH 43224**

**What is the nature of the claim?**    **Real Estate Mortgage**  $ **$151,957.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
            Value of security:        - $ _____

Contact _____
Contact phone _____         Unsecured claim     $ _____

---

**5**

**Bank Of America**
**Nc4-105-03-14**
**Po Box 26012**
**Greensboro, NC 27410**

**What is the nature of the claim?**    **Credit Card**  $ **$105,764.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)    $ _____
            Value of security:        - $ _____

Contact _____
Contact phone _____         Unsecured claim     $ _____

---

**6**

**Ntl Crdt Sys**
**117 E 24th St**
**New York, NY 10010**

**What is the nature of the claim?**    **05 Villas At Seven**  $ **$63,364.00**
                                      **Canyons**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Louis Anthony Telerico**        Case number *(if known)*

---

■

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                  Value of security:    - $ _____

Contact phone            Unsecured claim    $ _____

---

| **7** | | | | |
|---|---|---|---|---|

**Ciuni & Panichi**
25201 Chagrin Blvd Ste 200
Beachwood, OH 44122

**What is the nature of the claim?**    **Professional Services**   $ **$30,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                  Value of security:    - $ _____

Contact phone            Unsecured claim    $ _____

---

| **8** | | | | |
|---|---|---|---|---|

**Amex**
Correspondence
Po Box 981540
El Paso, TX 79998

**What is the nature of the claim?**    **Credit Card**   $ **$29,143.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                  Value of security:    - $ _____

Contact phone            Unsecured claim    $ _____

---

| **9** | | | | |
|---|---|---|---|---|

**Chase Card**
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

**What is the nature of the claim?**    **Credit Card**   $ **$26,150.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)    $ _____

Contact                  Value of security:    - $ _____

Contact phone            Unsecured claim    $ _____

---

| **10** | | | | |
|---|---|---|---|---|

**Chase Card**

**What is the nature of the claim?**    **Credit Card**   $ **$25,104.00**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Debtor 1    **Louis Anthony Telerico**                    Case number *(if known)*  _____

Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)          $ _____
   Value of security:                              - $ _____
   Unsecured claim                                  $ _____

---

**11**

**Chase Card**
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

What is the nature of the claim?     **Credit Card**     $ **22,288.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)          $ _____
   Value of security:                              - $ _____
   Unsecured claim                                  $ _____

---

**12**

**Chase Card**
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

What is the nature of the claim?     **Credit Card**     $ **19,971.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

_____

Contact phone

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)          $ _____
   Value of security:                              - $ _____
   Unsecured claim                                  $ _____

---

**13**

**Chase Card**
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

What is the nature of the claim?     **Credit Card**     $ **17,706.00**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

Contact

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)          $ _____
   Value of security:                              - $ _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 4

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

17-50236-amk    Doc 1    FILED 02/05/17    ENTERED 02/05/17 14:48:55    Page 12 of 22

Debtor 1   **Louis Anthony Telerico**      Case number *(if known)* _____

Contact phone _____      Unsecured claim    $ _____

---

**14**   **Mercedes-Benz Financial**
Po Box 685
Roanole, TX 76262

| What is the nature of the claim? | **Auto Lease** | $ **$16,399.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**15**   **Chase Card Services**
Correspondence Dept
Po Box 15278
Wilmington, DE 19850

| What is the nature of the claim? | **Credit Card** | $ **$12,356.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**16**   **Advanta Bk**
Welsh and McKean Roads
Po Box 844
Spring House, PA 19477

| What is the nature of the claim? | **Charge Account** | $ **$10,962.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

**Does the creditor have a lien on your property?**

- ☑ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
  - Value of security:    - $ _____
  - Unsecured claim    $ _____

Contact _____

Contact phone _____

---

**17**   **Fifth Third Bank**
Attn: Bankruptcy
1850 East Paris Ave, Se
Grand Rapds, MI 49546

| What is the nature of the claim? | **Credit Card** | $ **$10,488.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☑ None of the above apply

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    __Louis Anthony Telerico__      Case number *(if known)* _____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)   $ _____

Contact _____

       Value of security:   - $ _____

Contact phone _____

       Unsecured claim   $ _____

---

| **18** | **Amex** | **What is the nature of the claim?** | **Credit Card** | $ **$7,231.00** |

**Amex**
**Correspondence**
**Po Box 981540**
**El Paso, TX 79998**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)   $ _____

