This document was signed electronically on May 8, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: May 8, 2018



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE LOUIS TELERICO<br>*Debtor* | CASE NO. 17-50236<br>JUDGE ALAN M KOSCHIK<br>CHAPTER 11 |

**ORDER GRANTING SECOND INTERIM APPLICATION OF FREDERIC P. SCHWIEG, ESQ. ATTORNEY AT LAW FOR APPROVAL OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION**

Before the Court is the Second Interim Application of Frederic P. Schwieg, Esq. Attorney at Law for Approval of Compensation and Reimbursement of Expenses as Counsel for Debtor and Debtor in Possession [Doc. 93] ("Motion"). All parties in interest having been duly served with notice of the Motion and the deadline to respond, and no party in interest having appeared in opposition to the Motion, the Court being fully apprised in the premises, FINDS and ORDERS as follows:

THE COURT FINDS that the compensation requested as adjusted by the court at the hearing is reasonable taking into account the nature and extent of such services, the time spent on such services, and the rates charged. The Court finds that the services rendered were necessary to the administration of the case, that they were performed in a reasonable amount of time

commensurate with the complexity and importance and nature of the claim presented. The Court finds that Mr. Schwieg has demonstrated skill and experience in the bankruptcy field and the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than under this title.

IT IS THEREFORE ORDERED THAT Frederic P. Schwieg's request for legal fees in the amount of $16,605.00 and expenses of $280.10 and allowing him $16,885.10 as an administrative expense is hereby APPROVED and he is authorized to pay a part of that sum from the remaining retainer he holds of $1,076.51.

### 

Prepared By:
/s/ Frederic P. Schwieg, Esq.
Frederic P. Schwieg, Esq. (0030418)
Attorney at Law
2705 Gibson Dr
Rocky River, OH 44116
(440) 499-4506
Fax (440) 398-0490
fschwieg@schwieglaw.com
    ECF Service

The following is a list of the parties who are on the list to receive e-mail notice/service for this case:

Todd A. Atkinson on behalf of Interested Party Stifel Nicolaus & Company, Inc.
tatkinson@ulmer.com

Bryan J. Farkas on behalf of Creditor James Mirgliotta
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com

Scott D. Fink on behalf of Creditor Park View Federal Savings Bank
ecfndoh@weltman.com

David A. Freeburg on behalf of Creditor Bank of America NA
david@freeburglaw.com

Michael J. Occhionero on behalf of Creditor First National Bank fka Park View Federal Savings Bank
mjocolpa@sbcglobal.net

Richard P. Schroeter, Jr on behalf of Creditor Ohio Bureau of Workers'Compensation
rschroeter@amer-collect.com, crogers@amer-collect.com;HouliECF@aol.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Department Of Job & Family Services
rschroeter@amer-collect.com, crogers@amer-collect.com;HouliECF@aol.com

FEE APP2-18-04-03-ORDER

Richard P. Schroeter, Jr on behalf of Creditor Ohio Department of Taxation
rschroeter@amer-collect.com, crogers@amer-collect.com;HouliECF@aol.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Louis Anthony Telerico
fschwieg@schwieglaw.com

David J. Sternberg on behalf of Creditor Brian Zeid
djsternberg@ameritech.net

Steven L. Wasserman on behalf of Creditor Dollar Bank, FSB
swasserman@westonhurd.com, specek@westonhurd.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

**FEE APP2-18-04-03-ORDER**