This document was signed electronically on June 22, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: June 22, 2018



_____
ALAN M. KOSCHIK
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE LOUIS A. TELERICO<br>*Debtor* | CASE NO. 17-50236<br>JUDGE ALAN M KOSCHIK<br>CHAPTER 11 |

### AGREED ORDER RESOLVING TREASURER OF PORTAGE COUNTY, OHIO'S OBJECTION TO DISCLOSURE STATEMENT VERSION 1.3 FOR LOUIS A TELERICO AND PLAN OF REORGANIZATION VERSION 1.3 FOR LOUIS A TELERICO AND ADJOURNING SAME TO HEARING ON CONFIRMATION OF PLAN

Before the Court is the Treasurer of Portage County, Ohio's Objection To Disclosure Statement Version 1.3 for Louis a Telerico and Plan Of Reorganization Version 1.3 for Louis a Telerico [Doc.118] ("Objection") objecting to Disclosure Statement Version 1.3 for Louis A. Telerico filed on June 12, 2018 [Doc. 116] ("Disclosure Statement") and to the Plan of Reorganization Version 1.3 of the Debtor Dated June 12, 2018 [Docket No.114] ("Plan"). The Court having reviewed the Objection and the parties agreeing to the entry of this Order;

IT IS ORDERED, and notice is hereby given that the Objection is carried forward as an Objection to the Plan and is scheduled for August 28, 2018 at 10:00 AM with the hearing on confirmation of the Plan ("Confirmation Hearing");

###

| Prepared by: | Agreed to by: |
|---|---|
| | Victor V. Vigliucci (0012579) |
| /s/ Frederic P. Schwieg | Portage County Prosecuting Attorney |
| Frederic P. Schwieg, Esq.(#0030418) | /s/ Allison Blakemore Manayan |
| 2705 Gibson Dr. | Allison Blakemore Manayan (0042026) |
| Rocky River, OH 44116 | Assistant Prosecuting Attorney |
| (440) 499-4506; Fax (440) 398-0490 | 241 S. Chestnut St. |
| fschwieg@schwieglaw.com | Ravenna, OH 44266 |
| Attorney for Debtor | (330) 297–3850 |
| | (330) 297–4594 (fax) |
| | Attorney for Treasurer of Portage County Ohio |

ECF Service:

Todd A. Atkinson on behalf of Defendant Stifel Nicolaus & Company, Inc.
tatkinson@ulmer.com

Todd A. Atkinson on behalf of Interested Party Stifel Nicolaus & Company, Inc.
tatkinson@ulmer.com

Philip Leonard Bednar on behalf of Defendant Internal Revenue Service
philip.l.bednar@usdoj.gov, northern.taxcivil@usdoj.gov

Bryan J. Farkas on behalf of Creditor James Mirgliotta
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com

Bryan J. Farkas on behalf of Defendant James Mirgliotta
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com

Scott D. Fink on behalf of Creditor Park View Federal Savings Bank
ecfndoh@weltman.com

Scott D. Fink on behalf of Defendant Dennis Gehrisch
ecfndoh@weltman.com

Scott D. Fink on behalf of Defendant Robert Ranallo
ecfndoh@weltman.com

Stephen R. Franks on behalf of Creditor Bank of America NA
amps@manleydeas.com

Stephen R. Franks on behalf of Defendant Bank of America
amps@manleydeas.com

Bryan T. Kostura on behalf of Defendant Bank of America
bkostura@mcglinchey.com, hhines@mcglinchey.com;jlucas@mcglinchey.com

Allison Manayan on behalf of Defendant Portage County Treasurer
amanayan@portageco.com

Michael J. Occhionero on behalf of Creditor First National Bank fka Park View Federal Savings Bank
mjocolpa@sbcglobal.net

Michael J. Occhionero on behalf of Defendant First National Bank
mjocolpa@sbcglobal.net

James W. Sandy on behalf of Defendant Bank of America
jsandy@mcglinchey.com, hhines@mcglinchey.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Bureau of Workers'Compensation
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Department Of Job & Family Services
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Department of Taxation
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Richard P. Schroeter, Jr on behalf of Defendant Ohio Department of Taxation
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Louis Anthony Telerico
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Plaintiff Louis Anthony Telerico
fschwieg@schwieglaw.com

David J. Sternberg on behalf of Creditor Brian Zeid
djsternberg@ameritech.net

Joshua Ryan Vaughan on behalf of Creditor Ohio Department of Taxation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM

Steven L. Wasserman on behalf of Creditor Dollar Bank, FSB
swasserman@westonhurd.com, specek@westonhurd.com

Steven L. Wasserman on behalf of Defendant Dollar Bank
swasserman@westonhurd.com, specek@westonhurd.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov