Northern District Of Ohio
455 John F. Seiberling Federal Building
US Courthouse
2 South Main Street
Akron, OH 44308
**Case No. 17−50236−amk**

**In re:**
Louis Anthony Telerico
PO Box 928
Aurora, OH 44202

**Social Security No.:**
xxx−xx−1104

# NOTICE OF HEARING

**To the Creditors and Parties in Interest:**

Notice is hereby given that a hearing in the above case will be held at the U.S. Bankruptcy court on:

**Date/Time/Location of Hearing**
August 28, 2018 at 10:00 am
US Bankruptcy Court, 2 S. Main St, 260 John F. Seiberling Federal Building
Akron, OH 44308

To consider and act upon the following matters:

Motion to Convert Case from Chapter 11 to Chapter 7 or, in the Alternative, to Dismiss Case. Filed by U.S. Trustee

**Dated:** July 11, 2018                  For the Court
Form ohnb187                        Teresa D. Underwood, Clerk