This document was signed electronically on August 3, 2018, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: August 3, 2018



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| In re: | ) | Case Number: 17-50236 |
|---|---|---|
| | ) | |
| Louis A. Telerico | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Alan M. Koschik |
| | ) | |

**AGREED ORDER GRANTING MOTION OF STIFEL NICOLAUS & COMPANY, INC. EXTENDING THE TIME TO OBJECT TO THE DEBTOR'S PLAN AND THE DEBTOR'S TIME TO RESPOND THERETO**

Before the Court is the Motion of Stifel Nicolaus & Company, Inc. ("Stifel"), for an Order Extending the Time to Object to the Debtor's Plan and the Debtor's Time to Respond Thereto (the "Motion"). Stifel has alleged that good cause exists for granting the Motion and that all necessary parties were served with the Motion. As evidenced by the Debtor's counsel's approval below, the Debtor has consented to the granting of the Motion.

The Court FINDS that the Motion states good cause for the relief requested and that it should be granted.

IT IS THEREFORE ORDERED THAT:

1. The deadline for Stifel to object to the Debtor's Plan is extended to August 10, 2018;

2. The deadline for the Debtor to respond to Stifel's objection, if any, is extended to August 22, 2018; and

3. The Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

IT IS SO ORDERED.

###

Submitted by:

/s/ Todd A. Atkinson
Brad A. Sobolewski (0072835)
Todd A. Atkinson (0077374)
Ulmer & Berne LLP
1660 West 2nd Street, Suite 1100
Cleveland, Ohio 44113-1448
(216) 583-7000
(216) 583-7001 Fax
bsobolewski@ulmer.com
tatkinson@ulmer.com
*Counsel for Stifel Nicolaus & Company, Inc.*

Agreed to by:

/s/ Frederic P. Schwieg
Frederic P. Schwieg (0030418)
2705 Gibson Dr.
Rocky River, OH 44116
(440) 499-4506

(440) 398-0490 Fax
fschwieg@schwieglaw.com
*Counsel for Debtor*

3

17-50236-amk    Doc 132    FILED 08/03/18    ENTERED 08/03/18 15:43:49    Page 3 of 5

## SERVICE LIST

**Electronic Mail Notice List**

The following is the list of parties who are currently on the list to receive email notice/service for this case:

Philip Leonard Bednar    philip.l.bednar@usdoj.gov, northern.taxcivil@usdoj.gov

Bryan J. Farkas on behalf of James Mirgliotta at bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com

Scott D. Fink on behalf of Dennis Gehrisch and Robert Ranallo at ecfndoh@weltman.com

Stephen R. Franks on behalf of Bank of America at amps@manleydeas.com

Bryan T. Kostura on behalf of Bank of America at bkostura@mcglinchey.com, hhines@mcglinchey.com;jlucas@mcglinchey.com

Allison Manayan on behalf of Portage County Treasurer at amanayan@portageco.com

Michael J. Occhionero on behalf of First National Bank at mjocolpa@sbcglobal.net

James W. Sandy on behalf of Bank of America at jsandy@mcglinchey.com, hhines@mcglinchey.com

Richard P. Schroeter on behalf of Ohio Department of Taxation rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

David J. Sternberg    djsternberg@ameritech.net

United States Trustee    (Registered address)@usdoj.gov

Steven L. Wasserman on behalf of Dollar Bank at swasserman@westonhurd.com, specek@westonhurd.com

Maria D. Giannirakis of The United States Trustee's Office at maria.d.giannirakis@usdoj.gov

## Mail Notice List

The following is the list of parties who are currently on the list to receive mail service for this case:

Susan J. Lax
755 White Pond Drive, Suite 403
Akron, OH 44320

Daniel Miller
221 Summit Street SE
North Canton, OH 44720

Deborah Nashmy
Blue Rock Select LLC
7395 Center St
Mentor, OH 44060

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

Louis Anthony Telerico
545 Bristol Dr
Aurora, OH 44202

2422990 5

17-50236-amk    Doc 132    FILED 08/03/18    ENTERED 08/03/18 15:43:49    Page 5 of 5