# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE LOUIS A. TELERICO<br>*Debtor* | CASE NO. 17-50236<br>JUDGE ALAN M KOSCHIK<br>CHAPTER 11 |

### WRITTEN REPORT OF VOTES FOR AND AGAINST THE PLAN

Louis A Telerico as Debtor and Debtor in Possession ("Debtor") reports to the Court on the of the votes for and against the Plan of Reorganization Version 1.3 of the Debtor Dated June 12, 2018 [Docket No.114] ("Plan").

| | | Vote |
|---|---|---|
| **Class 1** | | |
| Portage Treasurer | $424,793.37 | |
| **Class 2** | | |
| Bank of America | $3,732,925.43 | |
| **Class 3** | | |
| Stifel Nicolas | $555,571.36 | Reject |
| **Class 4 Unsecured** | | |
| Discover Bank | $4,297.82 | Reject |
| AMEX | $49,471.02 | Accept |
| First National Bank of Pennsylvania | $1,461,100.30 | Reject |
| Hahn Loeser | $400.00 | Accept |

Respectfully Submitted,
/s/ Frederic. P. Schwieg, Esq.

Frederic. P. Schwieg, Esq. (0030418)
2705 Gibson Dr
Rocky River, Ohio 44116
(440) 499-4506
fax (440) 398-0490
fschwieg@schwieglaw.com
Attorney for Debtor

### CERTIFICATE OF SERVICE

A copy of this Ballot Report was served by Notice of Electronic Filing and if necessary upon the following, by regular U.S. mail, postage on the date filed.

G:\My Drive\Clio\Telerico, Lou\Telerico-Bankruptcy-00062\Plans\Confirmation HG\Ballots\Ballot report.xlsx.docx

1

Todd A. Atkinson on behalf of Defendant Stifel Nicolaus & Company, Inc.
tatkinson@ulmer.com, 4442920420@filings.docketbird.com

Todd A. Atkinson on behalf of Interested Party Stifel Nicolaus & Company, Inc.
tatkinson@ulmer.com, 4442920420@filings.docketbird.com

Philip Leonard Bednar on behalf of Defendant Internal Revenue Service
philip.l.bednar@usdoj.gov, northern.taxcivil@usdoj.gov

Bryan J. Farkas on behalf of Creditor James Mirgliotta
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com

Bryan J. Farkas on behalf of Defendant James Mirgliotta
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com

Scott D. Fink on behalf of Creditor Park View Federal Savings Bank
ecfndoh@weltman.com

Scott D. Fink on behalf of Defendant Dennis Gehrisch
ecfndoh@weltman.com

Scott D. Fink on behalf of Defendant Robert Ranallo
ecfndoh@weltman.com

Stephen R. Franks on behalf of Creditor Bank of America NA
amps@manleydeas.com

Stephen R. Franks on behalf of Defendant Bank of America
amps@manleydeas.com

Bryan T. Kostura on behalf of Defendant Bank of America
bkostura@mcglinchey.com, hhines@mcglinchey.com;jlucas@mcglinchey.com

Allison Manayan on behalf of Defendant Portage County Treasurer
amanayan@portageco.com

Michael J. Occhionero on behalf of Creditor First National Bank fka Park View Federal Savings Bank
mjocolpa@sbcglobal.net

Michael J. Occhionero on behalf of Defendant First National Bank
mjocolpa@sbcglobal.net

James W. Sandy on behalf of Defendant Bank of America
jsandy@mcglinchey.com, hhines@mcglinchey.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Bureau of Workers'Compensation
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Department Of Job & Family Services
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Department of Taxation
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Richard P. Schroeter, Jr on behalf of Defendant Ohio Department of Taxation
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg

G:\My Drive\Clio\Telerico, Lou\Telerico-Bankruptcy-00062\Plans\Confirmation HG\Ballots\Ballot report.xlsx.docx

fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Louis Anthony Telerico
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Plaintiff Louis Anthony Telerico
fschwieg@schwieglaw.com

David J. Sternberg on behalf of Creditor Brian Zeid
djsternberg@ameritech.net

Steven L. Wasserman on behalf of Creditor Dollar Bank, FSB
swasserman@westonhurd.com, specek@westonhurd.com

Steven L. Wasserman on behalf of Defendant Dollar Bank
swasserman@westonhurd.com, specek@westonhurd.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

/s/ Frederic P. Schwieg
Frederic P. Schwieg