IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE LOUIS TELERICO<br>*Debtor* | CASE NO. 17-50236<br>JUDGE ALAN M KOSCHIK<br>CHAPTER 11 |

**EMERGENCY AMENDED MOTION OF LOUIS TELERICO TO RESCHEDULE HEARING ON CONFIRMATION OF PLAN VERSION 1.3 AND RELATED OBJECTIONS AND MOTIONS**

Louis A. Telerico, the debtor and Debtor in Possession in the within bankruptcy case ("Debtor"),moves the Court to reschedule the hearing currently set for August 28, 2108 at 10:00 AM ("Hearing") on confirmation of the Plan of Reorganization Version 1.3 of the Debtor [Doc.114] ("Plan") and the following: 1) Amended Objection to Confirmation of Plan (Docket Number 115)1 [Doc. 123] filed by Bank of America NA; 2) Creditor United States of America's Objection to Plan Confirmation [Doc. 128]; 3) State of Ohio, Department of Taxation's Objection to Debtor's Plan of Reorganization Version 1.3 [Doc. 130]; 4) Treasurer of Portage County, Ohio's Objection To Disclosure Statement Version 1.3 for Louis a Telerico and Plan Of Reorganization Version 1.3 for Louis a Telerico [Doc.118]; and the 5) Objection of the United States Trustee to Confirmation of Debtor's Plan of Reorganization [Doc. 131]; 6) Limited Objection to and Reservation of Rights to Plan 1.3 for Louis A. Telerico Filed by Stifel Nicolaus & Company, Inc.("Stifel") [Doc. 137] (collectively the "Objections); 7) Motion of the United States Trustee to Convert Case to a Case Under Chapter 7 or, in the Alternative, to Dismiss Case [Doc. 125] ("Motion to Convert"); and 8) the Debtor's responses to the Objections and the Motion to Convert [Docs. 138, 139, 140 and 141].

1. Debtor filed this Bankruptcy Case on February 4, 2017 and has continued to operate as Debtor in Possession since that date. No committee of unsecured creditors has been established

---

[1] BOA's Objection refers to Doc. 115 the redlined copy of the Plan; the Debtor believes it intended to refer to Doc. 114, the actual Plan itself..

in this case.

    2. The Debtor has reached an agreement with Stifel which will require an amendment to the Plan and will result in Stifel voting in favor of the Plan. It may require re-voting the plan

    3. All parties who have filed the Objections (and some who have not) have consented to the requested rescheduling of the hearing.

    4. The only upcoming dates that are bad for undersigned counsel is September 21-28 when he will be out of the office

    THEREFORE, the Debtor respectfully requests that this Court enter an order rescheduling the hearing to an appropriate date in the future.

> Respectfully submitted,
> s/ Frederic P. Schwieg
> Frederic P. Schwieg, Esq. (0030418)
> Attorney at Law
> 2705 Gibson Dr
> Rocky River, Ohio 44116
> (440) 499-4506
> Fax (440) 398-0490
> fschwieg@schwieglaw.com
> Attorney for Debtor

**CERTIFICATE OF SERVICE**

A copy of this Motion to Reschedule was served on the following on the date filed by Notice of Electronic Filing though the Court's ECF/CM system. (THE UST does not appear on the court's system but does receive all filings in all bankruptcy cases)

Todd A. Atkinson on behalf of Defendant Stifel Nicolaus & Company, Inc.
tatkinson@ulmer.com

Todd A. Atkinson on behalf of Interested Party Stifel Nicolaus & Company, Inc.
tatkinson@ulmer.com

Philip Leonard Bednar on behalf of Creditor United States of America
philip.l.bednar@usdoj.gov, northern.taxcivil@usdoj.gov

Philip Leonard Bednar on behalf of Defendant Internal Revenue Service
philip.l.bednar@usdoj.gov, northern.taxcivil@usdoj.gov

Bryan J. Farkas on behalf of Creditor James Mirgliotta
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com

Bryan J. Farkas on behalf of Defendant James Mirgliotta
bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com

Scott D. Fink on behalf of Creditor Park View Federal Savings Bank
ecfndoh@weltman.com

Scott D. Fink on behalf of Defendant Dennis Gehrisch
ecfndoh@weltman.com

Scott D. Fink on behalf of Defendant Robert Ranallo
ecfndoh@weltman.com

Stephen R. Franks on behalf of Creditor Bank of America NA
amps@manleydeas.com

Stephen R. Franks on behalf of Defendant Bank of America
amps@manleydeas.com

Bryan T. Kostura on behalf of Defendant Bank of America
bkostura@mcglinchey.com, hhines@mcglinchey.com;jlucas@mcglinchey.com

Allison Manayan on behalf of Creditor Portage County Treasurer
amanayan@portageco.com

Allison Manayan on behalf of Defendant Portage County Treasurer
amanayan@portageco.com

Michael J. Occhionero on behalf of Creditor First National Bank fka Park View Federal Savings Bank
mjocolpa@sbcglobal.net

Michael J. Occhionero on behalf of Defendant First National Bank
mjocolpa@sbcglobal.net

James W. Sandy on behalf of Defendant Bank of America
jsandy@mcglinchey.com, hhines@mcglinchey.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Bureau of Workers'Compensation
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Department Of Job & Family Services
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Richard P. Schroeter, Jr on behalf of Creditor Ohio Department of Taxation
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Richard P. Schroeter, Jr on behalf of Defendant Ohio Department of Taxation
rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com

Frederic P. Schwieg on behalf of Attorney Frederic P. Schwieg
fschwieg@schwieglaw.com

Frederic P. Schwieg on behalf of Debtor Louis Anthony Telerico
fschwieg@schwieglaw.com

David J. Sternberg on behalf of Creditor Brian Zeid
djsternberg@ameritech.net

Joshua Ryan Vaughan on behalf of Creditor Ohio Department of Taxation
jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;rschroeter@amer-

collect.com;HouliECF@aol.com

Steven L. Wasserman on behalf of Creditor Dollar Bank, FSB
swasserman@westonhurd.com, specek@westonhurd.com

Steven L. Wasserman on behalf of Defendant Dollar Bank
swasserman@westonhurd.com, specek@westonhurd.com

Maria D. Giannirakis ust06 on behalf of U.S. Trustee United States Trustee
maria.d.giannirakis@usdoj.gov

Scott R. Belhorn ust35 on behalf of U.S. Trustee United States Trustee
Scott.R.Belhorn@usdoj.gov

/s/ Fred Schwieg
Frederic P. Schwieg