UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re: | : | |
|---|---|---|
| Louis Anthony Telerico | : | Case No.: 17-50236 |
| | : | Chapter 11 |
| Debtor(s). | : | Judge Alan M. Koschik |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |
| | : | |

**AMENDED OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 153)**

Now comes Bank Of America, N.A. ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and hereby amends its objection to confirmation of the Amended Chapter 11 plan of Louis Anthony Telerico ("Debtor"). For the reasons which follow, confirmation should be denied.

**MEMORANDUM IN SUPPORT OF OBJECTION**

Debtor and Creditor entered into a One-Time-Close Construction Loan product agreement. Debtor failed to satisfy all the terms of the construction loan. As a result, the loan still remains governed by the Addendum to the Note Construction/Permanent Loan, Construction Rider to the Deed/Mortgage, and Construction Loan Agreement. Debtor must satisfy the terms of the construction loan in order to convert the loan to the permanent loan phase.

In addition, Creditor appraised the property. The appraisal only showed a supported value of $3.3 million dollars, which was also 'subject to completion per plans and specs'. The 'as is' value was slightly less, showing a value of $3.2 million dollars. The appraisal also shows that there is $200,000 in work to be completed; thus lowering the value even more. As evidenced by the difference in value, the completion of the construction will not provide an equal

17-029909_WRP

increase in the overall value.  Therefore, Creditor asserts that there is not a successful modification opportunity for debtor based upon the appraisal, debtor's financials, and outstanding tax liens.

As a result, Creditor is unwilling and unable to convert the loan out of construction and into a permanent first lien mortgage.

In addition, Creditor objects to said treatment and asserts that, as of the petition date herein, Creditor's claim was fully secured by value in the real estate. Section § 1123(b)(5) of the Bankruptcy Code provides that the Plan shall not modify the rights of a holders of a secured claims that is secured only by a security interest in real property that is the debtor's principal residence.  Accordingly, § 1123(b)(5) of the Bankruptcy Code prohibits the Debtor's proposed modification of Creditor's mortgage.

WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Amended Chapter 11 Plan.

Respectfully submitted,

/s/Stephen R. Franks

Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

17-029909_WRP

# CERTIFICATE OF SERVICE

       This is to certify that on September  28w, 2018, a true and accurate copy of the foregoing Objection to Confirmation was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

    Frederic P. Schwieg, Attorney for Louis Anthony Telerico, fschwieg@schwieglaw.com

and on the below listed parties by regular U.S. mail, postage prepaid:

    Louis Anthony Telerico, PO Box 928, Aurora, OH  44202

    Louis Anthony Telerico, 545 Bristol Drive, Aurora, OH  44202

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid on September 28 , 2018:

    Bank Of America  
    Nc4-105-03-14  
    Po Box 26012  
    Greensboro, NC 27410

    Ohio Department of Taxation  
    Attn Bankruptcy Division  
    PO BOX 530  
    Columbus, OH 43216-0530

    Ciuni & Panichi  
    25201 Chagrin Blvd Ste 200  
    Beachwood, OH 44122

    Amex  
    Correspondence  
    Po Box 981540  
    El Paso, TX 79998

17-029909_WRP

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Johnson Romito Funeral Homes
521 Broadway Ave
Bedford, OH 44146

Shapero & Green
Signature Square II, Suite 220
25101 Chagrin Blvd
Beachwood, OH 44122

Discover
PO Box 742655
Cincinnati, OH 45274-2655

Dominion Gas
PO Box 26785
Richmond, VA 23261-6785

Ohio Edison
PO Box 3687
Akron, OH 44309

Mercedes-Benz Financial
Po Box 685
Roanole, TX 76262

    /s/Stephen R. Franks

17-029909_WRP