IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: LOUIS TELERICO | CASE NO. 17-50236<br>JUDGE ALAN M. KOSCHIK<br>CHAPTER 11 |
| LOUIS A. TELERICO,<br>DEBTOR-IN-POSSESSION | ADVERSARY NO. 18-5008 |
| Plaintiff, | |
| vs. | |
| TREASURER, PORTAGE COUNTY, OHIO, et al.<br>Defendants. | **MOTION TO APPEAR VIA TELEPHONE FOR STATUS HEARING AND PRETRIAL** |

Now comes Defendant Treasurer, Portage County, Ohio, by and through Assistant Prosecuting Attorney Allison Blakemore Manayan, who, pursuant to Local Rule 9074-1(a), respectfully requests this Court for an Order permitting it to appear via telephone conference call for the status hearing and the pre-trial scheduled for October 3, 2018 at 2:30 p.m.

Respectfully Submitted,

/s/ Allison Blakemore Manayan
Allison Blakemore Manayan, #0042026
Assistant Prosecuting Attorney
241 South Chestnut Street
Ravenna, Ohio 44266
(330) 297-3850 Telephone
(330) 297-4594 Facsimile
amanayan@portageco.com Email

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Appear Via Telephone was sent electronically this 1st day of October 2018. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ Allison Blakemore Manayan
Allison Blakemore Manayan, #0042026
Assistant Prosecuting Attorney