# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 17-50236 |
| Louis Anthony Telerico | Chapter 11 |
| Debtor(s). | Judge Alan M. Koschik |
| | * * * * * * * * * * * * * * * * |
| | **MOTION OF BANK OF AMERICA, N.A. FOR RELIEF FROM STAY OR IN THE ALTERNATIVE, ADEQUATE PROTECTION PAYMENTS** |
| | **545 Bristol Drive, Aurora, OH 44202** |

Bank of America, N.A. (the "Movant") moves this Court, under Bankruptcy Code §§ 361, 362, and 363, and other sections of Title 11 of the United States Code, and under Federal Rules of Bankruptcy Procedure 4001, and under Local Bankruptcy Rule 4001-1 for an order conditioning, modifying or dissolving the automatic stay imposed by Bankruptcy Code § 362 or in the alternative, adequate protection payments.

## MEMORANDUM IN SUPPORT

1. The Court has jurisdiction over this matter under 28 U.S.C §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b)(2). The venue of this case and this Motion is proper under 28 U.S.C. §§ 1408 and 1409.

2. On July 25, 2001, Louis A. Telerico obtained a loan from Merrill Lynch Credit Corporation in the amount of $3,000,000.00. Such loan was evidenced by a Fixed/Adjustable Rate Note dated July 25, 2001 (the "Note"), a copy of which is attached as Exhibit A.

17-029909_EJS1

3. To secure payment of the Note and performance of the other terms contained in it, the Debtor executed an Open-End Mortgage in favor of Merrill Lynch Credit Corporation dated July 25, 2001 (the "Security Agreement"). The Security Agreement granted a lien on the real and/or personal property located at 545 Bristol Drive, Aurora, OH 44202 owned by Louis Anthony Telerico (the "Collateral"). The Collateral is more fully described in the Security Agreement (check one):

   ☒ attached as Exhibit B;

   OR

   ☐ contained in the Note, attached as Exhibit A.

4. The lien created by the Security Agreement was duly perfected by:

   ☒ Filing of the Security Agreement in the office of the Portage County Recorder on July 25, 2001.

   ☐ Filing of the UCC-1 Financing Statement in the office of _____ _____ on <DATE>.

   ☐ Notation of the lien on the Certificate of Title.

   ☐ Other (state with particularity) _____

A copy of the recorded Security Agreement, UCC-1 Financing Statement, Certificate of Title or other document, as applicable, is attached as Exhibit B. Based on Debtor's Schedule D, the lien is the first lien on the Collateral.

5. The entity in possession of the original Note as of the date of this motion, is Wells Fargo Bank Minnesota, NA 751 Kasota Ave, Minneapolis MN 55414.

6. The Note was transferred, as evidenced by the following:

   a. If the Collateral is real estate:

      i. Under Uniform Commercial Code § 3-203(a) as applicable under state law in effect where the property is located, from the original lender (check only one):

17-029909_EJS1

☐ N/A.

OR

☐ By endorsement on the Note, payable to
_____.

OR

☐ By blank endorsement on the Note.

OR

☐ By allonge attached to the Note, payable to
_____.

OR

☒ By blank allonge, attached to the Note. **Because the allonge is in blank and Movant is in possession of the original Note, Movant is entitled to enforce the instrument.**

OR

☐ The Note is not endorsed to the Movant, or is not endorsed in blank with an allegation that the Movant is in possession of the original Note. The factual and legal basis upon which the Movant is entitled to bring this motion is (explain with particularity and attach supporting documentation):
_____.

OR

☐ By endorsement on the Note or by allonge attached to the Note, through a power of attorney. If this box is checked, a copy of the power of attorney is attached as Exhibit <\_\_>. Explain why it provides Movant the authority to endorse the Note:
_____

ii. Under Uniform Commercial Code § 3-203(a) as applicable under state law in effect where the property is located, from the <FIRST TRANSFEREE> to <_____> [ADD ADDITIONAL TRANSFER SECTIONS AS APPROPRIATE. THE LAST TRANSFEREE MUST BE THE MOVANT].

17-029909_EJS1

iii. A court has already determined that Movant has the ability to enforce the Note and Security Agreement with a judgment dated <INSERT DATE OF JUDGMENT> in the <INSERT NAME OF COURT>. A copy of the judgment is attached as Exhibit <__>.

iv. Other: _____ [explain].

b. If the Collateral is not real estate (check one):

☐ N/A.

OR

☐ From the original lender to <FIRST TRANSFEREE> by <STATE METHOD OR DOCUMENT EFFECTING TRANSFER>.[ADD ADDITIONAL TRANSFER SECTIONS AS APPROPRIATE. THE LAST TRANSFEREE MUST BE THE MOVANT.]

7. The Security Agreement was transferred as follows (check one):

☒ N/A.

OR

☐ From the original lender, mortgagee, or mortgagee's nominee on <DATE> to <FIRST TRANSFEREE>. The transfer is evidenced by the document(s) attached to this Motion as Exhibit <___>. [ADD ADDITIONAL TRANSFER SECTIONS AS APPROPRIATE. THE LAST TRANSFEREE MUST BE THE MOVANT.]

8. **Movant has standing to bring this Motion as successor in interest to Merrill Lynch Credit Corporation as described in detail in the Certificate of Merger attached to the Motion as Exhibit C.**

9. The value of the Collateral is $2,481,000.00. This valuation is based on the 2017 Portage County Auditor's tax record.

