# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO

IN RE: LOUIS A TELERICO  } CASE NUMBER: 17-50236
}
}
}  JUDGE ALAN KOSCHIK
}
DEBTOR.  }  CHAPTER 11

---

### DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM **SEPT 1, 2018** TO **SEPTEMBER 30, 2018**

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: **10/20/18**

/s/ Frederic P. Schwieg
Attorney for Debtor

Debtor's Address
and Phone Number:
PO BOX 928
Aurora OH 44202

Attorney's Address
and Phone Number:
2705 Gibson Dr
Rocky River OH 44116

Bar No. 0030418
Tel. (440) 499-4506

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the followng resources on the United States Trustee Program website, http://www.justice.gov/ust/r20/index.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

SEPTEMBER 2018

# SCHEDULE OF HOUSEHOLD
# CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month SEPTEMBER | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | | 12,803.47 |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 676.85 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | 13,922.94 | |
| Sale of Household Assets (attach list to this report) | | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | | |
| **TOTAL RECEIPTS** | 14,599.79 | 434,973.90 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | | |
| Household Expenses/Food/Clothing | 2,581.68 | |
| Household Repairs & Maintenance | 4,617.48 | |
| Insurance | 1,598.25 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 166.50 | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 1,560.98 | |
| Vehicle Expenses | | |
| Vehicle Secured Payment(s) | 1,892.13 | |
| U.S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) BUSINESS EXPENSE | 460.75 | |
| **Total Household Disbursements** | 12,877.27 | 422,447.71 |
| CASH - End of Month (Must equal reconciled bank statement- Attachment No. 2) | 14,525.99 | 255,756.08 |

Monthly Operating Report - Individual

# SEPTEMBER 2018

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Louis A Telerico
Case Number: 17-50236

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month SEPTEMBER | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 12,803.47 | 242,479.88 |
| CASH- Beginning of Month (Business) | | |
| Total Household Receipts | 14,599.79 | 436,973.83 |
| Total Business Receipts | NA | |
| Total Receipts | 14,599.79 | 436,973.83 |
| Total Household Disbursements | 12,877.27 | 422,447.71 |
| Total Business Disbursements | NA | |
| Total Disbursements | 12,877.27 | 422,447.71 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 1,722.52 | 14,525.99 |
| CASH- End of Month (Individual) | 14,525.99 | 255,746.08 |
| CASH- End of Month (Business) | NA | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 12,877.27 | 422,447.71 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 12,877.27 | 422,447.71 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This 20 day of OCTOBER 20 18

*/s/ Louis A Telerico*
Debtor's Signature

Monthly Operating Report - Individual

MONTHLY OPERATING REPORT -
INDIVDUAL

ATTACHMENT NO. 1

**SEPTEMBER 2018**

| INSURANCE INFORMATION | YES | NO* |
|---|---|---|
| 1. Are real and personal property, vehicle/auto, general liability, fire, theft, worker's | X | |
| 2. Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | | | |
|---|---|---|---|---|
| TYPE of POLICY | and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| HOMEOWNERS | SENECA | 9/8/18 - 9/8/19 | 1,598.25 MO | 0 |

X Check here if United States Trustee has been listed a a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:




Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Citizens Bank | Citizens Bak | | |
| Account Number: | x1173 | x1203 | | |
| Purpose of Account (Business/Personal) | General | Tax | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| 1. Balance per Bank Statement | 12,803.47 | 23.26 | | |
| 2. ADD: Deposits not credited (attach list to this report) | 14,599.79 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | | 9.99 | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 14,525.99 | 13.27 | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| N/A | | | | |

Note: Attach a copy of each investment account statement.

