UNITED STATED BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No.17-50236 (AMK) |
| Louis Anthony Telerico | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Alan M. Koschik |
| | ) | |

**Notice to Take Deposition of Sharon Stephula and
Request for Production of Documents**

Daniel M. McDermott, United States Trustee for Region 9, hereby gives notice that Sharon Stephula ("Ms. Stephula") is directed to appear before the United States Trustee, or his designee, for a deposition. Ms. Stephula is to appear at the 341 Meeting Room of the Office of the United States Trustee, John F. Seiberling Federal Building, Suite B3-61A, 2 South Main Street, Akron, Ohio 44308 First Energy Building, Atrium Level Room 120, 76 South Main Street, Akron, Ohio 44308, **Tuesday, November 20, 2018 at 2:30 p.m.** to be examined, under oath, regarding her employment and/or income to support the contribution she will be making to fund the plan of reorganization of Louis A. Telerico.

In addition, the United States Trustee respectfully requests Sharon Stephula produce the following materials and/or documents by no later than **Tuesday, November 13, 2018** to the Office of the United States Trustee at H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East, Suite 441, Cleveland, Ohio, 44114:

1. Documentation identifying and evidencing all compensation and all sources of income earned or received by Mrs. Stephula in 2018 including but not limited to her most recent pay advices showing year to date totals from any and all employers and all income earned from financial institutions and/or brokerage accounts. This also includes any and all money received from family members or friends.

2. Copy of her 2017 and 2016 filed federal and state tax returns along with all attachments including all schedules; W's; 1099's, etc.

                Respectfully Submitted,

                Daniel M. McDermott
                United States Trustee
                Ohio/Michigan, Region 9

by: */s/ Maria D. Giannirakis*
     Maria D. Giannirakis (0038220)
     Trial Attorney
     Department of Justice
     Office of the U.S. Trustee
     201 Superior Avenue E, Ste. 441
     Cleveland, Ohio 44114
     (216) 522-7800 Ext. 222
     (216) 522-7193 (facsimile)
     maria.d.giannirakis@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on November 1, 2018, a true and correct copy of <u>Notice of Deposition and Request for Production of Documents</u> was served: Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Todd A. Atkinson    tatkinson@ulmer.com
- Philip Leonard Bednar    philip.l.bednar@usdoj.gov, northern.taxcivil@usdoj.gov
- Bryan J. Farkas    bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
- Scott D. Fink    ecfndoh@weltman.com
- Stephen R. Franks    amps@manleydeas.com
- Bryan T. Kostura    bkostura@mcglinchey.com, hhines@mcglinchey.com;jlucas@mcglinchey.com
- Allison Manayan    amanayan@portageco.com
- Michael J. Occhionero    mjocolpa@sbcglobal.net
- James W. Sandy    jsandy@mcglinchey.com, hhines@mcglinchey.com
- Richard P. Schroeter    rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- David J. Sternberg    djsternberg@ameritech.net
- United States Trustee    (Registered address)@usdoj.gov
- Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;rschroeter@amer-collect.com;HouliECF@aol.com
- Steven L. Wasserman    swasserman@westonhurd.com, specek@westonhurd.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov

And by regular U.S. Mail, postage prepaid to:

- Susan Lax
  755 White Pond Drive
  #403
  Akron, Ohio  44320

- Sharon Stephula
  545 Bristol Drive
  Aurora, OH  44202