# UNITED STATED BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In re:                                    )
                                          )        **Case No.17-50236 (AMK)**
    **Louis Anthony Telerico**          )
                                          )        **Chapter 11**
                                          )
        **Debtor**          )        **Judge Alan M. Koschik**
                                          )

### Amended Notice to Take Deposition of Sharon Stephula and Request for Production of Documents[1]

Daniel M. McDermott, United States Trustee for Region 9, hereby gives notice that Sharon Stephula ("Ms. Stephula") is directed to appear before the United States Trustee, or his designee, for a deposition. Ms. Stephula is to appear at the 341 Meeting Room of the Office of the United States Trustee located at the John F. Seiberling Federal Building, Suite B3-61A, 2 South Main Street, Akron, Ohio 44308 on **Tuesday, November 20, 2018 at 2:30 p.m.** to be examined, under oath, regarding her employment and/or income to support the contribution she will be making to fund the plan of reorganization of Louis A. Telerico.

In addition, the United States Trustee respectfully requests Sharon Stephula produce the following materials and/or documents by no later than **Tuesday, November 13, 2018** to the Office of the United States Trustee at H.M. Metzenbaum U.S. Courthouse, 201 Superior Avenue East, Suite 441, Cleveland, Ohio, 44114:

1. Documentation identifying and evidencing all compensation and all sources of income earned or received by Mrs. Stephula in 2018 including but not limited to her most recent pay advices showing year to date totals from any and all employers and all income earned from financial institutions and/or brokerage accounts. This also includes any and all money received from family members or friends.

---

[1] Notice Amended to make clear the deposition will take place at the John F. Seiberling Federal Building, Suite B3-61A, 2 South Main Street, Akron, Ohio 44308.

2. Copy of her 2017 and 2016 filed federal and state tax returns along with all attachments including all schedules; W's; 1099's, etc.

Respectfully Submitted,

Daniel M. McDermott
United States Trustee
Ohio/Michigan, Region 9

by: */s/ Maria D. Giannirakis*
Maria D. Giannirakis (0038220)
Trial Attorney
Department of Justice
Office of the U.S. Trustee
201 Superior Avenue E, Ste. 441
Cleveland, Ohio 44114
(216) 522-7800 Ext. 222
(216) 522-7193 (facsimile)
maria.d.giannirakis@usdoj.gov

## **CERTIFICATE OF SERVICE**

I certify that on November 15, 2018, a true and correct copy of <u>Amended Notice of Deposition and Request for Production of Documents</u> was served: Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:


- Todd A. Atkinson    tatkinson@ulmer.com
- Philip Leonard Bednar    philip.l.bednar@usdoj.gov, northern.taxcivil@usdoj.gov
- Bryan J. Farkas    bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com;mdwalkuski@vorys.com
- Scott D. Fink    ecfndoh@weltman.com
- Stephen R. Franks    amps@manleydeas.com
- Bryan T. Kostura    bkostura@mcglinchey.com, hhines@mcglinchey.com;jlucas@mcglinchey.com
- Allison Manayan    amanayan@portageco.com
- Michael J. Occhionero    mjocolpa@sbcglobal.net
- James W. Sandy    jsandy@mcglinchey.com, hhines@mcglinchey.com
- Richard P. Schroeter    rschroeter@amer-collect.com, sallman@amer-collect.com;HouliECF@aol.com;jvaughan@amer-collect.com
- Frederic P. Schwieg    fschwieg@schwieglaw.com
- David J. Sternberg    djsternberg@ameritech.net
- United States Trustee    (Registered address)@usdoj.gov
- Joshua Ryan Vaughan    jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM;rschroeter@amer-collect.com;HouliECF@aol.com
- Steven L. Wasserman    swasserman@westonhurd.com, specek@westonhurd.com
- Maria D. Giannirakis ust06    maria.d.giannirakis@usdoj.gov

And by regular U.S. Mail, postage prepaid to:

- Susan Lax
  755 White Pond Drive
  #403
  Akron, Ohio  44320

- Sharon Stephula
  545 Bristol Drive
  Aurora, OH  44202