## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE LOUIS TELERICO<br>*Debtor* | CASE NO. 17-50236<br>JUDGE ALAN M KOSCHIK<br>CHAPTER 11 |

**AFFIDAVIT OF DAVID NOVOTNY IN SUPPORT OF MOTION OF LOUIS A. TELERICO, DEBTOR IN POSSESSION TO EMPLOY SUSAN J. LAX, ESQ. ATTORNEY AT LAW AS SPECIAL COUNSEL AMENDED MOTION OF LOUIS A. TELERICO DEBTOR AND DEBTOR IN POSSESSION TO SELL A PARCEL OF REAL ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

David Novotny, being first duly sworn, deposes and says as follows:

1. He avers to the following statements from his personal knowledge.

2. He is the proposed buyer for Lot 130-A Glengarry Drive, Aurora, Ohio 44202 and identified by permanent parcel number 03-016-00-00-173-001 ("Glengarry 130-A") as set forth in Amended Motion of Louis A. Telerico Debtor and Debtor in Possession to Sell a Parcel of Real Estate Free and Clear of All Liens, Claims and Encumbrances [Doc. 151] ("Motion").

3. He has offered to purchase the estate's interest in Glengarry 130-A for $75,000.00 ("Gross Proceeds") on the terms and conditions set forth in the offer to purchase attached to the Motion as Exhibit A.

4. He has no connection to the Debtor, but is the son of the Debtor's wife Sharon Stephula.

5. He seeks to purchase Glengarry 130-A in good faith.

6. He is funding the Gross Proceeds from his personal funds and a loan he has arranged using his own credit. No portion of the Gross Proceeds is coming from the Debtor or the Estate.

7. He has no agreement of any kind to reconvey and part of Glengarry 130-A to the Debtor.

FURTHER AFFIANT SAYETH NOT

_____
David Novotny

SWORN TO BEFORE ME and subscribed in my presence this ____ day of November 2018.

_____
NOTARY PUBLIC

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE LOUIS TELERICO<br>*Debtor* | CASE NO. 17-50236<br>JUDGE ALAN M KOSCHIK<br>CHAPTER 11 |

**AFFIDAVIT OF DAVID NOVOTNY IN SUPPORT OF MOTION OF LOUIS A. TELERICO, DEBTOR IN POSSESSION TO EMPLOY SUSAN J. LAX, ESQ. ATTORNEY AT LAW AS SPECIAL COUNSEL AMENDED MOTION OF LOUIS A. TELERICO DEBTOR AND DEBTOR IN POSSESSION TO SELL A PARCEL OF REAL ESTATE FREE AND CLEAR OF ALL LIENS, CLAIMS AND ENCUMBRANCES**

David Novotny, being first duly sworn, deposes and says as follows:

1. He avers to the following statements from his personal knowledge.

2. He is the proposed buyer for Lot 130-A Glengarry Drive, Aurora, Ohio 44202 and identified by permanent parcel number 03-016-00-00-173-001 ("Glengarry 130-A") as set forth in Amended Motion of Louis A. Telerico Debtor and Debtor in Possession to Sell a Parcel of Real Estate Free and Clear of All Liens, Claims and Encumbrances [Doc. 151] ("Motion").

3. He has offered to purchase the estate's interest in Glengarry 130-A for $75,000.00 ("Gross Proceeds") on the terms and conditions set forth in the offer to purchase attached to the Motion as Exhibit A.

4. He has no connection to the Debtor, but is the son of the Debtor's wife Sharon Stephula.

5. He seeks to purchase Glengarry 130-A in good faith.

6. He is funding the Gross Proceeds from his personal funds and a loan he has arranged using his own credit. No portion of the Gross Proceeds is coming from the Debtor or the Estate.

7. He has no agreement of any kind to reconvey and part of Glengarry 130-A to the Debtor.

FURTHER AFFIANT SAYETH NOT

*/s/ David Novotny*
David Novotny

SWORN TO BEFORE ME and subscribed in my presence this 20th day of November 2018.

*/s/ Eiad Hasan*
NOTARY PUBLIC

[Seal: EIAD HASAN - NOTARY PUBLIC, STATE OF OHIO, COMM. EXP. DEC 06, ____]