# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

IN RE: LOUIS A TELERICO

}
}
}
}
}
}

CASE NUMBER: 17-50236

JUDGE ALAN KOSCHIK

DEBTOR.

CHAPTER 11

## DEBTOR'S MONTHLY OPERATING REPORT (INDIVIDUAL)
### FOR THE PERIOD
FROM *Nov 1, 2018* TO *Nov 30, 2018*

Comes now the above-named debtor and files its Monthly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated: *12/28/18*

/s/ Frederic P. Schwieg
Attorney for Debtor

Debtor's Address
and Phone Number:
PO BOX 928
Aurora OH 44202

Attorney's Address
and Phone Number:
2705 Gibson Dr
Rocky River OH 44116

Bar No. 0030418
Tel. (440) 499-4506

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program website. http://www.justice.gov/ust/r20/index.htm
1) Instructions for Preparation Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

*November 2018*

## SCHEDULE OF HOUSEHOLD
## CASH RECEIPTS AND CASH DISBURSEMENTS

| | Month | Cumulative Total |
|---|---|---|
| CASH - Beginning of Month | *November* 11,420.90 | |
| **CASH RECEIPTS** | | |
| Salary or Cash from Business | 45.93 | |
| Wages from Other Sources (attach list to this report) | | |
| Interest or Dividend Income | | |
| Alimony or Child Support | | |
| Social Security/Pension/Retirement | | |
| Sale of Household Assets (attach list to this report) | 13,922.94 | |
| Loans/Borrowing from Outside Sources (attach list to this report) | | |
| Other (specify) (attach list to this report) | 1,600.00 | |
| **TOTAL RECEIPTS** | 15,568.87 | 446,885.64 |
| **CASH DISBURSEMENTS** | | |
| Alimony or Child Support Payments | | |
| Charitable Contributions | | |
| Gifts | 250.00 | |
| Household Expenses/Food/Clothing | 3,936.89 | 4,355.85 |
| Household Repairs & Maintenance | | |
| Insurance | 1,598.25 | |
| IRA Contribution | | |
| Lease/Rent Payments | | |
| Medical/Dental Payments | 29.11 | |
| Mortgage Payment(s) | | |
| Other Secured Payments | | |
| Taxes - Personal Property | | |
| Taxes - Real Estate | | |
| Taxes Other (attach schedule) | | |
| Travel & Entertainment | | |
| Tuition/Education | | |
| Utilities (Electric, Gas, Water, Cable, Sanitation) | 2,218.22 | |
| Vehicle Expenses | 1,939.44 | |
| Vehicle Secured Payment(s) | | |
| U.S. Trustee Quarterly Fees | | |
| Professional Fees (Legal, Accounting) | | |
| Other (attach schedule) *BUSINESS EXPENSE / BANK FEES* | 4,125.89 | 105.00 |
| **Total Household Disbursements** | 15,458.65 | 453,548.37 |
| CASH - End of Month (Must equal reconciled bank statement - Attachment No. 2) | 11,531.12 | 478,708.10 |

*NOVEMBER 2018*

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

Case Name: Louis A Telerico
Case Number: 17-50236

Note: The information requested below is a summary of the information reported the various Schedules and Attachments contained within this report.

| | Month *NOVEMBER* | Cumulative Total |
|---|---|---|
| CASH- Beginning of Month (Household) | 11,420.90 | 268,426.77 |
| CASH- Beginning of Month (Business) | | |
| Total Household Receipts | 15,568.87 | 466,885.57 |
| Total Business Receipts | NA | |
| Total Receipts | 15,568.87 | 466,885.57 |
| Total Household Disbursements | 15,458.65 | 455,354.32 |
| Total Business Disbursements | NA | |
| Total Disbursements | 15,458.65 | 455,354.32 |
| NET CASH FLOW (Total Receipts minus Total Disbursements) | 110.22 | 11,531.12 |
| CASH- End of Month (Individual) | 11,531.12 | 278,698.10 |
| CASH- End of Month (Business) | NA | |

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | | |
|---|---|---|
| TOTAL DISBURSEMENTS (From Above) | 15,458.65 | 455,354.32 |
| Less: Any Amounts Transferred or Paid from the Business Account to the Household Account (i.e., Salary Paid to Debtor or Owner's Draw) | | |
| DISBURSEMENTS FOR U.S. TRUSTEE FEE CALCULATION | 15,458.65 | 455,354.32 |

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief

This __28__ day of __DECEMBER__ 20 _18_

_[signature]_
Debtor's Signature

Monthly Operating Report - Individual

_NOVEMBER 2018_

## INSURANCE INFORMATION

|   |   | YES | NO* |
|---|---|-----|-----|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's | | X |
| 2. | Are all premium payments current? | X | |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

## CONFIRMATION OF INSURANCE

| TYPE of POLICY and CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
|---|---|---|---|
| _HOMEOWNERS SEDGWICK_ | 4/8/18 - 4/8/19 | 1,596.75 MO | 0 |

✓ Check here if United States Trustee has been listed n a Certificate Holder on all policies of insurance.

DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:

Estimated Date of Filing the Plan of Reorganization and Disclosure Statement: _____

MONTHLY OPERATING REPORT - INDIVIDUAL

*November 2018*

## BANK ACCOUNT RECONCILIATIONS

| Bank Account Information | Account #1 | Account #2 | Account #3 | Account #4 |
|---|---|---|---|---|
| Name of Bank: | Citizens Bank | Citizens Bak | | |
| Account Number: | x1173 | x1203 | | |
| Purpose of Account (Business/Personal) | General | Tax | | |
| Type of Account (e.g. checking) | Checking | Checking | | |
| 1. Balance per Bank Statement | 11,420.90 | 33.28 | | |
| 2. ADD: Deposits not credited (attach list to this report) | 15,568.87 | | | |
| 3. SUBTRACT: Outstanding Checks (attach list) | 15,458.65 | 9.99 | | |
| 4. Other Reconciling Items (attach list to this report) | | | | |
| 5. Month End Balance (Must Agree with Books) | 11,531.12 | 23.29 | | |
| TOTAL OF ALL ACCOUNTS | | | | $ |

Note: Attach a copy of the bank statement and bank reconciliation for each account.

| Investment Account Information | | | | |
|---|---|---|---|---|
| Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value |
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Note: Attach a copy of each investment account statement.

