This document was signed electronically on April 18, 2019, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated: April 18, 2019



ALAN M. KOSCHIK
U.S. Bankruptcy Judge

## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 17-50236 (AMK) |
| | ) | |
| Louis Anthony Telerico | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Alan M. Koschik |

**Agreed Order Converting Case to Chapter 7**

This matter came before the Court on the *Motion of the United States Trustee to Convert Case to a Case Under Chapter 7 or, in the Alternative, to Dismiss Case*. Doc. No. 125 ("Motion") requesting the case be converted or dismissed for cause under 11 U.S.C. §1112(b). The hearing on the Motion was continued along with hearings on various disclosure statements and plans filed by the debtor. A final hearing on the Motion was scheduled for April 16, 2019 at 11:00 a.m. At the hearing, the Debtor on the record consented to the entry of an order converting this case to a case proceeding under Chapter 7. It is therefore,

**ORDERED** that the Motion states good cause and is granted. It is further,

**ORDERED** that conversion is in the best interest of creditors and the case is converted to a case under chapter 7 of Title 11. It is further,

**ORDERED** that within thirty (30) days of the date of this Order, Debtor shall file all applicable statements, schedules and reports as required by Rule 1019, Federal Rules of Bankruptcy Procedure.

# # #

Order prepared by:

*/s/ Maria D. Giannirakis*
Maria D. Giannirakis (0038220)
Office of the United States Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Ave. E., Suite 441
Cleveland, OH 44114-1240
maria.d.giannirakis@usdoj.gov

Reviewed by:

*/s/ Frederic P. Schwieg*
Frederic P. Schwieg
Attorney for Debtor
2705 Gibson Drive
Rocky River, OH 44116-3008
fschwieg@schwieglaw.com

**Parties to be Served**

     A true and correct copy of the *Order Converting Case* was served: Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

- Todd A. Atkinson     tatkinson@ulmer.com
- Philip Leonard Bednar     philip.l.bednar@usdoj.gov, northern.taxcivil@usdoj.gov
- Bryan J. Farkas     bjfarkas@vorys.com, bjfarkas@vorys.com;caujczo@vorys.com; mdwalkuski@vorys.com
- Scott D. Fink     ecfndoh@weltman.com
- Stephen R. Franks     amps@manleydeas.com
- Bryan T. Kostura     bkostura@mcglinchey.com, hhines@mcglinchey.com; jlucas@mcglinchey.com
- Allison Manayan     amanayan@portageco.com
- Michael J. Occhionero     mjocolpa@sbcglobal.net
- James W. Sandy     jsandy@mcglinchey.com, hhines@mcglinchey.com
- Richard P. Schroeter     rschroeter@amer-collect.com, sallman@amer-collect.com; HouliECF@aol.com; jvaughan@amer-collect.com
- Frederic P. Schwieg     fschwieg@schwieglaw.com
- David J. Sternberg     djsternberg@ameritech.net
- United States Trustee     (Registered address)@usdoj.gov
- Joshua Ryan Vaughan     jvaughan@amer-collect.com, SAllman@AMER-COLLECT.COM; rschroeter@amer-collect.com; HouliECF@aol.com
- Steven L. Wasserman     swasserman@westonhurd.com, specek@westonhurd.com
- Maria D. Giannirakis ust06     maria.d.giannirakis@usdoj.gov
- Scott R. Belhorn ust35     Scott.R.Belhorn@usdoj.gov

And by regular U.S. Mail, postage prepaid to:

Stephen Franks

Susan J. Lax
755 White Pond Drive, Suite 403
Akron, OH 44320

Daniel Miller
221 Summit Street SE
North Canton, OH 44720

Deborah Nashmy
Blue Rock Select LLC
7395 Center St
Mentor, OH 44060

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 2354