IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO 17-50236 |
| DEBTOR | CHAPTER 7 |
| LOUIS ANTHONY TELERICO | JUDGE KOSCHIK |

**NOTICE OF TRUSTEE'S INTENT TO SELL REAL ESTATE (BARRINGTON 2, LOT 133, .091 ACRES OF VACANT LAND)**

**TO ALL PARTIES IN INTEREST**:

**PLEASE TAKE NOTICE**, that Kathryn A. Belfance, Chapter 7 Trustee, in accordance with the provisions of Rule 6004 of the Bankruptcy Rule of Procedure and 11 U.S.C. § 363, gives notice to all creditors and parties in interest of an opportunity for hearing and of the Trustee's intention to sell Louis Anthony Telerico's ("Debtor") interest in the real estate known as Barrington 2, Lot 133, .091 acres of vacant land, more particularly described in "Exhibit A," attached hereto and incorporated herein (the "Real Estate"). The Trustee intends to sell the Debtor's interest in the Real Estate to Trevor M. Cost, Trustee of the Trevor M. Cost Revocable Trust dated September 2, 2009, for the sum of One Hundred Forty Thousand and 00/100 Dollars ($140,000.00) pursuant to the purchase agreement attached hereto as "Exhibit B", which was signed by the Debtor after the appointment of the Trustee but which the Trustee accepts with the exception that conveyance of said property to the buyer shall be by Trustee's Deed and will be sold without any representations or warranties by the Trustee.

The Trustee submits that the sale of Debtor's interest in the Real Estate is for the highest and best price obtainable.

Sale of said property shall be sold free and clear of all liens, encumbrances, and expenses of sale, and the proceeds derived therefrom shall be distributed to Kathryn A. Belfance, Trustee, to be held and administered by her for the benefit of the Debtor's estate.

All third party interests or liens of any kind shall transfer to the proceeds resulting from the sale, and after payment of commissions and any such other expenses related to the aforesaid sale, a final determination as to the validity, priority and the amount of said liens or third party interests shall be determined by the Court upon notice and hearing to all parties.

Such sale of the Debtor's interest in the Real Estate shall occur on or after 21 days from the date of the notice hereof unless objection and request for a hearing is made as set forth below.

There being no just reason for delay, the Certificate of No Objection shall be entered as a final confirmation of sale upon the docket of the Court.

**OBJECTIONS NOT TIMELY FILED AND SERVED SHALL BE DEEMED WAIVED.**

Respectfully submitted,

/s/ Kathryn A. Belfance
**KATHRYN A. BELFANCE (0018035)**
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000
(330) 434-9220 Fax
kb@rlbllp.com
*Chapter 7 Trustee*

# NOTICE OF TRUSTEE'S NOTICE OF INTENT TO SELL REAL ESTATE

      Kathryn A. Belfance, Chapter 7 Trustee, has filed papers with the Court to sell the Debtor's interest in the real estate known as Barrington 2, Lot 133, .091 acres of vacant land (the "Real Estate"), to Trevor M. Cost, Trustee of the Trevor M. Cost Revocable Trust dated September 2, 2009.

      **Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

      **If you do not want the court to allow the sale, or if you want the court to consider your views on the sale, then on or before twenty-one (21) days, or such other time fixed by the Federal Rules of Bankruptcy Procedure or statute or as the Court may order, after service is filed and serve a response or request for hearing. If no response or request for hearing is timely filed with the Court and served upon counsel for the movant, the Court may grant the relief requested in the notice without a hearing.**

      If you do not want the court to allow the sale without holding a hearing, or if you want the court to consider you views on the sale, then on or before **June 6, 2019,** you or your attorney must:

      **File with the court a written objection or response to:**

      **Clerk, United States Bankruptcy Court**
      **2 South Main Street**
      **Akron, OH 44308**

      If you mail your Objection to the court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above.

      **You must also mail a copy to:**

      **Kathryn A. Belfance, Esq.**
      **Roderick, Linton, Belfance LLP**
      **50 S. Main Street, 10th Floor**
      **Akron, Ohio 44308**

      **If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief without holding a hearing.**

Date: May 16, 2019        Signature: /s/ Kathryn A. Belfance
                                    Name: KATHRYN A. BELFANCE

# CERTIFICATE OF SERVICE

        I hereby certify that on this 16th day of May 2019, a true and correct copy of the Notice of Trustee's Intent to Sell Debtors' Interest in Real Estate was served as follows:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Susan J. Lax, at susan.lax@hotmail.com
Frederic P. Schwieg, at fschwieg@schwieglaw.com
Todd A. Atkinson, at tatkinson@ulmer.com
Philip Leonard Bednar, at philip.l.bednar@usdoj.gov
Bryan J. Farkas, at bjfarkas@vorys.com
Scott D. Fink, at ecfndoh@weltman.com
Stephen R. Franks, at amps@manleydeas.com
Bryan T. Kostura, at bkostura@mcglinchey.com
Allison Manayan, at amanayan@portageco.com
Michael J. Occhionero, at mjocolpa@sbcglobal.net
James W. Sandy, at jsandy@mcglinchey.com
Richard P. Schroeter, at rschroeter@amer-collect.com
David J. Sternberg, at djsternberg@ameritech.net
Joshua Ryan Vaughan, at jvaughan@amer-collect.com
Steven L. Wasserman, at swasserman@westonhurd.com
Maria D. Giannirakis, ust06 maria.d.giannirakis@usdoj.gov
Scott R. Belhorn, ust35 Scott.R.Belhorn@usdoj.gov
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

And by regular U.S. mail, postage prepaid, on:

Louis Anthony Telerico, Debtor, P.O. Box 928, Aurora, OH 44202
Also served at 545 Bristol Dr., Aurora, OH 44202
Daniel Miller, 221 Summit Street SE, North Canton, OH 44720
Deborah Nashmy, Blue Rock Select LLC, 7395 Center St, Mentor, OH 44060
PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541
Trevor M. Cost, 350 Aberdeen Lane, Aurora, OH 44202

All creditors listed on the matrix

                                          /s/ Kathryn A. Belfance
                                          **KATHRYN A. BELFANCE (0018035)**
                                          50 S. Main Street, 10th Floor
                                          Akron, Ohio 44308
                                          (330) 434-3000
                                          (330) 434-9220 Fax
                                          kb@rlbllp.com
                                          *Chapter 7 Trustee*