UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| Louis Anthony Telerico | : Case No.: 17-50236 |
| | : Chapter 7 |
| Debtor(s). | : Judge Alan M. Koschik |
| | : * * * * * * * * * * * * * * * * * * * * * * |
| | : |
| | : |

## RESPONSE TO MOTION TO SURCHARGE BANK OF AMERICA, N.A.'S COLLATERAL (DOCKET # 236)

Now comes Bank of America, N.A. ("Creditor") by and through its attorneys, Manley Deas Kochalski LLC, and responds to the Motion to Surcharge Bank of America, N.A.'s Collateral filed by Louis Anthony Telerico ("Debtor") on April 9, 2019 at Docket # 236.

Creditor states that Debtor has not cited any legal authority that would allow Creditor to be surcharged. Furthermore, Bank of America only holds a lien interest in the property located at 545 Bristol Drive, Aurora, Ohio 44202 (the "Property"), not an ownership interest.

WHEREFORE, Creditor respectfully requests that a hearing be set on the matter and that the motion be denied.

Respectfully submitted,

/s/ Adam B. Hall
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611

17-029909_JMR

Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

17-029909_JMR

## CERTIFICATE OF SERVICE

      This is to certify that on June _28_ , 2019, a true and accurate copy of the foregoing Response to Motion to Surcharge Bank of America, N.A.'s Collateral was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

  Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

  Kathryn A Belfance, Chapter 7 Trustee, kb@rlbllp.com

  Susan J. Lax, Attorney for Louis Anthony Telerico, susan.lax@hotmail.com

  Frederic P. Schwieg, Attorney for Louis Anthony Telerico, fschwieg@schwieglaw.com

and on the below listed parties by regular U.S. mail, postage prepaid:

  Louis Anthony Telerico, PO Box 928, Aurora, OH 44202

  Louis Anthony Telerico, 545 Bristol Drive, Aurora, OH 44202

  Portage County Treasurer, 449 South Meridian Street , Ravenna , OH 44266

  Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-5016

  Ohio Department of Taxation, Attn Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530

  Portage County Treasurer, 449 S Meridian St FL1, Ravenna, OH 44266-1217

  Stifel Bank and Trust, 955 Executive Pkwy Ste 216, Saint Louis, MO 63141

                                              /s/ Adam B. Hall

17-029909_JMR