**This document was signed electronically on August 13, 2019, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: August 13, 2019**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In re: | **Case No.: 17-50236** |
| **Louis Anthony Telerico** | **Chapter 7** |
| | **Judge Alan M. Koschik** |
| **Debtor(s).** | * * * * * * * * * * * * * * * * * * |
| | <u>**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST MORTGAGE) (DOCKET NO. 169)**</u> |
| | **545 Bristol Drive, Aurora, OH 44202** |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by Bank Of America, N.A. ("Creditor") (Docket 169). Creditor has alleged that good cause for granting the Motion exists, and that Louis Anthony Telerico ("Debtor"), counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion.

17-029909_JMR

The Debtor filed an Objection to the Motion, the case has since converted to a Chapter 7 and a hearing was held before this court on June 5, 2019 at which time Debtor's objection was overruled. For these reasons, it is appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED that the Motion is granted. The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

IT IS FURTHER ORDERED that the Chapter 7 Trustee's abandonment the property located at 545 Bristol Drive, Aurora, OH 44202 is held in abeyance.

### 

**SUBMITTED BY**:

*/s/Stephen R. Franks*

Stephen R. Franks (0075345)
P.O. Box 165028
Columbus, OH  43216-5028
Telephone:  614-220-5611
Fax:  614-627-8181
Email:  srfranks@manleydeas.com
Attorney for Creditor

Approved by:


/s/ Kathryn A. Belfance
Kathryn A Belfance
Chapter 7 Trustee
50 South Main Street
10th Floor
Akron, OH  44308
Email:  kb@rlbllp.com

Copies to:

Office of U.S. Trustee, Northern District of Ohio, Party of Interest, (Registered address)@usdoj.gov

Kathryn A Belfance, Chapter 7 Trustee, kb@rlbllp.com(notified by ecf)

Susan J. Lax, Attorney for Louis Anthony Telerico, susan.lax@hotmail.com(notified by ecf)

Frederic P. Schwieg, Attorney for Louis Anthony Telerico, fschwieg@schwieglaw.com(notified by ecf)

Louis Anthony Telerico, PO Box 928, Aurora, OH 44202
(notified by regular US Mail)

Louis Anthony Telerico, 545 Bristol Drive, Aurora, OH 44202
(notified by regular US Mail)

Portage County Treasurer, 449 South Meridian Street , Ravenna , OH 44266
(notified by regular US Mail)

Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-5016
(notified by regular US Mail)

Ohio Department of Taxation, Attn Bankruptcy Division, PO Box 530, Columbus, OH 43216-0530
(notified by regular US Mail)

Portage County Treasurer, 449 S Meridian St FL1, Ravenna, OH 44266-1217
(notified by regular US Mail)

Stifel Bank and Trust, 955 Executive Pkwy Ste 216, Saint Louis, MO 63141
(notified by regular US Mail)