# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-50236 |
| | ) | |
| LOUIS ANTHONY TELERICO | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | **APPLICATION FOR** |
| | ) | **AUTHORITY TO PAY REAL** |
| DEBTOR | ) | **ESTATE AGENT** |

Now comes the Trustee on behalf of Platinum Real Estate and moves the Court for an Order authorizing and instructing the Trustee to pay Platinum Real Estate for services rendered within the Debtor's estate at the commission rate of 6.25% of the sale proceeds totaling $8,750.00 received from the sale of Barrington 2, Lot 133, .091 acres of vacant land, in accordance with the listing agreement which is attached as Exhibit "A" and a service charge in the amount of $295.00, in accordance with the invoice attached as Exhibit "B".

**WHEREFORE**, the Trustee respectfully prays the Court for an Order authorizing the Trustee to pay Platinum Real Estate the sum of Nine Thousand Forty-Five Dollars and 00/100 ($9,045.00), as and for fees for services rendered within the bankruptcy estate, and for an Order authorizing the Trustee to pay said fees out of the funds belonging to the estate held by the Trustee.

Respectfully submitted,

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE**
Chapter 7 Trustee
Registration No. 0018035
50 S. Main Street, 10th Floor
Akron, OH 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of November 2019, a copy of the foregoing Application for Authority to Pay Real Estate Agent was

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Susan J. Lax, at susan.lax@hotmail.com
Frederic P. Schwieg, at fschwieg@schwieglaw.com
Todd A. Atkinson, at tatkinson@ulmer.com
Philip Leonard Bednar, at philip.l.bednar@usdoj.gov
Bryan J. Farkas, at bjfarkas@vorys.com
Scott D. Fink, at ecfndoh@weltman.com
Stephen R. Franks, at amps@manleydeas.com
Bryan T. Kostura, at bkostura@mcglinchey.com
Allison Manayan, at amanayan@portageco.com
Michael J. Occhionero, at mjocolpa@sbcglobal.net
James W. Sandy, at jsandy@mcglinchey.com
Richard P. Schroeter, at rschroeter@amer-collect.com
David J. Sternberg, at djsternberg@ameritech.net
Joshua Ryan Vaughan, at jvaughan@amer-collect.com
Steven L. Wasserman, at swasserman@westonhurd.com
Maria D. Giannirakis, ust06 maria.d.giannirakis@usdoj.gov
Scott R. Belhorn, ust35 Scott.R.Belhorn@usdoj.gov
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

And by regular U.S. mail, postage prepaid, on:

Louis Anthony Telerico, Debtor, P.O. Box 928, Aurora, OH 44202
Also served at 545 Bristol Dr., Aurora, OH 44202
Christopher J. Niekamp, 23 S. Main Street, Akron, OH 44308
Platinum Real Estate, 10 Public Square Drive, Willoughby, OH 44094

/s/ KATHRYN A. BELFANCE
KATHRYN A. BELFANCE