**This document was signed electronically on December 16, 2019, which may be different from its entry on the record.**


**IT IS SO ORDERED.**

**Dated: December 16, 2019**



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**


IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, AKRON


| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO.17-50236 |
| | ) | CHAPTER 7 |
| LOUIS ANTHONY TELERICO | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | |
| | ) | **ORDER EMPLOYING** |
| Debtor | ) | **REALTOR NUNC** |
| | ) | **PRO TUNC AS OF APRIL 18, 2019** |
| _____ | ) | |


This matter came on to be heard upon the Application of the Trustee to employ Scott

Tinlin of Platinum Real Estate to perform the duties set forth in said Application, and it

appearing to the court that said Application is well taken, it is accordingly ORDERED that

the Trustee be, and hereby is, authorized to employ Scott Tinlin of Platinum Real Estate for

and on behalf of the within estate, as of April 18, 2019, to sell certain real property of the

Debtor and that Trustee shall pay to Platinum Real Estate no more than 6.25% commission on the gross proceeds of sale, together with reasonable expenses subject to approval of the Bankruptcy Court.

It further appearing to the Court that the application of the Trustee was duly served upon the office of the United States Trustee and that no objection to the within application having been filed with the Court, it is, therefore, accordingly **FURTHER ORDERED, ADJUDGED AND DECREED** that the Trustee's Application be granted, and is hereby authorized to employ Scott Tinlin of Platinum Real Estate Nunc pro Tunc, for and on behalf of the within estate as stated therein, subject to 11 U.S.C. §328(a) and (b), 11 U.S.C. §330 and Bankruptcy Rule 2016(a).

####

**SUBMITTED BY:**

/s/ Kathryn A. Belfance
**KATHRYN A. BELFANCE (0018035)**
*Chapter 7 Trustee*
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com

**CERTIFICATE OF SERVICE**

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Susan J. Lax, at susan.lax@hotmail.com
Frederic P. Schwieg, at fschwieg@schwieglaw.com
Todd A. Atkinson, at tatkinson@ulmer.com
Philip Leonard Bednar, at philip.l.bednar@usdoj.gov
Bryan J. Farkas, at bjfarkas@vorys.com
Scott D. Fink, at ecfndoh@weltman.com
Stephen R. Franks, at amps@manleydeas.com
Bryan T. Kostura, at bkostura@mcglinchey.com
Allison Manayan, at amanayan@portageco.com
Michael J. Occhionero, at mjocolpa@sbcglobal.net
James W. Sandy, at jsandy@mcglinchey.com
Richard P. Schroeter, at rschroeter@amer-collect.com
David J. Sternberg, at djsternberg@ameritech.net
Joshua Ryan Vaughan, at jvaughan@amer-collect.com
Steven L. Wasserman, at swasserman@westonhurd.com
Maria D. Giannirakis, ust06 maria.d.giannirakis@usdoj.gov
Scott R. Belhorn, ust35 Scott.R.Belhorn@usdoj.gov
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

And by regular U.S. mail, postage prepaid, on:

Louis Anthony Telerico, Debtor, P.O. Box 928, Aurora, OH 44202
Also served at 545 Bristol Dr., Aurora, OH 44202
Christopher J. Niekamp, 23 S. Main Street, Akron, OH 44308
Platinum Real Estate, 10 Public Square Drive, Willoughby, OH 44094

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**
Chapter 7 Trustee
Registration No. 0018035
50 S. Main Street, 10th Floor
Akron, OH 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com