UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-50236 |
| | ) | |
| LOUIS ANTHONY TELERICO | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| DEBTOR | ) | COVER SHEET TO APPLICATION TO EMPLOY AUCTIONEER |
| | ) | |
| | ) | |

(A) Description of Estate Property (the "Property"):

Two vacant lots-Glengarry Drive, Aurora Ohio
Parcel Number: 03-016-00-00-173-001 & 002

(B) Trustee: Kathryn A. Belfance

(C) Information for Professional Sought to be Retained by Estate:

Name: Richard Kiko

Address: 2722 Fulton Drive NW, Canton, OH 44718-3507

Phone: 330-453-9187

Email: dkiko@kikocompany.com

Purpose of Retention: To value/sell real estate

(D) Commission / Compensation and Expense Information:

Requested Commission / Compensation: Not to exceed 7% of sale

Requested Minimum Commission / Compensation: Not to exceed 7% of sale

Requested Treatment of Expenses: Paid upon application and approval by court

(E) Listing / Sale Price of Property: $234,598.00

(F) County Auditor's / Appraiser's Value of Property: N/A

(G) Listing / Sale Date of Property: 1/24/2020

(H) Liens / Other Encumbrances Against Property: N/A

(I) Special Considerations: N/A

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION, AKRON

| IN THE MATTER OF: | ) | CASE NO. 17-50236 |
|---|---|---|
| | ) | |
| LOUIS ANTHONY TELERICO | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| Debtor | ) | APPLICATION TO EMPLOY |
| | ) | AUCTIONEER |

Now comes Kathryn A. Belfance, trustee of the above named Debtor's estate, and represents to the Court that it would be in the best interest of the estate in order to assist the Trustee in carrying out her duties hereunder that she be authorized to employ Richard Kiko of Richard Kiko Agency, Inc./Russ Kiko Associate Auctioneers, Inc., for the purpose of auctioning certain real property of the Debtor and for authority to pay said Auctioneer commission, at the rate of seven percent (7%) of the gross proceeds of sale, together with reasonable expenses subject to approval of the Bankruptcy Court.

Respectfully submitted,

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE** (#0018035)
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com
Chapter 7 Trustee

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of January 2020, a true and correct copy of the foregoing Application to Employ Auctioneer was served as follows:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Susan J. Lax, at susan.lax@hotmail.com
Frederic P. Schwieg, at fschwieg@schwieglaw.com
Todd A. Atkinson, at tatkinson@ulmer.com
Philip Leonard Bednar, at philip.l.bednar@usdoj.gov
Bryan J. Farkas, at bjfarkas@vorys.com
Scott D. Fink, at ecfndoh@weltman.com
Stephen R. Franks, at amps@manleydeas.com
Bryan T. Kostura, at bkostura@mcglinchey.com
Allison Manayan, at amanayan@portageco.com
Michael J. Occhionero, at mjocolpa@sbcglobal.net
James W. Sandy, at jsandy@mcglinchey.com
Richard P. Schroeter, at rschroeter@amer-collect.com
David J. Sternberg, at djsternberg@ameritech.net
Joshua Ryan Vaughan, at jvaughan@amer-collect.com
Steven L. Wasserman, at swasserman@westonhurd.com
Maria D. Giannirakis, ust06 maria.d.giannirakis@usdoj.gov
Scott R. Belhorn, ust35 Scott.R.Belhorn@usdoj.gov
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

And by regular U.S. mail, postage prepaid, on:

Louis Anthony Telerico, Debtor, P.O. Box 928, Aurora, OH 44202
Also served at 545 Bristol Dr., Aurora, OH 44202
Christopher J. Niekamp, 23 S. Main Street, Akron, OH 44308
Richard Kiko, Auctioneer, 2722 Fulton Drive NW, Canton, OH 44718-3507

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**
Chapter 7 Trustee
Registration No. 0018035
50 S. Main Street, 10th Floor
Akron, OH 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com