# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 17-50236
**Case Name:** TELERICO, LOUIS ANTHONY
**For Period Ending:** 01/24/2020

**Trustee Name:** (520210) KATHRYN A. BELFANCE
**Date Filed (f) or Converted (c):** 04/18/2019 (c)
**§ 341(a) Meeting Date:** 06/04/2019
**Claims Bar Date:** 04/27/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | |
|---|---|---|---|---|---|---|---|
| 1 | 545 Bristol Dr, Aurora, OH 44202-0000, Portage County | 10,966,000.00 | 150,000.00 | | 150,000.00 | 1 | FA |
| 2 | Glengarry lot 130 R, Aurora, OH 44202-0000 | 675,000.00 | 1.00 | | 0.00 | | 1.00 |
| 3 | Lot 132 Bristol Dr, Aurora, OH 44202-0000, Portage County | 275,000.00 | 127,037.91 | OA | 127,037.91 | | FA |
| 4 | misc | 3,200.00 | 0.00 | | 0.00 | | FA |
| 5 | cell phone | 300.00 | 0.00 | | 0.00 | | FA |
| 6 | clock | 500.00 | 0.00 | | 0.00 | | FA |
| 7 | golf clubs, excerise equip | 2,800.00 | 0.00 | | 0.00 | | FA |
| 8 | misc clothing | 1,500.00 | 0.00 | | 0.00 | | FA |
| 9 | watch | 250.00 | 0.00 | | 0.00 | | FA |
| 10 | Pension: Retirement: Metlife | 11,434.00 | 0.00 | | 0.00 | | FA |
| 11 | Pension: Retirement: Merrill Lynch | 142,271.00 | 0.00 | | 0.00 | | FA |
| 12 | Louis A. Telerico Amended and Restated Revocable Trust | Unknown | Unknown | | 0.00 | | FA |
| 13 | Insurance and secitiey delaer licences | 0.00 | 0.00 | | 0.00 | | FA |
| 14 | Owed Other: Brian Zeid owes $45,000.00 for non-payment of rent | 45,000.00 | 1.00 | | 0.00 | | 1.00 |
| 15 | Owed Other: Tenora Edwards Judgment | 32,908.00 | 1.00 | | 0.00 | | 1.00 |
| 16 | Owed Other: William T Hunt rent 685 Hardwicke | 40,425.00 | 1.00 | | 0.00 | | 1.00 |
| 17 | Owed Other: Mark Telerico (Son) loan | 30,000.00 | 1.00 | | 0.00 | | 1.00 |
| 18 | Owed Other: Steve Penton (Son in law) | 10,000.00 | 1.00 | | 0.00 | | 1.00 |
| 19 | Owed Other: Elaine Telerico share of mortgage payments | 701,250.00 | 1.00 | | 0.00 | | 1.00 |
| 20 | Owed Other: Elaine Telerico gold coins | 6,250.00 | 1.00 | | 0.00 | | 1.00 |
| 21 | Owed Other: Elaine Telerico personal property share from divorce | 20,000.00 | 1.00 | | 0.00 | | 1.00 |

17-50236-amk Doc 302 FILED 01/24/20 ENTERED 01/24/20 18:07:12 Page 1

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 17-50236
**Case Name:** TELERICO, LOUIS ANTHONY

