

ENTERED PURSUANT TO ADMINISTRATIVE ORDER NO. 19-03.
JOSIAH C. SELL, CLERK OF BANKRUPTCY COURT

BY: /s/ Brenda Heminger
    Deputy Clerk

Dated: 10:08 AM April 2 2021

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | **CASE NO. 17-50236** |
| | ) | **CHAPTER 7** |
| LOUIS ANTHONY TELERICO | ) | **JUDGE ALAN M. KOSCHIK** |
| | ) | |
| | ) | **ORDER COMPELLING** |
| | ) | **ATTENDANCE** |
| | ) | **AT EXAMINATION** |
| | ) | **UNDER RULE 2004** |
| DEBTOR | ) | |

This matter came before the Court upon the Trustee's Amended Motion to Compel Attendance at Examination Under Rule 2004(d) to the Debtor, Louis Anthony Telerico, P.O. Box 928, Aurora, OH 44202. It appearing to the Court that said Motion is well taken; it is accordingly **ORDERED** that the Debtor, Louis Anthony Telerico, of P.O. Box 928, Aurora, OH 44202: 1) submit all documents listed

in "Exhibit A" to the Trustee at the Trustee's office, **no later than 3 days prior to the scheduled examination**; and 2) to appear virtually via Zoom **on April 23, 2021, at 1:00 p.m.,** in order that the Trustee may conduct an examination of said individual pursuant to Rule 2004 of the Bankruptcy Rules.

**IT IS SO ORDERED.**

###

**SUBMITTED BY:**

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**
*Chapter 7 Trustee*
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000
(330) 434-9220 fax
kb@rlbllp.com

## CERTIFICATE OF SERVICE

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Susan J. Lax, at susan.lax@hotmail.com
Frederic P. Schwieg, at fschwieg@schwieglaw.com
Todd A. Atkinson, at tatkinson@ulmer.com
Philip Leonard Bednar, at philip.l.bednar@usdoj.gov
Bryan J. Farkas, at bjfarkas@vorys.com
Scott D. Fink, at ecfndoh@weltman.com
Stephen R. Franks, at amps@manleydeas.com
Bryan T. Kostura, at bkostura@mcglinchey.com
Allison Manayan, at amanayan@portageco.com
Michael J. Occhionero, at mjocolpa@sbcglobal.net
James W. Sandy, at jsandy@mcglinchey.com
Richard P. Schroeter, at rschroeter@amer-collect.com
David J. Sternberg, at djsternberg@ameritech.net
Joshua Ryan Vaughan, at jvaughan@amer-collect.com
Steven L. Wasserman, at swasserman@westonhurd.com
Maria D. Giannirakis, ust06 maria.d.giannirakis@usdoj.gov
Scott R. Belhorn, ust35 Scott.R.Belhorn@usdoj.gov
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

And by regular U.S. mail, postage prepaid, on:

Louis Anthony Telerico, Debtor, P.O. Box 928, Aurora, OH 44202
Also served at 545 Bristol Dr., Aurora, OH 44202
Christopher J. Niekamp, 23 S. Main Street, Akron, OH 44308
Adam M. Meehan, Smith & Downey, P.A., 320 E. Towsontown Blvd., Suite 1 East, Baltimore, MD 21286

# EXHIBIT "A"

**Please produce for copying and inspection the following documents:**

1. Any and all documents and information pertaining to J.P. Morgan Chase account number ending in x6766, including but not limited to copies of all bank statements on said account for the period of January 1, 2020 through and including February 28, 2021;

2. Copies of any and all correspondence directed to Bank of America regarding distributions from the Merrill Lynch Deferred Compensation Plan;

3. Copy of Divorce Decree and Separation Agreement, together with any and all exhibits, respecting your divorce from Elaine Telerico.

4. 1040 personal income tax returns for the years 2017, 2018 and 2019 together with all schedules, including K-1's, 1099's and W-2 forms;

5. Tax returns pertaining to all business entities in which you had or have an interest for the years 2017, 2018 and 2019;

6. K-1's, 1099's and W-2 statements for the year 2020.