This document was signed electronically on June 4, 2021, which may be different from its entry on the record.

IT IS SO ORDERED.

Dated:  June 4, 2021



**ALAN M. KOSCHIK**
**U.S. Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 17-50236 |
| | ) | |
| LOUIS ANTHONY TELERICO | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | |
| | ) | CHAPTER 7 |
| | ) | |
| <u>DEBTOR</u> | ) | |

## ORDER FOR TURNOVER

This matter came before the Court upon the Trustee's Motion for Turnover, requesting that Chase be directed to turnover to the Trustee all funds held on deposit for and on behalf of Louis Anthony Telerico and/or the Louis A. Telerico Trust in Chase account ending in x6766.

It appearing to the Court that said Motion is well taken;

It is hereby accordingly **ORDERED, ADJUDGED and DECREED** that Chase shall turnover to the Trustee, Kathryn A. Belfance, all funds held on deposit in Chase account number ending in x6766 up to and including $23,580.64 within seven (7) days of the entry of this Order.

**IT IS SO ORDERED.**

###

**SUBMITTED BY:**

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**
*Chapter 7 Trustee*
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com

# CERTIFICATE OF SERVICE

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Susan J. Lax, at susan.lax@hotmail.com
Frederic P. Schwieg, at fschwieg@schwieglaw.com
Todd A. Atkinson, at tatkinson@ulmer.com
Philip Leonard Bednar, at philip.l.bednar@usdoj.gov
Bryan J. Farkas, at bjfarkas@vorys.com
Scott D. Fink, at ecfndoh@weltman.com
Stephen R. Franks, at amps@manleydeas.com
Bryan T. Kostura, at bkostura@mcglinchey.com
Allison Manayan, at amanayan@portageco.com
Michael J. Occhionero, at mjocolpa@sbcglobal.net
James W. Sandy, at jsandy@mcglinchey.com
Richard P. Schroeter, at rschroeter@amer-collect.com
David J. Sternberg, at djsternberg@ameritech.net
Joshua Ryan Vaughan, at jvaughan@amer-collect.com
Steven L. Wasserman, at swasserman@westonhurd.com
Maria D. Giannirakis, ust06 maria.d.giannirakis@usdoj.gov
Scott R. Belhorn, ust35 Scott.R.Belhorn@usdoj.gov
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

By regular U.S. mail on:

Louis Anthony Telerico, Debtor, P.O. Box 928, Aurora, OH 44202
Also served at 545 Bristol Dr., Aurora, OH 44202
Christopher J. Niekamp, 23 S. Main Street, Akron, OH 44308
Adam M. Meehan, 320 W. Towsontown Blvd., Suite 1 East, Baltimore, MD 21286
JPMorgan Chase Bank, N.A., c/o its Statutory Agent, CT Corporation System, 4400 Easton Commons Way, Suite 125, Columbus, OH 43219