# IN THE UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 17-50236 |
| | ) | CHAPTER 7 |
| LOUIS ANTHONY TELERICO | ) | JUDGE ALAN M. KOSCHIK |
| | ) | |
| | ) | **MOTION TO COMPEL** |
| | ) | **ATTENDANCE AT EXAMINATION** |
| | ) | **UNDER RULE 2004** |
| Debtor | ) | |

Now comes the Trustee, Kathryn A. Belfance, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure moves the Court for an Order compelling Sharon Stephula of 545 Bristol Drive, Aurora, OH 44202-8590, to appear at **50 S. Main Street, 10th Floor, Akron, OH 44308 on the 9th day of August 2021, at 2:00 p.m.** to be examined under oath for the purposes set forth below. In support of this Motion, the Trustee states as follows:

1. Under Bankruptcy Rule 2004, upon motion of any party in interest, the Court may order any person to appear and be examined and to produce documents on any matter relating to the acts, conduct, liabilities, and financial condition of the Debtor, as well as any other matter that may affect the administration of the Debtor's estate.

2. The Trustee wishes to examine Sharon Stephula regarding the deposit of the debtor's retirement funds into her personal checking account.

**WHEREFORE**, the Trustee prays the Court for an Order compelling Sharon Stephula to appear for examination at the time and place stated above; and for such other and further relief as the Court deems appropriate.

Respectfully submitted,

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**
*Chapter 7 Trustee*
50 S. Main Street, 10th Floor
Akron, Ohio 44308
(330) 434-3000, telephone
(330) 434-9220, fax
kb@rlbllp.com

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of July 2021, a true and correct copy of the foregoing Motion to Compel was served as follows:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Office of the U.S. Trustee
Susan J. Lax, at susan.lax@hotmail.com
Frederic P. Schwieg, at fschwieg@schwieglaw.com
Todd A. Atkinson, at tatkinson@ulmer.com
Philip Leonard Bednar, at philip.l.bednar@usdoj.gov
Bryan J. Farkas, at bjfarkas@vorys.com
Scott D. Fink, at ecfndoh@weltman.com
Stephen R. Franks, at amps@manleydeas.com
Bryan T. Kostura, at bkostura@mcglinchey.com
Allison Manayan, at amanayan@portageco.com
Michael J. Occhionero, at mjocolpa@sbcglobal.net
James W. Sandy, at jsandy@mcglinchey.com
Richard P. Schroeter, at rschroeter@amer-collect.com
David J. Sternberg, at djsternberg@ameritech.net
Joshua Ryan Vaughan, at jvaughan@amer-collect.com
Steven L. Wasserman, at swasserman@westonhurd.com
Maria D. Giannirakis, ust06 maria.d.giannirakis@usdoj.gov
Scott R. Belhorn, ust35 Scott.R.Belhorn@usdoj.gov
Kathryn A. Belfance, Trustee, at kb@rlbllp.com

And by regular U.S. mail, postage prepaid, on:

Louis Anthony Telerico, Debtor, P.O. Box 928, Aurora, OH 44202
Also served at 545 Bristol Dr., Aurora, OH 44202
Sharon Stephula, 545 Bristol Drive, Aurora, OH 44202
Also served at P.O. Box 928, Aurora, OH 44202
Christopher J. Niekamp, 23 S. Main Street, Akron, OH 44308
Adam M. Meehan, Smith & Downey, P.A., 320 E. Towsontown Blvd., Suite 1 East, Baltimore, MD 21286

/s/ KATHRYN A. BELFANCE
**KATHRYN A. BELFANCE (0018035)**