Contact _____

       Value of security:   - $ _____

Contact phone _____

       Unsecured claim   $ _____

---

| **19** | **Amex** | **What is the nature of the claim?** | **Credit Card** | $ **$5,341.00** |

**Amex**
**Correspondence**
**Po Box 981540**
**El Paso, TX 79998**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)   $ _____

Contact _____

       Value of security:   - $ _____

Contact phone _____

       Unsecured claim   $ _____

---

| **20** | **Discover Financial** | **What is the nature of the claim?** | **Credit Card** | $ **$4,129.00** |

**Discover Financial**
**Po Box 3025**
**New Albany, OH 43054**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)   $ _____

Contact _____

       Value of security:   - $ _____

Contact phone _____

       Unsecured claim   $ _____

---

**Part 2:**    **Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor 1 | **Louis Anthony Telerico** | | Case number *(if known)* | |
|---|---|---|---|---|

| **X** | /s/ **Louis Anthony Telerico** | **X** | |
|---|---|---|---|
| | **Louis Anthony Telerico** | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |

Date   **February  5, 2017**            Date

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          **Page 7**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

17-50236-amk    Doc 1    FILED 02/05/17    ENTERED 02/05/17 14:48:55    Page 15 of 22

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Ohio

In re **Louis Anthony Telerico**      Case No. _____

Debtor(s)     Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   ☐ **FLAT FEE**

   For legal services, I have agreed to accept ................................. $ _____

   Prior to the filing of this statement I have received ..................... $ _____

   Balance Due ................................................................ $ _____

   ☑ **RETAINER**

   For legal services, I have agreed to accept and received a retainer of ...... $     **20,000.00**

   The undersigned shall bill against the retainer at an hourly rate of ........ $     **300.00**
   [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

   **amount paid is a retainer fees to be charged hourly**

2. The source of the compensation paid to me was:

   ☐ Debtor     ☑ Other (specify):    **Debtors Sister and Wife ($5,500) gifts**

3. The source of compensation to be paid to me is:

   ☑ Debtor     ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

In re   **Louis Anthony Telerico**                      Case No. _____

                                 Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding. |

**February 5, 2017**                              **/s/ Frederic P. Schwieg, Esq.**
*Date*                                        **Frederic P. Schwieg, Esq. 0030418**
                                          *Signature of Attorney*
                                          **Frederic P Schwieg Attorney at Law**
                                          **2705 Gibson Dr**
                                          **Rocky River, OH 44116-3008**
                                          **440-499-4506   Fax: 440-398-0490**
                                          **fschwieg@schwieglaw.com**
                                          *Name of law firm*

Advanta Bk
Welsh and McKean Roads
Po Box 844
Spring House, PA 19477


American Profit Recovery
34405 West 12 Miles Road #333
Farmington Hills, MI 48331


Amex
Correspondence
Po Box 981540
El Paso, TX 79998


Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410


Bank of America NA
101 Styron St
Charlotte, NC 28255


Cbe Group
Attn: Bankruptcy
Po Box 900
Waterloo, IA 50704


Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850


Chase Card Services
Correspondence Dept
Po Box 15278
Wilmington, DE 19850


Chase Mtg
P.o. Box 24696
Columbus, OH 43224


Circle T Farm Inc.

Ciuni & Panichi
25201 Chagrin Blvd Ste 200
Beachwood, OH 44122


David Freeburg, Esq.
6690 Beta Dr
Cleveland, OH 44143


Dennis Gehrisch
8345 Harbor Dr
Mentor, OH 44060


Discover Financial
Po Box 3025
New Albany, OH 43054


Dollar Bank Fsb
3 Gateway Ctr 401 Libert
Pittsburgh, PA 15222


Dominion East
1201 E 55th St
Cleveland, OH 44103


Fifth Third Bank
Attn: Bankruptcy
1850 East Paris Ave, Se
Grand Rapds, MI 49546


First National Bank of PA
166 Main St
Greenville, PA 16125


Hahn Loeser
c/o Rocco Debitteto, Esq.
200 Public Sq Ste 2800
Cleveland, OH 44114


Internal Revenue Service
PO BOX 7346
Philadelphia, PA 19101-5016


Johnson Bank
4001 N Main St
Racine, WI 53402

Mercedes-Benz Financial
Po Box 685
Roanole, TX 76262


Ntl Crdt Sys
117 E 24th St
New York, NY 10010


Ohio Attorney General
Collections Enforcement Section
attn Bankruptcy Staff
150 E Gay ST Fl 21
Columbus, OH 43215