10. As of **October 9, 2018**, there is currently due and owing on the Note the outstanding principal balance of $2,999,985.00, plus interest accruing thereon at the rate of 5.500% per annum ($452.0525 per day), as described in more detail on the worksheet. The total provided in this paragraph cannot be relied upon as a payoff quotation.

11. The amount due and owing on the Note as set forth in paragraph 10 does not include a credit for the sum held in a suspense account by the Movant. The amount of the credit is $0.00.

12. Other parties known to have an interest in the Collateral besides the debtor(s), the Movant, and the trustee are (check all that apply):

    ☐ N/A.

    ☒ The Portage County Treasurer, for real estate taxes, **in an unknown amount.**

    ☐ <CO-OWNERS, IF APPLICABLE, STATE NAME>.

    ☒ **Internal Revenue Service is believed to be the holder of a Statutory Lien in the approximate amount of $400,000.00 as set forth in Debtor's Schedule D. Ohio Department of Taxation is believed to be the holder of a Statutory Lien in the approximate amount of $77,500.00 as set forth in Debtor's Schedule D. Portage County Treasurer is believed to be the holder of a Statutory Lien in the approximate amount of $335,000.00 as set forth in Debtor's Schedule D. Stifel Bank and Trust is believed to be the holder of a Judgment Lien in the approximate amount of $400,000.00 as set forth in Debtor's Schedule D.**

13. The Movant is entitled to relief from the automatic stay under Bankruptcy Code § 362(d) for these reason(s) (check all that apply):

    ☒ Debtor has failed to provide adequate protection for the lien held by the Movant for **the reasons stated in the boxes checked below**.

    ☐ Debtor has failed to keep the Collateral insured as required by the Security Agreement.

    ☐ Debtor has failed to keep current the real estate taxes owed on the Collateral.

    ☒ Debtor has failed to make periodic payments or has made partial payments to Movant for the months of March 2017 through September 2018, which unpaid payments are in the aggregate amount of $218,526.32 through October 9, 2018. The total provided in this paragraph cannot be relied upon as a reinstatement quotation.

    ☐ Debtor has no equity in the Collateral, because the Collateral is valued

17-029909_EJS1

at _____, and including the Movant's lien, there are liens in an aggregate amount of _____ on the Collateral.

☐ The property is not necessary to an effective reorganization because _____.

☐ Other cause (set forth with specificity): _____.

14. Movant has completed the worksheet attached as Exhibit D.

WHEREFORE, Movant prays for an order from the Court conditioning, modifying or dissolving the automatic stay or in the alternative, adequate protection payments, pursuant to 11 U.S.C. § 362 of the Bankruptcy Code to permit Movant to proceed under law and for such other and further relief to which the Movant may be entitled.

Respectfully submitted,

/s/Stephen R. Franks
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Movant
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on October 23 , 2018, a true and correct copy of the foregoing Motion for Relief from Stay or in the Alternative, Adequate Protection Payments on First Mortgage for Real Property Located at 545 Bristol Drive, Aurora, OH 44202 was served via the Court's Electronic Case Filing System on the following who are listed on the Court's Electronic Mail Notice List:

   Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

   Susan J. Lax, Attorney for Louis Anthony Telerico, susan.lax@hotmail.com

   Frederic P. Schwieg, Attorney for Louis Anthony Telerico, fschwieg@schwieglaw.com

and on the below listed parties by regular U.S. mail, postage prepaid:

   Louis Anthony Telerico, PO Box 928, Aurora, OH  44202

   Louis Anthony Telerico, 545 Bristol Drive, Aurora, OH  44202

   Louis Anthony Telerico, 555 Bristol Drive, Aurora, OH  44202

   Portage County Treasurer, 449 South Meridian Street, Ravenna, OH  44266

   Internal Revenue Service, PO Box 7346, Philadelphia, PA  19101-5016

   Ohio Department of Taxation, Attn Bankruptcy Division, PO Box 530, Columbus, OH  43216-0530

   Portage County Treasurer, 449 S Meridian St FL1, Ravenna, OH  44266-1217

   Stifel Bank and Trust, 955 Executive Pkwy Ste 216, Saint Louis, MO  63141

The below 20 largest unsecured Creditors were served via regular U.S. Mail, postage prepaid on October 23 , 2018:

   Bank Of America
   Nc4-105-03-14
   Po Box 26012
   Greensboro, NC 27410

17-029909_EJS1

Ohio Department of Taxation
Attn Bankruptcy Division
PO BOX 530
Columbus, OH 43216-0530

Ciuni & Panichi
25201 Chagrin Blvd Ste 200
Beachwood, OH 44122

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Chase Card
Attn: Correspondence
Po Box 15298
Wilmington, DE 19850

Amex
Correspondence
Po Box 981540
El Paso, TX 79998

Johnson Romito Funeral Homes
521 Broadway Ave
Bedford, OH 44146

Shapero & Green
Signature Square II, Suite 220
25101 Chagrin Blvd
Beachwood, OH 44122

Discover
PO Box 742655
Cincinnati, OH 45274-2655

Dominion Gas
PO Box 26785
Richmond, VA 23261-6785

Ohio Edison
PO Box 3687
Akron, OH 44309

17-029909_EJS1

Mercedes-Benz Financial
Po Box 685
Roanole, TX 76262

                                            /s/Stephen R. Franks

17-029909_EJS1