| Date | Type | Description | Amount | D/C | Balance |
|---|---|---|---|---|---|
| 18 | Purchase | 9803 | | | 28 |
| 10/01/2018 | DBT Purchase | FEDEXOFFICE 0001TWINSBURG OH 9803 | $13.34 | D | $14,512.65 |
| 09/28/2018 | Direct Deposit | METLIFE PENSIONS PENSION | $11,443.94 | C | $14,525.99 |
| 09/27/2018 | Preauthorized Debit | DIRECTV DIRECTV | $340.69 | D | $3,082.05 |
| 09/27/2018 | POS Debit | HEINEN'S #8 115 N AURORA OH 9803 | $91.43 | D | $3,422.74 |
| 09/27/2018 | Direct Deposit | COMBINED INS CO DIR DEPOS | $161.70 | C | $3,514.17 |
| 09/26/2018 | DBT Purchase | WWW.TOMMIECOPPER.CWWW.TOMMIECOPNY 9803 | $94.45 | D | $3,352.47 |
| 09/25/2018 | POS Debit | HEINEN'S #8 115 N AURORA OH 9803 | $4.78 | D | $3,446.92 |
| 09/24/2018 | Preauthorized Debit | BMWFINANCIAL SVS BMWFS PYMT | $1,122.38 | D | $3,451.70 |
| 09/24/2018 | POS Debit | WAL-MART #2506 RAVENNA OH 9803 | $159.74 | D | $4,574.08 |
| 09/24/2018 | POS Debit | SXM*SIRIUSXM.COM/A888-635-5144 NY 9803 | $20.42 | D | $4,733.82 |
| 09/24/2018 | POS Debit | HEINEN'S #8 115 N AURORA OH 9803 | $16.99 | D | $4,754.24 |
| 09/24/2018 | POS Debit | HEINEN'S #8 115 N AURORA OH 9803 | $61.05 | D | $4,771.23 |
| 09/24/2018 | POS Debit | COSTCO WHSE #1226 BOSTON HEIGHTOH 9803 | $377.43 | D | $4,832.28 |
| 09/24/2018 | POS Debit | COSTCO GAS #1226 BOSTON HEIGHTOH 9803 | $49.06 | D | $5,209.71 |
| 09/24/2018 | DBT Purchase | SALON PATRICK AURORA OH 9803 | $102.00 | D | $5,258.77 |
| 09/20/2018 | POS Debit | COSTCO WHSE #1226 BOSTON HEIGHTOH 9803 | $41.30 | D | $5,360.77 |
| 09/20/2018 | POS Debit | COSTCO GAS #1226 BOSTON HEIGHTOH 9803 | $47.11 | D | $5,402.07 |
| 09/20/2018 | Direct Deposit | COMBINED INS CO DIR DEPOS | $515.15 | C | $5,449.18 |
| 09/19/2018 | POS Debit | IHR*IHIRE.COM 866-3300196 MD 9803 | $75.00 | D | $4,934.03 |
| 09/19/2018 | DBT Purchase | APTIVE ENVIRONMENT330-405-2847 UT 9803 | $159.80 | D | $5,009.03 |
| 09/17/2018 | POS Debit | WAL-MART #3250 AURORA OH 9803 | $156.89 | D | $5,168.83 |

| Date Posted | Transaction Description | Amount | Balance |
|---|---|---|---|
| 09/05/18 | Check # 266<br>View Print Image & Details | ✓ - $214.50 | $7,170.27 |
| 09/05/18 | DBT Purchase<br>Country Club Cleanaurora Oh 9803 | ✓ - $216.70 | $7,384.77 |
| 09/05/18 | DBT Purchase<br>In *Trustee Insura877-2378167 Mi 9803 | ✓ - $1,598.25 | $7,601.47 |
| 09/04/18 | Preauthorized Debit<br>Billmatrix Billpayfee | ✓ - $1.65 | $9,199.72 |
| 09/04/18 | Preauthorized Debit<br>Timewarnerneo Bank Draft | ✓ - $120.62 | $9,201.37 |
| 09/04/18 | Check # 264<br>View Print Image & Details | ✓ - $390.00 | $9,321.99 |
| 09/04/18 | Preauthorized Debit<br>Liberty Mutual Payment | ✓ - $504.82 | $9,711.99 |
| 09/04/18 | Preauthorized Debit<br>Dominion East Oh Bill Pay | ✓ - $883.52 | $10,216.81 |
| 09/04/18 | Check # 262<br>View Print Image & Details | ✓ - $1,000.00 | $11,100.33 |
| 09/04/18 | POS Debit<br>The Home Depot 693aurora Oh 9803 | ✓ - $67.68 | $12,100.33 |
| 09/04/18 | POS Debit<br>Wal-mart #3250 Aurora Oh 9803 | ✓ - $237.53 | $12,168.01 |
| 09/04/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | ✓ - $348.61 | $12,405.54 |
| 09/04/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | ✓ - $49.32 | $12,754.15 |
| 08/31/18 | Preauthorized Debit<br>Verizon Wireless Payments | ✓ - $515.40 | $12,803.47 |
| 08/31/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | ✓ - $454.05 | $13,318.87 |
| 08/31/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | ✓ - $16.38 | $13,772.92 |
| 08/31/18 | Direct Deposit<br>Metlife Pensions Pension | ✓ $11,443.94 | $13,789.30 |
| 08/30/18 | POS Debit<br>Lowe's #1606 Streetsboro Oh 9803 | ✓ - $66.78 | $2,345.36 |
| 08/30/18 | POS Debit<br>The Home Depot 693aurora Oh 9803 | ✓ - $57.45 | $2,412.14 |
| 08/30/18 | POS Debit<br>The Home Depot 693aurora Oh 9803 | ✓ - $596.73 | $2,469.59 |