| Date Posted | Transaction Description | Amount | Balance |
|---|---|---|---|
| 12/05/18 | DBT Purchase<br>In *Trustee Insura877-2378167 Mi 9803 | - $1,598.25 | $5,060.79 |
| 12/04/18 | Preauthorized Debit<br>Liberty Mutual Payment | - $590.50 | $6,659.04 |
| 12/04/18 | Check # 316<br>View Print Image & Details | - $1,792.00 | $7,249.54 |
| 12/04/18 | POS Debit<br>Heinen's #8 Aurora Oh 9803 | - $79.96 | $9,041.54 |
| 12/04/18 | DBT Purchase<br>Viviscal 877-333-4581 Nj 9803 | - $123.31 | $9,121.50 |
| 12/03/18 | Preauthorized Debit<br>Timewarnerneo Bank Draft | - $120.60 | $9,244.81 |
| 12/03/18 | Preauthorized Debit<br>Verizon Wireless Payments | - $244.88 | $9,365.41 |
| 12/03/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $112.01 | $9,610.29 |
| 12/03/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $27.27 | $9,722.30 |
| 12/03/18 | POS Debit<br>Heinen's #8 Aurora Oh 9803 | - $69.93 | $9,749.57 |
| 12/03/18 | POS Debit<br>Wal Wal-mart S Bainbridge Twoh 9803 | - $185.02 | $9,819.50 |
| 12/03/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $935.52 | $10,004.52 |
| 12/03/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $34.36 | $10,940.04 |
| 12/03/18 | DBT Purchase<br>Houlihan's #187 Westlake Oh 9803 | - $48.34 | $10,974.40 |
| 12/03/18 | DBT Purchase<br>Build.com 800-375-3403 Ca 9803 | - $508.38 | $11,022.74 |
| 11/30/18 | Direct Deposit<br>Metlife Pensions Pension | $11,443.94 | $11,531.12 |
| 11/29/18 | Direct Deposit<br>Combined Insuran Payroll | $20.56 | $87.18 |
| 11/29/18 | Deposit | $100.00 | $66.62 |
| 11/27/18 | Fee<br>Overdraft ( 3 At $35 Each ) |eNotice | - $105.00 | -$33.38 |
| 11/26/18 | Check # 315<br>View Print Image & Details | $115.00 | $71.62 |
| 11/26/18 | DBT Purchase<br>Build.com 800-375-3403 Ca 9803 | -$1,201.20 | $186.62 |

- first
- prev
- 1 − 100 of 192
- next
- last

Download or Print Transactions

| Date Posted | Transaction Description | Amount | Balance |
|---|---|---|---|
| 11/26/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $298.89 | $1,387.82 |
| 11/26/18 | POS Debit<br>Wm Supercenter Bainbridge Twoh 9803 | - $157.77 | $1,686.71 |
| 11/26/18 | POS Debit<br>Sxm*siriusxm.com/a888-635-5144 Ny 9803 | - $20.42 | $1,844.48 |
| 11/26/18 | Deposit | $1,500.00 | $1,864.90 |
| 11/23/18 | Preauthorized Debit<br>Bmwfinancial Svs Bmwfs Pymt | - $1,122.38 | $364.90 |
| 11/23/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $444.03 | $1,487.28 |
| 11/23/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $19.06 | $1,931.31 |
| 11/23/18 | DBT Purchase<br>Country Club Cleanaurora Oh 9803 | - $37.40 | $1,950.37 |
| 11/23/18 | Direct Deposit<br>Combined Insuran Payroll | $1.50 | $1,987.77 |
| 11/21/18 | POS Debit<br>Heinen's #8 115 N Aurora Oh 9803 | - $218.20 | $1,986.27 |
| 11/21/18 | DBT Purchase<br>Salon Patrick Aurora Oh 9803 | - $102.00 | $2,204.47 |
| 11/21/18 | DBT Purchase<br>Devitis Italian Maakron Oh 9803 | - $75.98 | $2,306.47 |
| 11/21/18 | DBT Purchase<br>Abm Parking Super Akron Oh 9803 | - $5.00 | $2,382.45 |
| 11/20/18 | POS Debit<br>Heinen's #8 Aurora Oh 9803 | - $82.26 | $2,387.45 |
| 11/19/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $518.83 | $2,469.71 |
| 11/19/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $29.16 | $2,988.54 |
| 11/19/18 | POS Debit<br>Costco Whse #0332 Pittsburgh Pa 9803 | - $188.36 | $3,017.70 |
| 11/19/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $43.16 | $3,206.06 |
| 11/16/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $38.60 | $3,249.22 |
| 11/15/18 | Check # 312<br>View Print Image & Details | - $264.12 | $3,287.82 |
| 11/15/18 | POS Debit<br>Lowe's #1606 Streetsboro Oh 9803 | - $154.65 | $3,551.94 |

- first
- prev
- 1 – 100 of 192
- next
- last

Download or Print Transactions

| Date Posted | Transaction Description | Amount | Balance |
|---|---|---|---|
| 11/15/18 | POS Debit<br>Walgreens Store 95aurora Oh 9803 | - $29.11 | $3,706.59 |
| 11/15/18 | DBT Purchase<br>Gg *Toni Turchi Fo503-5970395 Oh 9803 | - $250.00 | $3,735.70 |
| 11/14/18 | Check # 314<br>View Print Image & Details | - $385.00 | $3,985.70 |
| 11/14/18 | Check # 313<br>View Print Image & Details | - $2,000.00 | $4,370.70 |
| 11/14/18 | POS Debit<br>Experian *Credi479-3436238 Ca 9803 | - $24.99 | $6,370.70 |
| 11/14/18 | Direct Deposit<br>Ssa Treas 310 Xxsoc Sec | $2,479.00 | $6,395.69 |
| 11/13/18 | POS Debit<br>Heinen's #8 Aurora Oh 9803 | - $96.50 | $3,916.69 |
| 11/13/18 | POS Debit<br>Costco Whse #0625 Strongsville Oh 9803 | - $117.19 | $4,013.19 |
| 11/13/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $436.65 | $4,130.38 |
| 11/13/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $42.55 | $4,567.03 |
| 11/13/18 | POS Debit<br>Rocket Lawyer Us Www.rocketlawca 9803 | - $39.95 | $4,609.58 |
| 11/13/18 | DBT Purchase<br>Trthfdr*truthfinde888-8974556 Ca 9803 | - $27.78 | $4,649.53 |
| 11/09/18 | POS Debit<br>Heinen's #8 Aurora Oh 9803 | - $97.18 | $4,677.31 |
| 11/09/18 | DBT Purchase<br>Houlihan's #187 Westlake Oh 9803 | - $59.96 | $4,774.49 |
| 11/08/18 | POS Debit<br>Sun Fx Aurora Oh 9803 | - $32.10 | $4,834.45 |
| 11/08/18 | Direct Deposit<br>Combined Insuran Payroll | $23.87 | $4,866.55 |
| 11/07/18 | DBT Purchase<br>Abm Parking Super Akron Oh 9803 | - $4.00 | $4,842.68 |
| 11/06/18 | DBT Purchase<br>Country Club Cleanaurora Oh 9803 | - $113.46 | $4,846.68 |
| 11/05/18 | Check # 270<br>View Print Image & Details | - $500.00 | $4,960.14 |
| 11/05/18 | POS Debit<br>Wm Supercenter Bainbridge Twoh 9803 | - $60.83 | $5,460.14 |