**For Period Ending:** 01/24/2020

**Trustee Name:** (520210) KATHRYN A. BELFANCE
**Date Filed (f) or Converted (c):** 04/18/2019 (c)
**§ 341(a) Meeting Date:** 06/04/2019
**Claims Bar Date:** 04/27/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Owed Other: Bank of America counterclaim 3,000,000.00 | Unknown | 1.00 | | 0.00 | 1.00 |
| 23 | Owed Other: Stifel Nicolaus breach of employment agreement 1,000,000.00 | Unknown | 1.00 | | 0.00 | 1.00 |
| 24 | Owed Other: 400,000.00 Stifel Bank breach of employment agreement | Unknown | 0.00 | | 0.00 | FA |
| 25 | Owed Other: Dollar Bank lender liability claim of 3,000,000.00 | Unknown | 1.00 | | 0.00 | 1.00 |
| 26 | Insurance: VOYA policy for $1 million: Debtor | Unknown | 0.00 | | 0.00 | FA |
| 27 | Insurance: Hartford Insurance Policy Term Life: Dollar Bank; First National Bank; Wife | 0.00 | 0.00 | | 0.00 | FA |
| **27** | **Assets     Totals     (Excluding unknown values)** | **$12,964,088.00** | **$277,049.91** | | **$277,037.91** | **$12.00** |

**Major Activities Affecting Case Closing:**

12/6/19-
Trustee to review possible interest in debtor's real estate
Trustee to review possible claims debtor has against various individuals.

**Initial Projected Date Of Final Report (TFR):** 12/31/2020    **Current Projected Date Of Final Report (TFR):** 12/31/2020

17-50236-amk Doc 302 FILED 01/24/20 ENTERED 01/24/20 18:07:12 Page 2

# Form 2

## Cash Receipts And Disbursements Record

Page: 2-1

| | |
|---|---|
| Case No.: | 17-50236 |
| Case Name: | TELERICO, LOUIS ANTHONY |
| Taxpayer ID #: | **-***7844 |
| For Period Ending: | 01/24/2020 |

| | |
|---|---|
| Trustee Name: | KATHRYN A. BELFANCE (520210) |
| Bank Name: | Mechanics Bank |
| Account #: | ******7900 Checking |
| Blanket Bond (per case limit): | $1,500,000.00 |
| Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/04/19 | {3} | Ohio Real Title Agency, LLC | Sale of Vacant Lot | 1110-000 | 127,037.91 | | 127,037.91 |
| 11/07/19 | 101 | Stifel Nicolaus & Company, Inc. | Pursuant to Agreed Entry dated 12/20/18 | 8500-000 | | 100,000.00 | 27,037.91 |
| 01/13/20 | {1} | Manley Deas Kochalski, LLC | carve out on real estate | 1110-000 | 150,000.00 | | 177,037.91 |
| 01/14/20 | 102 | Insurance Partners Agency, Inc. | Bond Premium Payment on Ledger Balance | 2300-000 | | 45.46 | 176,992.45 |
| 01/22/20 | 103 | Platinum Real Estate | Per Order dated 1/19/2020 | 3510-000 | | ! 9,045.00 | 167,947.45 |
| 01/23/20 | 104 | Stifel Nicolaus & Company, Inc. | Pursuant to Agreed Order dated 12/20/2018 | 8500-002 | | ! 17,992.91 | 149,954.54 |
| | | | **COLUMN TOTALS** | | 277,037.91 | 127,083.37 | **$149,954.54** |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 277,037.91 | 127,083.37 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$277,037.91** | **$127,083.37** | |

{ } Asset Reference(s)  ! transaction has not been cleared

17-50236-amk   Doc 302   FILED 01/24/20   ENTERED 01/24/20 18:07:12   Page 3 of 4

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| | |
|---|---|
| **Case No.:** | 17-50236 |
| **Case Name:** | TELERICO, LOUIS ANTHONY |
| **Taxpayer ID #:** | **-***7844 |
| **For Period Ending:** | 01/24/2020 |

| | |
|---|---|
| **Trustee Name:** | KATHRYN A. BELFANCE (520210) |
| **Bank Name:** | Mechanics Bank |
| **Account #:** | ******7900 Checking |
| **Blanket Bond (per case limit):** | $1,500,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7900 Checking | $277,037.91 | $127,083.37 | $149,954.54 |
| | **$277,037.91** | **$127,083.37** | **$149,954.54** |

17-50236-amk    Doc 302    FILED 01/24/20    ENTERED 01/24/20 18:07:12    Page 4