Ohio Department of Taxation
Attn Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530


Portage County Common Pleas
Civil Division
PO BOX 1035
Ravenna, OH 44266-1035


Portage County Prosecutor
Civil Division
241 S Chestnut St
Ravenna, OH 44266


Portage County Treasurer
449 S Meridian St FL1
Ravenna, OH 44266-1217


Robert Ranallo
9700 Hobart Rd
Willoughby, OH 44094


Southwest Credit Systems
4120 International Parkway Ste 1100
Carrollton, TX 75007


Stifel Bank and Trust
955 Executive Pkwy Ste 216
Saint Louis, MO 63141

```
Susan Lax, Esq.
755 White Pond Dr Ste 403
Akron, OH 44320


Timothy Bolton Esq
Atrium Lvl 2
201 E Commerce Blvd
Youngstown, OH 44503


United States Attorney General
Main Justice Bldg
10th & Constitution Ave NW
Washington, DC 20530


US Attorney-- ND Ohio
Attn Bankruptcy Section
801 W Superior Ave Ste 400
Cleveland, OH 44113-1852
```

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. _____ |
| | ) | |
| **Louis Anthony Telerico** | ) | Chapter   **11** |
| | ) | |
| **Debtor(s)** | ) | Judge   **Judge Alan M. Koschik** |
| | ) | |
| | ) | **DECLARATION RE: ELECTRONIC** |
| | ) | **FILING OF DOCUMENTS AND** |
| | ) | **STATEMENT OF SOCIAL SECURITY** |
| | ) | **NUMBER** |

## Part I - Declaration of Petitioner

I [We]   **Louis  Anthony  Telerico**   and _____, the undersigned debtor(s), ***hereby  declare under penalty of perjury*** that the information I have given my attorney and the information provided in the electronically filed petition, statements, and schedules, as well as in any other documents that must contain original signatures, is true, correct, and complete.  I consent to my attorney sending my petition, this declaration, statements, and schedules, and any other documents that must contain original signatures, to the United States Bankruptcy Court. The DECLARATION RE: ELECTRONIC FILING shall be filed the same day the petition is filed.

I am aware that I may proceed under chapter 7, 11, 12 or 13 of Title 11 of the United States Code, understand the relief available under each chapter, and choose to proceed under the chapter specified in the petition.

I [We] ***further declare under penalty of perjury*** that [*check appropriate box(es)*]:

■      The Social Security Number that I, the Debtor, have given to my attorney, which will be submitted to the Court as part of the electronic case opening process, is true, correct, and complete.

☐      I, the Debtor, do not have a Social Security Number.

☐      The Social Security Number that I, the Joint Debtor, have given to my attorney, which will be submitted to the Court as part of the electronic case opening process, is true, correct, and complete.

☐      I, the Joint Debtor, do not have a Social Security Number.

☐      [*Check box if petitioner is a corporation or partnership*] I declare under penalty of perjury that the information provided in the petition is true, correct, and complete, and that I have been authorized to file the petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in the petition.

Dated:   **February  5, 2017**     Signed: _____
                                          **Louis Anthony Telerico**
                                          (Debtor)

## Part II - Declaration of Attorney

I ***declare under penalty of perjury*** that I have reviewed the above debtor's petition and that the information is complete and correct to the best of my knowledge.  The debtor(s) will have signed this form before I submit the petition, schedules, and statements, or any other documents that must contain original signatures.  I will give the debtor(s) a copy of all forms and information to be filed with the United States Bankruptcy Court, and have followed all other requirements of Local Bankruptcy Rule 5005-4 and the Electronic Case Filing (ECF) Administrative Procedures Manual. I further declare that I have examined the above debtor's petition, schedules, and statements, and any other documents that must contain original signatures, and to the best of my knowledge and belief, they are true, correct, and complete.  If an individual, I further declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of Title 11, United States Code, and have explained the relief available under each such chapter. This declaration is based on all information of which I have knowledge. I understand that failure to file the signed original of this DECLARATION will cause this case to be dismissed.

Dated:   **February  5, 2017** _____           _____
                                                **Frederic P. Schwieg, Esq. 0030418**
                                                Attorney for Debtor(s)