- first
- prev
- 1 – 100
- next
- last

Download or Print Transactions

https://www4.citizensbankonline.com/efs/servlet/efs/default.jsp

| | | | | | | |
|---|---|---|---|---|---|---|
| 18 | | | HEIGHTOH 9803 | | | 3 |
| 09/11/2018 | POS Debit | | COSTCO GAS #1226 BOSTON HEIGHTOH 9803 | $40.17 | D | $3,636.64 |
| 09/11/2018 | DBT Purchase | | STAPLES 0010STREETSBORO OH 9803 | $33.70 | D | $3,676.81 |
| 09/10/2018 | Check | 267 | | $3,000.00 | D | $3,710.51 |
| 09/10/2018 | POS Debit | | WALGREENS STORE 95AURORA OH 9803 | $9.11 | D | $6,710.51 |
| 09/10/2018 | POS Debit | | ROCKET LAWYER US WWW.ROCKETLAWCA 9803 | $39.95 | D | $6,719.62 |
| 09/10/2018 | POS Debit | | Wal-Mart Super BAINBRIDGE TWOH 9803 | $200.79 | D | $6,759.57 |
| 09/10/2018 | DBT Purchase | | NORDSTROM #0227 BEACHWOOD OH 9803 | $56.16 | D | $6,960.36 |
| 09/10/2018 | POS Debit | | COSTCO GAS #1226 BOSTON HEIGHTOH 9803 | $32.25 | D | $7,016.52 |
| 09/07/2018 | POS Debit | | USPS PO 38036402 4AURORA OH 9803 | $1.84 | D | $7,048.77 |
| 09/07/2018 | DBT Purchase | | FEDEXOFFICE 0001TWINSBURG OH 9803 | $27.24 | D | $7,050.61 |
| 09/06/2018 | POS Debit | | USPS PO 38036402 4AURORA OH 9803 | $91.00 | D | $7,077.85 |
| 09/06/2018 | POS Debit | | USPS PO 38036402 4AURORA OH 9803 | $1.42 | D | $7,168.85 |
| 09/05/2018 | Check | 266 | | $214.50 | D | $7,170.27 |
| 09/05/2018 | DBT Purchase | | COUNTRY CLUB CLEANAURORA OH 9803 | $216.70 | D | $7,384.77 |
| 09/05/2018 | DBT Purchase | | IN *TRUSTEE INSURA877-2378167 MI 9803 | $1,598.25 | D | $7,601.47 |
| 09/04/2018 | Preauthorized Debit | | BILLMATRIX BILLPAYFEE | $1.65 | D | $9,199.72 |
| 09/04/2018 | Preauthorized Debit | | TIMEWARNERNEO BANK DRAFT | $120.62 | D | $9,201.37 |
| 09/04/2018 | Check | 264 | | $390.00 | D | $9,321.99 |
| 09/04/2018 | Preauthorized Debit | | LIBERTY MUTUAL PAYMENT | $504.82 | D | $9,711.99 |
| 09/04/2018 | Preauthorized Debit | | DOMINION EAST OH BILL PAY | $883.52 | D | $10,216.81 |
| 09/04/2018 | Check | 262 | | $1,000.00 | D | $11,100.33 |