- first
- prev
- 1 − 100 of 192
- next
- last

Download or Print Transactions

| Date Posted | Transaction Description | Amount | Balance |
|---|---|---|---|
| 11/05/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $759.26 | $5,520.97 |
| 11/05/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $36.80 | $6,280.23 |
| 11/02/18 | Preauthorized Debit<br>Billmatrix Billpayfee | - $1.65 | $6,317.03 |
| 11/02/18 | Preauthorized Debit<br>Timewarnerneo Bank Draft | - $120.60 | $6,318.68 |
| 11/02/18 | Preauthorized Debit<br>Liberty Mutual Payment | - $590.50 | $6,439.28 |
| 11/02/18 | Preauthorized Debit<br>Dominion Energy Bill Pay | - $918.82 | $7,029.78 |
| 11/02/18 | Preauthorized Debit<br>Psn*city Of Auro Utility Pa | - $930.01 | $7,948.60 |
| 11/02/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $17.23 | $8,878.61 |
| 11/02/18 | DBT Purchase<br>In *Trustee Insura877-2378167 Mi 9803 | - $1,598.23 | $8,895.84 |
| 11/01/18 | Preauthorized Debit<br>Verizon Wireless Payments | - $247.14 | $10,494.09 |
| 11/01/18 | POS Debit<br>Sxm*siriusxm.com/a888-635-5144 Ny 9803 | - $153.14 | $10,741.23 |
| 11/01/18 | DBT Purchase<br>Staples 0010streetsboro Oh 9803 | - $526.53 | $10,894.37 |
| 10/31/18 | POS Debit<br>Wal-mart #3250 Aurora Oh 9803 | - $115.65 | $11,420.90 |
| 10/31/18 | Direct Deposit<br>Metlife Pensions Pension | $11,443.94 | $11,536.55 |
| 10/30/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $62.65 | $92.61 |
| 10/30/18 | POS Debit<br>Costco Gas #1226 Boston Heightoh 9803 | - $44.54 | $155.26 |
| 10/30/18 | POS Debit<br>Usps Po 38036402 4aurora Oh 9803 | - $1.84 | $199.80 |
| 10/30/18 | POS Debit<br>Usps Po 38036402 4aurora Oh 9803 | - $24.70 | $201.64 |
| 10/29/18 | Check # 277<br>View Print Image & Details | - $805.00 | $226.34 |
| 10/29/18 | POS Debit<br>Costco Whse #1226 Boston Heightoh 9803 | - $142.08 | $1,031.34 |

- first
- prev
- 1 − 100 of 192
- next
- last

Download or Print Transactions

 **Citizens Bank**

1-877-242-7837
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.


ROP-450
PO Box 7000
Providence RI 02940



LOUIS A TELERICO
PO BOX 928
AURORA OH 44202-0928

## Checking

SUMMARY

US759  6  1

### Balance Calculation

| | | |
|---|---|---|
| Previous Balance | 6,028.23 | |
| Checks | 4,604.12 | - |
| Withdrawals & Debits | 12,541.63 | - |
| Deposits & Credits | 14,366.74 | + |
| Current Balance | 3,249.22 | = |

LOUIS A TELERICO
DEBTOR IN POSSESSION
**One Deposit Checking**
453140-117-3

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account
before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on December 17, 2018.

TRANSACTION DETAILS

Previous Balance

**Checks*** *There is a break in check sequence*

| Check # | Amount | Date | | Check # | Amount | Date |
|---|---|---|---|---|---|---|
| 270 | 500.00 | 11/05 | | 312* | 264.12 | 11/15 |
| 277* | 805.00 | 10/29 | | 313 | 2,000.00 | 11/14 |
| 280* | 650.00 | 10/24 | | 314 | 385.00 | 11/14 |

6,028.23

Total Checks

4,604.12

### Withdrawals & Debits

**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 10/17 | 30.59 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 10/17 | 29.47 | 9803 POS Debit - 001 Lowe's #1606 Streetsbor 0 OH |
| 10/18 | 18.41 | 9803 Dbt Purchase - 05p Fedexoffice 0001twinsburg OH |
| 10/18 | 2.42 | 9803 Dbt Purchase - 999999 Usps PO 38036402 4aurora OH |
| 10/18 | 53.38 | 9803 POS Debit - 000818 Dick's Sporting Goaurora OH |
| 10/22 | 107.00 | 9803 Dbt Purchase - 785247 Salon Patrick Aurora OH |
| 10/22 | 35.45 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 10/22 | 785.92 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 10/22 | 14.33 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 10/22 | 27.90 | 9803 Dbt Purchase - 000072 Mazzulos Market Aurora OH |
| 10/23 | 245.80 | 9803 Dbt Purchase - 023229 Mad Jacks Grill & Aurora OH |
| 10/24 | 105.66 | 9803 Dbt Purchase - 013656 Burntwood Tavern -Solon OH |
| 10/24 | 20.42 | 9803 POS Debit - 261000 Sxm*siriusxm.Com 44 NY |
| 10/26 | 162.87 | 9803 Dbt Purchase - 290170 Oak And Embers Tavchesterlan D OH |
| 10/26 | 35.76 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 10/29 | 240.00 | 9803 Dbt Purchase - 023229 Mad Jacks Grill & Aurora OH |
| 10/29 | 240.87 | 9803 Dbt Purchase - 023229 Mad Jacks Grill & Aurora OH |
| 10/29 | 42.10 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 10/29 | 468.76 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 10/29 | 142.08 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |

Member FDIC ⌂ Equal Housing Lender



1-877-242-7837
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

Checking Account
Statement

 OF 4

Beginning October 17, 2018
through November 16, 2018

*Checking continued from previous page*

## ATM/Purchases (continued)

| Date | Amount | Description |
|------|--------|-------------|
| 10/30 | 24.70 | 9803 POS Debit - 999999 Usps PO 38036402 4aurora OH |
| 10/30 | 1.84 | 9803 POS Debit - 999999 Usps PO 38036402 4aurora OH |
| 10/30 | 44.54 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 10/30 | 62.65 | 9803 POS Debit - 991226 Costco Gas #1226 Boston Hei Ghtoh |
| 10/31 | 115.65 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 11/01 | 526.53 | 9803 POS Debit - 243250 Wal-Mart #3250 Aurora OH |
| 11/01 | 153.14 | 9803 Dbt Purchase - 001 Staples 0010streetsbor O OH |
| 11/02 | 1,598.25 | 9803 POS Debit - 211005 Sxm*siriusxm.Com 44 NY |
| 11/02 | 17.23 | 9803 Dbt Purchase - 261007 IN *trustee Insura877-237816 7 MI |
| 11/05 | 36.80 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 11/05 | 759.26 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 11/05 | 60.83 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 11/06 | 113.46 | 9803 Dbt Purchase - 000063 Country Club Cleanaurora OH |
| 11/07 | 4.00 | 9803 POS Debit - 203445 Abm Parking Super Akron OH |
| 11/08 | 32.10 | 9803 POS Debit - 051617 Sun Fx Aurora OH |
| 11/09 | 59.96 | 9803 Dbt Purchase - 087731 Houlihan's #187 Westlake OH |
| 11/09 | 97.18 | 9803 POS Debit - 411540 Heinen's #8 Aurora OH |
| 11/13 | 27.78 | 9803 Dbt Purchase - 000000 Trthfdr*truthfin 6 CA |
| 11/13 | 39.95 | 9803 POS Debit - 266378 Rocket Lawyer US Www.Rocket Lawca |
| 11/13 | 42.55 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 11/13 | 436.65 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 11/13 | 117.19 | 9803 POS Debit - 990625 Costco Whse #0625 Strongsvil Le OH |
| 11/14 | 96.50 | 9803 POS Debit - 411540 Heinen's #8 Aurora OH |
| 11/15 | 24.99 | 9803 POS Debit - 000780 Experian *credi479-343623 8 CA |
| 11/15 | 250.00 | 9803 Dbt Purchase - 733306 Gg *toni Turchi Fo503-597039 5 OH |
| 11/15 | 29.11 | 9803 POS Debit - 999999 Walgreens Store 95aurora OH |
| 11/15 | 154.65 | 9803 POS Debit - 001 Lowe's #1606 Streetsbor O OH |
| 11/16 | 38.60 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |

## Other Withdrawals & Debits

| Date | Amount | Description |
|------|--------|-------------|
| 10/22 | 494.56 | Firstenergy Opco Fe Echeck 181022 110123043843 |
| 10/22 | 340.69 | Directv Directv 181019 7116104 |
| 10/23 | 1,122.38 | Bmwfinancial Svs Bmwfs Pymt 181021 239472956 |
| 11/01 | 247.14 | Psn*city Of Auro Utility PA 110218 |
| 11/02 | 930.01 | Verizon Wireless Payments 181101 084203920900003 |
| 11/02 | 918.82 | Dominion Energy Bill Pay 181101 11456669501 |
| 11/02 | 590.50 | Liberty Mutual Payment 181102 Aos28815467170 |
| 11/02 | 120.60 | Timewarnerneo Bank Draft 181101 001307267201001 |
| 11/02 | 1.65 | Billmatrix Billpayfee 181101 11456669502 |

**Total Withdrawals & Debits**
12,541.63

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | .00 | 35.00 |
| Total Returned Item Fees | .00 | .00 |

## Deposits & Credits

| Date | Amount | Description |
|------|--------|-------------|
| 10/18 | 418.43 | Combined Insuran Payroll 181016 00000aseu |
| 10/25 | 1.50 | Combined Insuran Payroll 181023 00000aseu |
| 10/31 | 11,443.94 | Metlife Pensions Pension 181031 4655499 110438 |
| 11/08 | 23.87 | Combined Insuran Payroll 181106 00000aseu |
| 11/14 | 2,479.00 | SSA Treas 310 Xxsoc Sec 111418 |

**Total Deposits & Credits**
14,366.74

**Current Balance**
3,249.22

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/17 | 5,968.17 | 10/29 | 226.34 | 11/07 | 4,842.68 |
| 10/18 | 6,312.39 | 10/30 | 92.61 | 11/08 | 4,834.45 |
| 10/22 | 4,506.54 | 10/31 | 11,420.90 | 11/09 | 4,677.31 |

LOUIS A TELERICO
DEBTOR IN POSSESSION
**One Deposit Checking**
453140-117-3

Member FDIC ⌂ Equal Housing Lender

 **Citizens Bank**

**1-877-242-7837**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.


*Checking continued from previous page*

## Daily Balance (continued)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/23 | 3,138.36 | 11/01 | 10,494.09 | 11/13 | 3,916.69 |
| 10/24 | 2,362.28 | 11/02 | 6,317.03 | 11/14 | 3,985.70 |
| 10/25 | 2,363.78 | 11/05 | 4,960.14 | 11/15 | 3,287.82 |
| 10/26 | 2,165.15 | 11/06 | 4,846.68 | 11/16 | 3,249.22 |

LOUIS A TELERICO
DEBTOR IN POSSESSION
**One Deposit Checking**
453140-117-3

## N E W S   F R O M   C I T I Z E N S

--Introducing our new student checking account! Available only to students and young adults
under 25. There is no monthly maintenance fee while the individual is under 25 and the $3.99
monthly maintenance fee will apply once they turn 25. For more information or to open an
account, visit citizensbank.com/studentchecking, call 888-821-3900 or stop by a local branch.
Member FDIC.
--Still writing checks for your bills? Try Bill Pay through Online Banking to quickly and
easily pay your bills and manage your accounts. Plus, view check images in Online Banking
as soon as they are paid to stay on top of your finances.

Member FDIC ⌂ Equal Housing Lender

 **Citizens Bank**

1-877-242-7837
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.


Images for account 453140-117-3

---

LOUIS A TELERICO
DEBTOR IN POSSESSION

270

PAY TO THE ORDER OF: Brian Hess
DATE: Sept 28 2018
$ 500.00

Five Hundred and 00/100 DOLLARS

Citizens Bank

MEMO: Repairs

270    11/05/2018    $500.00

---

LOUIS A TELERICO
DEBTOR IN POSSESSION

277

PAY TO THE ORDER OF: R. Th
DATE: 10/16/18
$ 805.00

Eight Hundred and Five 00/100 DOLLARS

Citizens Bank

MEMO: 174341104

277    10/29/2018    $805.00

---

LOUIS A TELERICO
DEBTOR IN POSSESSION

280

PAY TO THE ORDER OF: W. S. Trustee
DATE: Oct 18 2018
$ 650.00

Six Hundred Fifty and 00/100 DOLLARS

Citizens Bank

MEMO: 4751-750236

280    10/24/2018    $650.00

---

LOUIS A TELERICO
DEBTOR IN POSSESSION

312

PAY TO THE ORDER OF: Whiten
DATE: Nov 9 2018
$ 264.12

Two Hundred Sixty Four and 12/100 DOLLARS

Citizens Bank

MEMO: 460

312    11/15/2018    $264.12

---

LOUIS A TELERICO
DEBTOR IN POSSESSION

313

PAY TO THE ORDER OF: Rapid Maintenance
DATE: Nov 5 2018
$ 2,000

Two Thousand and 00/100 DOLLARS

Citizens Bank

MEMO: Repairs

313    11/14/2018    $2000.00

---

LOUIS A TELERICO
DEBTOR IN POSSESSION

314

PAY TO THE ORDER OF: Reliable Climate Control
DATE: Nov 9 2018
$ 385.00

Three Hundred Eighty Five and 00/100 DOLLARS

Citizens Bank

MEMO: Repair

314    11/14/2018    $385.00

---

Member FDIC ⌂ Equal Housing Lender

 **Citizens Bank**

**1-877-242-7837**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.

**Checking Account
Statement**

 OF 4

ROP-450
PO Box 7000
Providence RI 02940



Beginning November 17, 2018
through December 17, 2018

LOUIS A TELERICO
PO BOX 928
AURORA OH 44202-0928

## Checking

| SUMMARY | | LOUIS A TELERICO |
|---|---|---|

**Balance Calculation**

| | | DEBTOR IN POSSESSION |
|---|---|---|
| Previous Balance | 3,249.22 | One Deposit Checking |
| Checks | 3,759.00 − | 453140-117-3 |
| Withdrawals & Debits | 13,747.55 − | |
| Deposits & Credits | 15,599.06 + | |
| Current Balance | 1,341.73 = | |

The monthly maintenance fee of $9.99 will be waived if at least 1 deposit is posted to your account
before the end of your statement period.
Your account had at least 1 deposit posted during this statement period.
Your next statement period will end on January 16, 2019.

| TRANSACTION DETAILS | Previous Balance |
|---|---|
| **Checks•** There is a break in check sequence | 3,249.22 |