| Date Posted | Transaction Description | Amount | Balance |
|---|---|---|---|
| 09/14/18 | POS Debit<br>Experian *Credi479-3436238 Ca 9803 | - $24.99 ✓ | $5,927.46 |
| 09/13/18 | DBT Purchase<br>Mazzulos Market Aurora Oh 9803 | - $18.00 ✓ | $5,952.45 |
| 09/13/18 | DBT Purchase<br>Trthfdr*truthfinde888-8974556 Ca 9803 | - $27.78 ✓ | $5,970.45 |
| 09/12/18 | Direct Deposit<br>Ssa Treas 310 Xxsoc Sec | $2,479.00 | $5,998.23 |
| 09/11/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $117.41 ✓ | $3,519.23 |
| 09/11/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $40.17 | $3,636.64 |
| 09/11/18 | DBT Purchase<br>Staples 0010streetsboro Oh 9803 | - $33.70 | $3,676.81 |
| 09/10/18 | Check # 267<br>View Print Image & Details | - $3,000.00 | $3,710.51 |
| 09/10/18 | POS Debit<br>Walgreens Store 95aurora Oh 9803 | - $9.11 | $6,710.51 |
| 09/10/18 | POS Debit<br>Rocket Lawyer Us Www.rocketlawca 9803 | - $39.95 | $6,719.62 |

- first
- prev
- 1 – 100
- next
- last

Download or Print Transactions

| Date | Type | Description | Amount | D/C | Balance |
|---|---|---|---|---|---|
| 09/25/2018 | POS Debit | HEINEN'S #8 115 N AURORA OH 9803 | $4.78 | D | $3,446.92 |
| 09/24/2018 | Preauthorized Debit | BMWFINANCIAL SVS BMWFS PYMT | $1,122.38 | D | $3,451.70 |
| 09/24/2018 | POS Debit | WAL-MART #2506 RAVENNA OH 9803 | $159.74 | D | $4,574.08 |
| 09/24/2018 | POS Debit | SXM*SIRIUSXM.COM/A888-635-5144 NY 9803 | $20.42 | D | $4,733.82 |
| 09/24/2018 | POS Debit | HEINEN'S #8 115 N AURORA OH 9803 | $16.99 | D | $4,754.24 |
| 09/24/2018 | POS Debit | HEINEN'S #8 115 N AURORA OH 9803 | $61.05 | D | $4,771.23 |
| 09/24/2018 | POS Debit | COSTCO WHSE #1226 BOSTON HEIGHTOH 9803 | $377.43 | D | $4,832.28 |
| 09/24/2018 | POS Debit | COSTCO GAS #1226 BOSTON HEIGHTOH 9803 | $49.06 | D | $5,209.71 |
| 09/24/2018 | DBT Purchase | SALON PATRICK AURORA OH 9803 | $102.00 | D | $5,258.77 |
| 09/20/2018 | POS Debit | COSTCO WHSE #1226 BOSTON HEIGHTOH 9803 | $41.30 | D | $5,360.77 |
| 09/20/2018 | POS Debit | COSTCO GAS #1226 BOSTON HEIGHTOH 9803 | $47.11 | D | $5,402.07 |
| 09/20/2018 | Direct Deposit | COMBINED INS CO DIR DEPOS | $515.15 | C | $5,449.18 |
| 09/19/2018 | POS Debit | IHR*IHIRE.COM 866-3300196 MD 9803 | $75.00 | D | $4,934.03 |
| 09/19/2018 | DBT Purchase | APTIVE ENVIRONMENT330-405-2847 UT 9803 | $159.80 | D | $5,009.03 |
| 09/17/2018 | POS Debit | WAL-MART #3250 AURORA OH 9803 | $156.89 | D | $5,168.83 |
| 09/17/2018 | POS Debit | COSTCO WHSE #1226 BOSTON HEIGHTOH 9803 | $554.72 | D | $5,325.72 |
| 09/17/2018 | POS Debit | COSTCO GAS #1226 BOSTON HEIGHTOH 9803 | $47.02 | D | $5,880.44 |
| 09/14/2018 | POS Debit | Experian *Credi479-3436238 CA 9803 | $24.99 | D | $5,927.46 |
| 09/13/2018 | DBT Purchase | MAZZULOS MARKET AURORA OH 9803 | $18.00 | D | $5,952.45 |
| 09/13/2018 | DBT Purchase | TRTHFDR*TRUTHFINDE888-8974556 CA 9803 | $27.78 | D | $5,970.45 |
| 09/12/2018 | Direct Deposit | SSA TREAS 310 XXSOC SEC | $2,479.00 | C | $5,998.23 |
| 09/11/2018 | POS Debit | COSTCO WHSE #1226 BOSTON | $117.41 | D | $3,519.2 |


**1-877-242-7837**
Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US759 BR697                5    1
LOUIS A TELERICO
PO BOX 928
AURORA OH  44202-0928

---

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 6,369.43 |
| Checks | 4,635.70 - |
| Withdrawals & Debits | 10,699.95 - |
| Deposits & Credits | 14,135.05 + |
| **Current Balance** | 5,168.83 = |

LOUIS A TELERICO
DEBTOR IN POSSESSION
**One Deposit Checking**
453140-117-3

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on October 16, 2018.