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 315 | 115.00 | 11/26 | 318* | 1,852.00 | 12/11 |
| 316 | 1,792.00 | 12/04 | | | |

| | Total Checks |
|---|---|
| | 3,759.00 |

### Withdrawals & Debits
**ATM/Purchases**

| Date | Amount | Description |
|---|---|---|
| 11/19 | 43.16 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 11/19 | 188.36 | 9803 POS Debit - 990332 Costco Whse #0332 Pittsburgh PA |
| 11/19 | 29.16 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 11/19 | 518.83 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 11/20 | 82.26 | 9803 POS Debit - 411540 Heinen's #8 Aurora OH |
| 11/21 | 5.00 | 9803 Dbt Purchase - 264325 Abm Parking Super Akron OH |
| 11/21 | 75.98 | 9803 Dbt Purchase - 270270 Devitis Italian Maakron OH |
| 11/21 | 102.00 | 9803 Dbt Purchase - 785247 Salon Patrick Aurora OH |
| 11/21 | 218.20 | 9803 POS Debit - 999999 Heinen's #8 115 N Aurora OH |
| 11/23 | 37.40 | 9803 Dbt Purchase - 000063 Country Club Cleanaurora OH |
| 11/23 | 19.06 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 11/23 | 444.03 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 11/26 | 20.42 | 9803 POS Debit - 271004 Sxm*siriusxm.Com 44 NY |
| 11/26 | 157.77 | 9803 POS Debit - 325000 Wm Supercenter Bainbridge Twoh |
| 11/26 | 298.89 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 12/03 | 1,201.20 | 9803 Dbt Purchase - 210837 Build.Com 800-375-34 03 CA |
| 12/03 | 508.38 | 9803 Dbt Purchase - 200837 Build.Com 800-375-34 03 CA |
| 12/03 | 48.34 | 9803 Dbt Purchase - 116536 Houlihan's #187 Westlake OH |
| 12/03 | 34.36 | 9803 POS Debit - 931226 Costco Gas #1226 Boston Hei Ghtoh |
| 12/03 | 935.52 | 9803 POS Debit - 991226 Costco Whse #1226 Boston Hei Ghtoh |
| 12/03 | 185.02 | 9803 POS Debit - 325000 Wal Wal-Mart S Bainbridge Twoh |

Member FDIC ⌂ Equal Housing Lender

 **Citizens Bank**

**1-877-242-7837**
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.



Beginning November 17, 2018
through December 17, 2018

*Checking continued from previous page*

## Daily Balance (continued)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/23 | 364.90 | 12/05 | 3,738.18 | 12/13 | 2,501.72 |
| 11/26 | 71.62 | 12/06 | 3,592.65 | 12/14 | 2,476.73 |
| 11/27 | -33.38 | 12/07 | 3,147.22 | 12/17 | 1,341.73 |
| 11/29 | 87.18 | | | | |

LOUIS A TELERICO
DEBTOR IN POSSESSION
**One Deposit Checking**
453140-117-3

## NEWS FROM CITIZENS

--Introducing our new student checking account! Available only to students and young adults
under 25. There is no monthly maintenance fee while the individual is under 25 and the $3.99
monthly maintenance fee will apply once they turn 25. For more information or to open an
account, visit citizensbank.com/studentchecking, call 888-821-3900 or stop by a local branch.
Member FDIC.
--Why wait for a statement to see your banking activity? Download our Mobile Banking App
today to manage your money when it is convenient for you. *Wireless carrier charges may
apply.

Member FDIC ⌂ Equal Housing Lender

 Citizens Bank

1-877-242-7837
Call Citizens' PhoneBank anytime for
account information, current rates and
answers to your questions.


Images for account 453140-117-3

LOUIS A TELERICO
DEBTOR IN POSSESSION                                    315

PAY TO THE
ORDER OF   BEUINEUE CLIMATE CONTROLS   $ 115.00
ONE HUNDRED FIFTEEN AND xx/100   DOLLARS

Citizens Bank
MEMO   REPAIR

⑆241070417⑆ 453140117⑈ 0315

315          11/26/2018          $115.00

LOUIS A TELERICO
DEBTOR IN POSSESSION                                    316

DATE Nov 29 2018

PAY TO THE
ORDER OF   RATIO ARCHITECTS   $ 1,792.00
ONE THOUSAND SEVEN HUNDRED NINETY TWO   DOLLARS

Citizens Bank
MEMO   Rose Remac

⑆241070417⑆ 453140117⑈ 0316

316          12/04/2018          $1792.00

LOUIS A TELERICO
DEBTOR IN POSSESSION                                    318

DATE Dec 7 2018

PAY TO THE
ORDER OF   STALCRETE Denbau, INC   $ 1,852.00
ONE THOUSAND EIGHT HUNDRED FIFTY TWO AND xx/100   DOLLARS

Citizens Bank
MEMO  # 2688 REPAIR

⑆241070417⑆ 453140117⑈ 0318

318          12/11/2018          $1852.00

# ✵ Citizens Bank®

MY ACCOUNTS    TRANSFER MONEY    PAY BILLS & PEOPLE    DOCUMENT CENTER    SERVICE CENTER

Alerts ⑤    Messages    Contact Us

**Welcome Louis,** edit My Profile
Last logged in on 12/19/2018 at 07:22 a.m.

OPEN A NEW ACCOUNT

Accounts    Summary    Settings

Future Payments & Transfers

Bills & People

Bank Accounts

PAY BILLS

One Deposit Checking  –1203
## $23.29
Account Details | View Statements | Download

VIEW ›

You are not enrolled in Bill Pay at this time. Enroll now to experience the convenience of paying bills electronically.

One Deposit Checking  –1173
## $2,417.69
Account Details | View Statements | Download

VIEW ›

View All Payments

Transfers

## Investment Accounts from Citizens Investment Services® Not FDIC Insured *

### Discover SpeciFi® digital advisor.

A digitally managed investment account built around you and designed to offer you an easy, low fee way to invest.

### See how your investments are doing with SpeciFi's free investment guidance tool.

Easily compare your investment accounts to a SpeciFi portfolio and get personalized recommendations that may help you with your financial goals.

Try our investment guidance tool — it takes just minutes.

### Our experienced financial advisors can help you with your investment goals and needs.

For advice and guidance on insurance and security products, our financial advisors are here to help.

Learn More

📞 Ways to Contact Us          🏛 Branch & ATM Locator          [+] Feedback

| Checking & Savings | Home Borrowing | Students | Cards |
|---|---|---|---|
| Checking | Mortgages | Student Loan Options | Credit Cards |
| Savings | Home Equity Loans | Refinancing Student Loans | Card Agreements |
| Money Markets | Home Equity Lines of Credit | The Student Loan Process | Security Features |
| Certificates of Deposit (CDs) ' | Determine My Rate | Undergraduate Students & Parents | |
| IRAs | My Mortgage Account | Graduate Students | |
| Programs & Services | | Tools & Information | |
| Benefits & Features | | Banking for Students | |
| Debit Card | | Access My Student Loan | |
| Overdraft Choices ' | | | |

| Personal Loans | Resources | About Us | Solutions |
|---|---|---|---|
| Overview | Order Checks | About Citizens Bank | Personal |
| FAQs | Online & Mobile Banking | In the Community | Investing |
| | Customer Service | Careers | Small Business |
| | | About Our Ads | Commercial |