**Previous Balance**
6,369.43

**TRANSACTION DETAILS**

**Checks** * *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 261 | 31.20 | 08/24 | 266* | 214.50 | 09/05 |
| 262 | 1,000.00 | 09/04 | 267 | 3,000.00 | 09/10 |
| 264* | 390.00 | 09/04 | | | |

**Total Checks**
4,635.70

**Withdrawals & Debits**
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 08/20 | 20.08 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 08/22 | 45.61 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 08/22 | 337.89 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 08/24 | 26.23 | 9803 Dbt Purchase - 000072 Mazzulos Market Aurora OH |
| 08/24 | 20.42 | 9803 POS Debit - 231008 Sxm*siriusxm.Com 44 NY |
| 08/24 | 134.44 | 9803 POS Debit - 325000 Wal-Mart Super Bainbridge Twoh |
| 08/27 | 102.00 | 9803 Dbt Purchase - 785247 Salon Patrick Aurora OH |
| 08/27 | 36.93 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 08/27 | 442.50 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 08/27 | 335.62 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 08/27 | 16.77 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 08/29 | 17.58 | 9803 Dbt Purchase - 000072 Mazzulos Market Aurora OH |
| 08/29 | 40.60 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 08/30 | 596.73 | 9803 POS Debit - 062862 The Home Depot 693aurora OH |
| 08/30 | 57.45 | 9803 POS Debit - 062862 The Home Depot 693aurora OH |
| 08/30 | 66.78 | 9803 POS Debit - 001 Lowe's #1606 Streetsbor O OH |
| 08/31 | 16.38 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 08/31 | 454.05 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 09/04 | 49.32 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 09/04 | 348.61 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |



**1-877-242-7837**
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Checking Account Statement

 2 OF 3

Beginning August 16, 2018
through September 18, 2018

LOUIS A TELERICO
DEBTOR IN POSSESSION
**One Deposit Checking**
453140-117-3

*Checking continued from previous page*

### ATM/Purchases (continued)

| Date | Amount | Description |
|---|---|---|
| 09/04 | 237.53 | 9803 POS Debit - 243250 Wal-Mart #3250 Aurora OH |
| 09/04 | 67.68 | 9803 POS Debit - 062862 The Home Depot 693aurora OH |
| 09/05 | 1,598.25 | 9803 Dbt Purchase - 291001 IN *trustee Insura877-237816 7 MI |
| 09/05 | 216.70 | 9803 Dbt Purchase - 000063 Country Club Cleanaurora OH |
| 09/06 | 1.42 | 9803 POS Debit - 999999 Usps PO 38036402 4aurora OH |
| 09/06 | 91.00 | 9803 POS Debit - 999999 Usps PO 38036402 4aurora OH |
| 09/07 | 27.24 | 9803 Dbt Purchase - 05p Fedexoffice 0001twinsburg OH |
| 09/07 | 1.84 | 9803 POS Debit - 999999 Usps PO 38036402 4aurora OH |
| 09/10 | 32.25 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 09/10 | 56.16 | 9803 Dbt Purchase - 280007 Nordstrom #0227 Beachwood OH |
| 09/10 | 200.79 | 9803 POS Debit - 325000 Wal-Mart Super Bainbridge Twoh |
| 09/10 | 39.95 | 9803 POS Debit - 296370 Rocket Lawyer US Www.Rocket Lawca |
| 09/10 | 9.11 | 9803 POS Debit - 999999 Walgreens Store 95aurora OH |
| 09/11 | 33.70 | 9803 Dbt Purchase - 001 Staples 0010streetsbor O OH |
| 09/11 | 40.17 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 09/11 | 117.41 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 09/13 | 27.78 | 9803 Dbt Purchase - 000000 Trthfdr*truthfin 6 CA |
| 09/13 | 18.00 | 9803 Dbt Purchase - 000072 Mazzulos Market Aurora OH |
| 09/14 | 24.99 | 9803 POS Debit - 000780 Experian *credi479-343623 8 CA |
| 09/17 | 47.02 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 09/17 | 554.72 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 09/17 | 156.89 | 9803 POS Debit - 243250 Wal-Mart #3250 Aurora OH |