Disclosures
Online Terms and Conditions

```
     Warehouse:   1226
    Sales Date:  11/03/18          Reg#:    4     Trans Type:  Tender
          Time:  11:40             Tran#:  125      Tender:
         Total:  759.26          Operator:  11      Block:   Y
  Member #: 000111857031320 TELERICO, LOUIS A      Mbr Type: Gold Star
           Tax:   31.16                          Resale Total:
```

| FSA/ EBT | Item | Description | Amount | Units | TxFl |
|---|---|---|---|---|---|
| E | 619749 | LITTLE ITALY SAUCE 3/32 Z | 10.59 | 1 | |
| | 1100596 | CHERIBUNDI TART CHERRY | 9.99 | 1 | |
| E | 239600 | FIJI WATER 24/16.9 OZ. | 19.99 | 1 | |
| | 404719 | ECO FOIL FULL STEAM 15 CT | 9.99 | 1 | A |
| E | 782796 | KS WATER 40/16.9Z | 2.99 | 1 | |
| | | Dept Ring 16 | 26.37- | 0 | A |
| | 57568 | SOUVERAIN CHARDONNAY | 119.88 | 12 | A |
| | 342990 | 14 HANDS CABERNET SAUV | 143.88 | 12 | A |
| E | 106177 | NTRL BACON 16/3-12 OZ | 11.99 | 1 | |
| E | 637598 | KS CAGE FREE AA LARGE 2DZ | 2.99 | 1 | |
| E | 1005641 | CHOBANI GRK YGRT 20/5.3 Z | 13.99 | 1 | |
| E | 1005641 | CHOBANI GRK YGRT 20/5.3 Z | 13.99- | 1- | |
| E | 1005641 | CHOBANI GRK YGRT 20/5.3 Z | 13.99 | 1 | |
| E | 1056241 | TROPICANA OJ 3/59OZ | 8.89 | 1 | |
| E | 382872 | KS CHICKEN WINGS 4/10 LB | 20.49 | 1 | |
| E | 654650 | ORGANIC BROCCOLI 8/4-1 LB | 6.69 | 1 | |
| E | 688797 | ORE IDA SIMPLY STRAIGHT | 4.99 | 1 | |
| E | 595006 | TZATZIKI YOGRT DIP 12/32Z | 6.99 | 1 | |
| E | 666937 | CHNKY GUAC 18/3-10Z | 8.99 | 1 | |
| E | 840043 | ALL NAT MASHED POTATOES | 6.49 | 1 | |
| E | 1113136 | ORG SPNACH/CHS RAV 12/38Z | 9.99 | 1 | |
| | 718262 | GREENMADE 27G W/LID | 8.49 | 1 | A |
| | 718262 | GREENMADE 27G W/LID | 8.49 | 1 | A |
| | 718262 | GREENMADE 27G W/LID | 8.49 | 1 | A |
| | 718262 | GREENMADE 27G W/LID | 8.49 | 1 | A |
| | 1095660 | DURACELL C-14PK CARDED | 126.32 | 8 | A |
| | 1170792 | CMT MINI LANTERN 3-PACK | 19.99 | 1 | A |
| | 1060432 | YUMMIE SUPER OPAQUE TIGHT | 9.99 | 1 | A |
| | 1060432 | YUMMIE SUPER OPAQUE TIGHT | 9.99 | 1 | A |
| | 1047674 | 32D HEAT TEE P768 | 8.99 | 1 | A |
| | | /1047674 2100001963392 | 2.00- | 1- | |
| | | /1047674 2100001963392 | 2.00- | 1- | |
| | 1047674 | 32D HEAT TEE P768 | 8.99 | 1 | A |
| E | 55553 | BEEF LOIN TENDERLOIN USDA | 103.50 | 1 | |
| | | / 55553 2100002001079 | 20.00- | 1- | |
| E | 35404 | ASIAN WRAP W/ROTISSERIE | 9.99 | 1 | |
| | 87745 | ROTISSERIE CHICKEN | 4.99 | 1 | |
| E | 113523 | ORGANIC WHITE MUSHROOMS | 4.99 | 1 | |
| E | 113523 | ORGANIC WHITE MUSHROOMS | 4.99- | 1- | |
| E | 113523 | ORGANIC WHITE MUSHROOMS | 4.99 | 1 | |
| E | 113523 | ORGANIC WHITE MUSHROOMS | 4.99 | 1 | |
| E | 910270 | ORGANIC GREEN BEANS | 5.99 | 1 | |
| E | 1142830 | ORGANIC MEDITERRANEAN | 5.99 | 1 | |

```
      6 Cancel item not sold in transaction      .00

          Override by MGR 814                     .00
```

```
        Warehouse:   1226
        Sales Date: 11/03/18          Reg#:      4    Trans Type:  Tender
              Time:   11:40           Tran#:   125      Tender:
       Total:      759.26          Operator:   11      Block:  Y
Member #: 000111857031320 TELERICO, LOUIS A                Mbr Type: Gold Star
             Tax:   31.16                          Resale Total:
```

FSA/
EBT   Item Description                        Amount    Units  TxFl

            Debit Card #9803                  759.26


**\*\*\* END OF REPORT \*\*\***

```
Warehouse:   1226
Sales Date:  11/10/18        Reg#:       3    Trans Type:  Tender
     Time:   10:31           Tran#:     59        Tender:
   Total:    436.65          Operator:  11        Block:  Y
Member #: 000111857031320 TELERICO, LOUIS A        Mbr Type: Gold Star
     Tax:    10.04                              Resale Total:
```

```
FSA/
EBT  Item Description                      Amount    Units  TxFl
     869870 KINGSFORD UTILITY 5PK            5.99      1    A
     869870 KINGSFORD UTILITY 5PK            5.99      1    A
E    989090 LATE JULY JALAPENO LIME          5.99      1
E   1157695 GODIVA GOLD BOX 11.1 OZ         14.99      1
E    692731 KS ORG EX V OLIVE OIL 2L        14.79      1
E    992756 KRAFT PARM CHEESE 24OZ           7.49      1
            / 992756 2100001963880          3.00-     1-
E    239600 FIJI WATER 24/16.9 OZ.         19.99      1
     404719 ECO FOIL FULL STEAM 15 CT       9.99      1    A
     532340 DOWNY APRIL FRESH 197LD        11.89      1    A
E    711509 RED BULL S-FREE 24/8.4Z        33.99      1    A
    1183857 ZIPLOC STORAGE SLIDER VTY      12.99      1    A
           /1183857 2100001964290           2.60-     1-
    1236649 ELEGANTWARE WH PLATE 50CT      14.49      1    A
E    106177 NTRL BACON 16/3-12 OZ          11.99      1
E   1056241 TROPICANA OJ 3/59OZ             8.89      1
E   1056241 TROPICANA OJ 3/59OZ             8.89      1
E    840043 ALL NAT MASHED POTATOES         6.49      1
E   1113136 ORG SPNACH/CHS RAV 12/38Z       9.99      1
E   1249449 GOOD FOODS ORG GUAC SNGL       12.89      1
    1900370 GE 100 CT MINI WHITE LED       10.99      1    A
           /   1900370 2100002000621        2.00-     1-
           /   1900370 2100002000621        2.00-     1-
           /   1900370 2100002000621        2.00-     1-
           /   1900370 2100002000621        2.00-     1-
           /   1900370 2100002000621        2.00-     1-
    1900370 GE 100 CT MINI WHITE LED       10.99      1    A
    1900370 GE 100 CT MINI WHITE LED       10.99      1    A
    1900370 GE 100 CT MINI WHITE LED       10.99      1    A
    1900370 GE 100 CT MINI WHITE LED       10.99      1    A
    1900370 GE 100 CT MINI WHITE LED       10.99      1    A
E     30471 ORGANIC BONELESS SKINLESS      24.35      1
E     55553 BEEF LOIN TENDERLOIN USDA     104.26      1
      87745 ROTISSERIE CHICKEN             4.99      1
E      9422 2 LB CRANBERRY                 2.99      1
E     25595 CAMPARI TOMATOES               5.99      1
E    113523 ORGANIC WHITE MUSHROOMS        4.99      1
E    113523 ORGANIC WHITE MUSHROOMS        4.99      1
E    910270 ORGANIC GREEN BEANS            5.99      1

        Debit Card #9803                 436.65


*** END OF REPORT ***
```

```
Warehouse:   1226
Sales Date:  11/18/18         Reg#:     1    Trans Type:  Tender
      Time:  11:29           Tran#:    46    Tender:
     Total:     518.83    Operator:    11    Block:  Y
Member #: 000111857031320 TELERICO, LOUIS A      Mbr Type: Gold Star
       Tax:     16.89                         Resale Total:
```