### Other Withdrawals & Debits

| Date | Amount | Description |
|---|---|---|
| 08/22 | 1,122.38 | Bmwfinancial Svs Bmwfs Pymt 180821 236527386 |
| 08/29 | 784.97 | Firstenergy Opco Fe Echeck 180829 110123043843 |
| 08/31 | 515.40 | Verizon Wireless Payments 180831 084203992090003 |
| 09/04 | 883.52 | Dominion East OH Bill Pay 180831 11345968971 |
| 09/04 | 504.82 | Liberty Mutual Payment 180904 Aos28815467170 |
| 09/04 | 120.62 | Timewarnerneo Bank Draft 180901 001307267201001 |
| 09/04 | 1.65 | Billmatrix Billpayfee 180831 11345968972 |

⊖ **Total Withdrawals & Debits** 10,699.95

|  | Total For This Period | Total Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | .00 | 35.00 |
| **Total Returned Item Fees** | .00 | .00 |

### Deposits & Credits

| Date | Amount | Description |
|---|---|---|
| 08/23 | 212.11 | Combined Ins CO Dir Depos 180822 0aseu |
| 08/31 | 11,443.94 | Metlife Pensions Pension 180831 4655499 110438 |
| 09/12 | 2,479.00 | SSA Treas 310 Xxsoc Sec 091218 |

⊕ **Total Deposits & Credits** 14,135.05

= **Current Balance** 5,168.83

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/20 | 6,349.35 | 08/30 | 2,345.36 | 09/10 | 3,710.51 |
| 08/22 | 4,843.47 | 08/31 | 12,803.47 | 09/11 | 3,519.23 |
| 08/23 | 5,055.58 | 09/04 | 9,199.72 | 09/12 | 5,998.23 |
| 08/24 | 4,843.29 | 09/05 | 7,170.27 | 09/13 | 5,952.45 |
| 08/27 | 3,909.47 | 09/06 | 7,077.85 | 09/14 | 5,927.46 |
| 08/29 | 3,066.32 | 09/07 | 7,048.77 | 09/17 | 5,168.83 |

### NEWS FROM CITIZENS

--Effective October 31, 2018, Citizens Bank customers will no longer be able to make deposits at any NON-CITIZENS ATMs. Today this is possible at some machines operated by other banks. You will continue to be able to make deposits at our full service ATMs, and at our branches.



 **Citizens Bank**

**1-877-242-7837**
Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US759 BR697        4    1

LOUIS A TELERICO
PO BOX 928
AURORA OH  44202-0928

# Checking Account Statement

 OF 3

Beginning September 19, 2018
through October 16, 2018

## Checking

### SUMMARY

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 5,168.83 |
| Checks | 3,487.22 - |
| Withdrawals & Debits | 10,253.17 - |
| Deposits & Credits | 14,599.79 + |
| **Current Balance** | **6,028.23 =** |

LOUIS A TELERICO
DEBTOR IN POSSESSION
**One Deposit Checking**
453140-117-3

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on November 16, 2018.

**Previous Balance**
5,168.83

### TRANSACTION DETAILS

**Checks** * *There is a break in check sequence*

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 269 | 36.75 | 10/03 | 275* | 235.97 | 10/04 |
| 271* | 3,000.00 | 10/02 | 276 | 214.50 | 10/16 |