FSA/

| EBT | Item | Description | Amount | Units | TxFl |
|-----|------|-------------|--------|-------|------|
| E | 545350 | DAVIDS BTR PECAN CKIE 2LB | 9.99 | 1 | |
| | | /545350 2100001989699 | 2.30- | 1- | |
| | | /545350 2100001989699 | 2.30- | 1- | |
| E | 545350 | DAVIDS BTR PECAN CKIE 2LB | 9.99 | 1 | |
| E | 845687 | ECLIPSE MINT VAR 18/18 PC | 9.89 | 1 | |
| E | 989090 | LATE JULY JALAPENO LIME | 5.99 | 1 | |
| E | 7552 | WILD ALBACORE TUNA 6/5OZ | 14.99 | 1 | |
| E | 619749 | LITTLE ITALY SAUCE 3/32 Z | 10.59 | 1 | |
| E | 992756 | KRAFT PARM CHEESE 24OZ | 7.49 | 1 | |
| | | / 992756 2100001963880 | 3.00- | 1- | |
| | 384324 | KS 124L/33G DWSTNG 90 CT | 16.99 | 1 | A |
| E | 711509 | RED BULL S-FREE 24/8.4Z | 33.99 | 1 | A |
| | 786650 | VANITY FAIR 3 PLY 240 CT | 8.49 | 1 | A |
| | | /786650 2100001986261 | 2.60- | 1- | |
| | 1006152 | BOUNCE SHEETS  2/160 CT | 9.99 | 1 | A |
| | | /1006152 2100001964436 | 2.00- | 1- | |
| | 1072159 | MOZAIK HAMMRD CUTLRY 160C | 8.79 | 1 | A |
| | 1072159 | MOZAIK HAMMRD CUTLRY 160C | 8.79 | 1 | A |
| | 1089787 | KS 13GL FLEX KITCHEN 200C | 14.99 | 1 | A |
| | 1143678 | FEBREZE AIR EFFECTS 4/8.8 | 7.99 | 1 | A |
| | | /1143678 2100001964313 | 2.00- | 1- | |
| | 1236649 | ELEGANTWARE WH PLATE 50CT | 14.49 | 1 | |
| | | /1236649 2100001989989 | 4.50- | 1- | |
| | | /1236649 2100001989989 | 4.50- | 1- | |
| | 1236649 | ELEGANTWARE WH PLATE 50CT | 14.49 | 1 | A |
| E | 106177 | NTRL BACON 16/3-12 OZ | 11.99 | 1 | |
| E | 905061 | KS THICK SLICED BACON 3LB | 10.89 | 1 | |
| E | 382872 | KS CHICKEN WINGS 4/10 LB | 20.49 | 1 | |
| E | 840043 | ALL NAT MASHED POTATOES | 6.49 | 1 | |
| E | 840043 | ALL NAT MASHED POTATOES | 6.49 | 1 | |
| | 1158367 | KS FOIL DOUBLE SIDE WRAP | 12.99 | 1 | A |
| | 1900370 | GE 100 CT MINI WHITE LED | 109.90 | 10 | A |
| | | /   1900370 2100002000621 | 10.00- | 5- | |
| | 1047674 | 32D HEAT TEE P768 | 8.99 | 1 | A |
| | | /1047674 2100001963392 | 2.00- | 1- | |
| | | /1047674 2100001963392 | 2.00- | 1- | |
| | 1047674 | 32D HEAT TEE P768 | 8.99 | 1 | A |
| E | 57513 | FRESH TOM TURKEY | 20.86 | 1 | |
| E | 42940 | STUFFED BELL PEPPERS WITH | 16.30 | 1 | |
| | | /  42940 2100001963477 | 2.00- | 1- | |
| | 87745 | ROTISSERIE CHICKEN | 4.99 | 1 | |
| E | 25595 | CAMPARI TOMATOES | 5.99 | 1 | |
| E | 39036 | ROMAINE HEARTS  6 CT BAG | 3.99 | 1 | |
| E | 39054 | PERUVIAN SWEET ONION | 5.99 | 1 | |
| E | 39054 | PERUVIAN SWEET ONION | 5.99 | 1 | |
| E | 60357 | MIXED BELL PEPPERS | 6.99 | 1 | |

```
Warehouse:    1226
Sales Date:  11/18/18              Reg#:     1     Trans Type:  Tender
     Time:   11:29               Tran#:    46        Tender:
  Total:       518.83         Operator:    11         Block:  Y
Member #: 000111857031320 TELERICO, LOUIS A        Mbr Type: Gold Star
     Tax:    16.89                              Resale Total:
```

```
FSA/
EBT  Item Description                        Amount    Units  TxFl
E    83345 LEMONS                              7.49      1
E    88402 CELERY STICKS 10/2.5# BGS           3.99      1
E    88402 CELERY STICKS 10/2.5# BGS           3.99      1
E   113523 ORGANIC WHITE MUSHROOMS             4.99      1
E   113523 ORGANIC WHITE MUSHROOMS             4.99      1
E   113523 ORGANIC WHITE MUSHROOMS             4.99      1
E   331100 GOURMET CREAMER POTATOES            6.99      1
E   866868 FRESH PINEAPPLE SLICES              7.99      1
E   910270 ORGANIC GREEN BEANS                 5.99      1
E   910270 ORGANIC GREEN BEANS                 5.99      1
E   910853 ORGANIC LIMES                       7.49      1

        Debit Card #9803                     518.83
```

*** END OF REPORT ***

```
  9:11:12   01/08/19    Sales Audit - Transaction Detail    INP2709    PAGE    1

       Warehouse:    1226
       Sales Date:   11/23/18          Reg#:     4    Trans Type:  Tender
            Time:    11:32          Tran#:   143    Tender:
       Total:        24.23        Operator:   11    Block:  Y
  Member #: 000111857031319 STEPHULA, SHARON              Mbr Type: Gold Star
       Tax:                                        Resale Total:


  FSA/
  EBT  Item Description                            Amount    Units  TxFl
  E   114171 SAV ORCH HRN NUT MIX 30Z               13.69      1
  E    57513 FRESH TOM TURKEY                        20.12      1
             /TURKEY 2100002019357                  15.00-     1-
             /TURKEY 2100002019357                  15.00-     1-
  E    57513 FRESH TOM TURKEY                        20.42      1

             Cash                                    60.00-

             Debit Card #8115                        84.23


  *** END OF REPORT ***
```

17-50236-amk   Doc 202   FILED 01/12/19   ENTERED 01/12/19 14:26:53   Page 23 of 28