**Total Checks**
3,487.22

### Withdrawals & Debits
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 09/19 | 159.80 | 9803 Dbt Purchase - 275026 Aptive Environment330-4 47 UT |
| 09/19 | 75.00 | 9803 POS Debit - 296590 Ihr*ihire.Com 866-330019 6 MD |
| 09/20 | 47.11 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 09/20 | 41.30 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 09/24 | 102.00 | 9803 Dbt Purchase - 785247 Salon Patrick Aurora OH |
| 09/24 | 49.06 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 09/24 | 377.43 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 09/24 | 61.05 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 09/24 | 16.99 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 09/24 | 20.42 | 9803 POS Debit - 291009 Sxm*siriusxm.Com 44 NY |
| 09/24 | 159.74 | 9803 POS Debit - 242506 Wal-Mart #2506 Ravenna OH |
| 09/25 | 4.78 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 09/26 | 94.45 | 9803 Dbt Purchase - 296377 Www.Tommiecopper Copny |
| 09/27 | 91.43 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 10/01 | 13.34 | 9803 Dbt Purchase - 05p Fedexoffice 0001twinsburg OH |
| 10/01 | 19.37 | 9803 Dbt Purchase - 000072 Mazzulos Market Aurora OH |
| 10/01 | 40.82 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 10/01 | 552.91 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 10/01 | 9.95 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 10/01 | 47.18 | 9803 POS Debit - 299478 Under Armour A Aurora OH |
| 10/01 | 46.71 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |

 

Checking Account Statement

1-877-242-7837
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

2 OF 3

Beginning September 19, 2018
through October 16, 2018

*Checking continued from previous page*

### ATM/Purchases (continued)

| Date | Amount | Description |
|------|--------|-------------|
| 10/02 | 1,598.25 | 9803 Dbt Purchase - 201003 IN *trustee Insura877-237816 7 MI |
| 10/02 | 75.30 | 9803 Dbt Purchase - 000063 Country Club Cleanaurora OH |
| 10/02 | 91.00 | 9803 POS Debit - 999999 Usps PO 38036402 4aurora OH |
| 10/03 | 20.00 | 9803 Dbt Purchase - 069754 Hunan Express Aurora OH |
| 10/04 | 134.24 | 9803 Dbt Purchase - 226371 Www.Tommiecopper Copny |
| 10/04 | 5.00 | 9803 Dbt Purchase - 221288 Abm Parking Super Akron OH |
| 10/04 | 245.59 | 9803 POS Debit - 325000 Wal-Mart Super Bainbridge Twoh |
| 10/04 | 18.06 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 10/05 | 44.22 | 9803 Dbt Purchase - 002 Staples 0010streetsbor O OH |
| 10/09 | 133.17 | 9803 Dbt Purchase - 05p Fedexoffice 0001twinsburg OH |
| 10/09 | 31.50 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 10/09 | 630.52 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 10/09 | 28.89 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 10/09 | 212.26 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 10/09 | 204.01 | 9803 POS Debit - 243250 Wal-Mart #3250 Aurora OH |
| 10/10 | 39.95 | 9803 POS Debit - 286373 Rocket Lawyer US Www.Rocket Lawca |
| 10/10 | 1.63 | 9803 POS Debit - 999999 Usps PO 38036402 4aurora OH |
| 10/10 | 24.89 | 9803 POS Debit - 243250 Wal-Mart #3250 Aurora OH |
| 10/11 | 50.00 | 9803 POS Debit - 999999 Usps PO 38036402 4aurora OH |
| 10/15 | 27.78 | 9803 Dbt Purchase - 000000 Trthfdr*truthfin 6 CA |
| 10/15 | 38.60 | 9803 Dbt Purchase - 001 Staples 0010streetsbor O OH |
| 10/15 | 30.05 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 10/15 | 707.66 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 10/15 | 24.99 | 9803 POS Debit - 000780 Experian *credi479-343623 8 CA |
| 10/15 | 40.44 | 9803 Dbt Purchase - 000072 Mazzulos Market Aurora OH |
| 10/15 | 60.03 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 10/16 | 178.28 | 9803 Dbt Purchase - 005 Staples 0010streetsbor O OH |

### Other Withdrawals & Debits

| Date | Amount | Description |
|------|--------|-------------|
| 09/24 | 1,122.38 | Bmwfinancial Svs Bmwfs Pymt 180921 238015162 |
| 09/27 | 340.69 | Directv Directv 180926 5564204 |
| 10/01 | 953.51 | Dominion Energy Bill Pay 180928 11380935891 |
| 10/01 | 1.65 | Billmatrix Billpayfee 180928 11380935892 |
| 10/02 | 147.60 | Firstenergy Opco Fe Echeck 181002 2110123043843 |
| 10/03 | 590.50 | Liberty Mutual Payment 181003 Aos28815467170 |
| 10/03 | 249.09 | Verizon Wireless Payments 181003 084203920900003 |
| 10/03 | 120.60 | Timewarnerneo Bank Draft 181002 001307267201001 |