LOWE'S HOME CENTERS, LLC
1210 STATE ROUTE 303
STREETSBORO, OH 44241   (330) 626-2980

- SALE -
SALES#: S1606GG1 1134713   TRANS#: 79315750 11-15-18

148404 20-25 ULTRA ALLERGEN FILT    144.20
     16.97    DISCOUNT EACH      -2.55
              10 @    14.42

                SUBTOTAL:    144.20
                     TAX:     10.45
     INVOICE 10907  TOTAL:    154.65
              · DEBIT:        154.65
TOTAL DISCOUNT:              25.50

DEBIT:XXXXXXXXXXXX9803 AMOUNT:154.65 AUTHCD:498100
SWIPED REFID:160610306602 11/15/18 16:02:22
              TRACE:00125004
     PURCHASE  CASH BACK  TOTAL DEBIT
      154.65     0.00      154.65
STORE: 1606  TERMINAL: 10   11/15/18 16:03:10
# OF ITEMS PURCHASED:    10
EXCLUDES FEES, SERVICES AND SPECIAL ORDER ITEMS

THANK YOU FOR SHOPPING LOWE'S.
SEE REVERSE SIDE FOR RETURN POLICY.
STORE MANAGER:  RALPH STATEN

LOWE'S PRICE MATCH GUARANTEE
FOR MORE DETAILS, VISIT LOWES.COM/PRICEMATCH

*****************************************************
*              YOUR OPINIONS COUNT!                 *
*          REGISTER FOR A CHANCE TO BE              *
*    ONE OF FIVE US$300 WINNERS DRAWN MONTHLY!      *
*           ¡REGISTRESE EN EL SORTEO MENSUAL        *
*   PARA SER UNO DE LOS CINCO GANADORES DE US$300!  *
*                                                   *
*  REGISTER BY COMPLETING A GUEST SATISFACTION SURVEY *
*     WITHIN ONE WEEK AT: www.lowes.com/survey      *
*          Y O U R  I D # 10907 1606 319            *
*                                                   *
*      NO PURCHASE NECESSARY TO ENTER OR WIN.       *
*  VOID WHERE PROHIBITED. MUST BE 18 OR OLDER TO ENTER. *
*  OFFICIAL RULES & WINNERS AT:  www.lowes.com/survey *
*****************************************************
STORE: 1606  TERMINAL: 10   11/15/18 16:03:10

See back of receipt for your chance
to win $1000 ID #:7H5F071465SU

# Walmart

330-562-0000 Mgr:COLLEEN SLAVICK
7235 MARKET PLACE DR
AURORA OH 44202
STH 03250 OPH 004431 TEH 11 TRH 07556

| | | |
|---|---|---|
| LAYS CLSC PS | 002840064474 F | 3.98 N |
| CHEX MIX | 001600015980 F | 2.98 N |
| CHEX MIX | 001600015980 F | 2.98 N |
| BREAD | 007131900044 F | 2.90 N |
| BREAD | 007131900037 F | 2.86 N |
| 12.5Z PLTRS | 002900007906 F | 3.18 N |
| 12.5Z PLTRS | 002900007906 F | 3.18 N |
| 12.5Z PLTRS | 002900007906 F | 3.18 N |
| WOX CLEANSER | 008730056010 | 3.97 X |
| SLIDER 5 | 007452397133 | 7.48 X |
| SLIDER 5 | 007452397133 | 7.48 X |
| FIT SPONGE | 007962507258 | 2.00 X |
| UST71N1 TOOL | 081174702250 | 4.97 X |
| SD PROSTATE | 069511100207 | 29.98 X |
| RX -20 2IN1 | 007911090050 | 2.97 X |
| POPSICLE | 007756702254 F | 3.00 N |
| POPSICLE | 007756702254 F | 3.00 N |
| LYS TBC PWR | 001920090726 | 4.97 X |
| DCON STN 3CT | 001920090342 | 5.87 X |
| DOORSTOP HD | 007452392143 | 1.94 X |
| DOORSTOP HD | 007452392143 | 1.94 X |
| DOORSTOP HD | 007452392143 | 1.94 X |
| EDGE SENS TU | 084105000522 | 4.82 X |
| FLOORCARE AC | 001112014466 | 21.98 X |
| LYS TBC PWR | 001920090726 | 4.97 X |
| PAPER PLATES | 060113102602 | 6.54 X |
| RX -20 2IN1 | 007911090050 | 2.97 X |

SUBTOTAL 149.09
TAX 1 6.750 % 7.80
TOTAL 157.77
DEBIT TEND 157.77
CHANGE DUE 0.00
EFT DEBIT PAY FROM PRIMARY
157.77 TOTAL PURCHASE
US DEBIT- 9003 I 2 REF # 032000203361
NETWORK ID. 0076 APPR CODE 039706
US DEBIT
AID A0000000980040
TC 5EE67CDCDACB2369
*Pin Verified
TERMINAL # HX353154
11/24/18 08:59:50
# ITEMS SOLD 27
TCH 4571 3432 3094 6793 9409 2





**WATCH FOR FREE    OVER 6,000 MOVIES & TV**

Only at Vudu.com/WatchFree

Low Prices You Can Trust. Every Day.
11/24/18 08:59:55
Scan with Walmart app to save receipts



---

See back of receipt for your chance
to win $1000 ID #:7H5C0T145ZGR

# Walmart

330-562-0000 Mgr:COLLEEN SLAVICK
7235 MARKET PLACE DR
AURORA OH 44202
STH 03250 OPH 003770 TEH 07 TRH 01477

| | | |
|---|---|---|
| WALL CLOCK | 079260452616 | 14.04 X |
| LAYS CLSC PS | 002840064474 F | 3.48 H |
| MOUTHWASH | 069736600250 | 11.44 X |
| TAGARD 40CT | 036926600040 | 27.44 X |

SUBTOTAL 57.20
TAX 1 6.750 % 3.63
TOTAL 60.03
DEBIT TEND 60.83
CHANGE DUE 0.00
EFT DEBIT PAY FROM PRIMARY
60.83 TOTAL PURCHASE
US DEBIT- 9003 I 0 REF # 030900659728
NETWORK ID. 0076 APPR CODE 607070
US DEBIT
AID A0000000980040
TC 051BC12701FCF7D0
*Pin Verified
TERMINAL # HX409152
11/05/18 14:02:49
# ITEMS SOLD 4
TCH 9851 4961 0466 7037 9062





**WATCH FOR FREE    OVER 6,000 MOVIES & TV**

Only at Vudu.com/WatchFree

Low Prices You Can Trust. Every Day.
11/05/18 14:02:53
Scan with Walmart app to save receipts



**HP OfficeJet Pro 8710 Series**

Fax Log for

<u>Last Transaction</u>

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| Jan 8, | 2:51PM | Fax Sent | 14403980490 | 0:00 N/A | 0 | Busy |

HP OfficeJet Pro 8710 Series

**Fax Log for**

<u>**Last Transaction**</u>

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|------------|----------|-------|--------|
| | | | | Digital Fax | | |
| Jan 9, | 10:53AM | Fax Sent | 14403980490 | 0:00 N/A | 0 | Busy |

**HP OfficeJet Pro 8710 Series**

**Fax Log for**

## Last Transaction

| Date | Time | Type | Station ID | Duration | Pages | Result |
|------|------|------|-----------|----------|-------|--------|
| | | | | Digital Fax | | |
| Jan 9, | 11:38AM | Fax Sent | 14403980490 | 0:00 N/A | 0 | Busy |