Total Withdrawals & Debits
10,253.17

LOUIS A TELERICO
DEBTOR IN POSSESSION
**One Deposit Checking**
453140-117-3

|  | Total For This Period | Total Year-To-Date |
|---|---|---|
| **Total Overdraft Fees** | .00 | 35.00 |
| **Total Returned Item Fees** | .00 | .00 |

### Deposits & Credits

| Date | Amount | Description |
|------|--------|-------------|
| 09/20 | 515.15 | Combined Ins CO Dir Depos 180919 Oaseu |
| 09/27 | 161.70 | Combined Ins CO Dir Depos 180926 Oaseu |
| 09/28 | 11,443.94 | Metlife Pensions Pension 180930 4655499 110438 |
| 10/10 | 2,479.00 | SSA Treas 310 Xxsoc Sec 101018 |

Total Deposits & Credits
14,599.79

Current Balance
6,028.23

### Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/19 | 4,934.03 | 09/28 | 14,525.99 | 10/09 | 4,988.03 |
| 09/20 | 5,360.77 | 10/01 | 12,840.55 | 10/10 | 7,400.56 |
| 09/24 | 3,451.70 | 10/02 | 7,928.40 | 10/11 | 7,350.56 |
| 09/25 | 3,446.92 | 10/03 | 6,911.46 | 10/15 | 6,421.01 |
| 09/26 | 3,352.47 | 10/04 | 6,272.60 | 10/16 | 6,028.23 |
| 09/27 | 3,082.05 | 10/05 | 6,228.38 | | |





1-877-242-7837
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

Images for account 453140-117-3

| Check # | Date | Amount |
|---|---|---|
| 261 | 08/24/2018 | $31.20 |
| 262 | 09/04/2018 | $1000.00 |
| 264 | 09/04/2018 | $390.00 |
| 266 | 09/05/2018 | $214.50 |
| 267 | 09/10/2018 | $3000.00 |

Check 261: Aug 20, 2018 — Portage County Solid Waste — $31.20 — Memo: 111-45391-00
Check 262: August 24, 2018 — Brian Hess — $1,000.00 — Memo: Repair
Check 264: Aug 31, 2018 — Tony Settecase — $390.00 — Memo: Repair
Check 266: Aug 31, 2018 — Peck & Peck — $214.50
Check 267: Sept 6, 2018 — Rufus Maintenance Solutions — $3,000.00 — Memo: Repair 3763

 **Citizens Bank**

1-877-242-7837
Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

US048 BR697

LOUIS A TELERICO
545 BRISTOL DR
AURORA OH 44202-8590

Checking Account Statement

 OF 1

Beginning August 16, 2018
through September 18, 2018

## Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 23.26 |
| Checks | .00 - |
| Withdrawals & Debits | 9.99 - |
| Deposits & Credits | .00 + |
| Current Balance | 13.27 = |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account before the end of your statement period.
Your next statement period will end on October 16, 2018.

LOUIS A TELERICO
DEBTOR IN POSSESSION TAX ACCOU
**One Deposit Checking**
453140-120-3

**Previous Balance**
23.26

**TRANSACTION DETAILS**
**Withdrawals & Debits**
**Other Withdrawals & Debits**

| Date | Amount | Description |
|---|---|---|
| 09/18 | 9.99 | Monthly Maintenance Fee |

**Total Withdrawals & Debits**
9.99

**Current Balance**
13.27

**Daily Balance**

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/18 | 13.27 | | | | |

### NEWS FROM CITIZENS

--Effective October 31, 2018, Citizens Bank customers will no longer be able to make deposits at any NON-CITIZENS ATMs. Today this is possible at some machines operated by other banks. You will continue to be able to make deposits at our full service ATMs, and at our branches. You can use your mobile phone to deposit a check. It's quick and easy - let us show you how!
--Introducing our new student checking account! Available only to students and young adults under 25. There is no monthly maintenance fee while the individual is under 25 and the $3.99 monthly maintenance fee will apply once they turn 25. For more information or to open an account, visit citizensbank.com/studentchecking, call 888-821-3900 or stop by a local branch. Member FDIC.
--Still writing checks for your bills? Try Bill Pay through Online Banking to quickly and easily pay your bills and manage your accounts. Plus, view check images in Online Banking as soon as they are paid to stay on top of your finances.

Member FDIC   Equal Housing Lender