# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

**Case No.:** 17-50236
**Case Name:** TELERICO, LOUIS ANTHONY
**For Period Ending:** 12/31/2022

**Trustee Name:** (520210) Kathryn A. Belfance
**Date Filed (f) or Converted (c):** 04/18/2019 (c)
**§ 341(a) Meeting Date:** 06/04/2019
**Claims Bar Date:** 04/27/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 545 Bristol Dr, Aurora, OH 44202-0000, Portage County | 10,966,000.00 | 150,000.00 | | 150,000.00 | FA |
| 2 | Glengarry lot 130 R, Aurora, OH 44202-0000 | 675,000.00 | 163,900.00 | | 163,900.00 | FA |
| 3 | Lot 132 Bristol Dr, Aurora, OH 44202-0000, Portage County | 275,000.00 | 140,000.00 | | 140,000.00 | FA |
| 4 | misc | 3,200.00 | 0.00 | | 0.00 | FA |
| 5 | cell phone | 300.00 | 0.00 | | 0.00 | FA |
| 6 | clock | 500.00 | 0.00 | | 0.00 | FA |
| 7 | golf clubs, excerise equip | 2,800.00 | 0.00 | | 0.00 | FA |
| 8 | misc clothing | 1,500.00 | 0.00 | | 0.00 | FA |
| 9 | watch | 250.00 | 0.00 | | 0.00 | FA |
| 10 | Pension: Retirement: Metlife | 11,434.00 | 0.00 | | 0.00 | FA |
| 11 | Pension: Retirement: Merrill Lynch | 142,271.00 | 0.00 | | 0.00 | FA |
| 12 | Louis A. Telerico Amended and Restated Revocable Trust | Unknown | Unknown | | 0.00 | FA |
| 13 | Insurance and secitiey delaer licences | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Owed Other: Brian Zeid owes $45,000.00 for non-payment of rent | 45,000.00 | 0.00 | | 0.00 | FA |
| 15 | Owed Other: Tenora Edwards Judgment | 32,908.00 | 0.00 | | 0.00 | FA |
| 16 | Owed Other: William T Hunt rent 685 Hardwicke | 40,425.00 | 0.00 | | 0.00 | FA |
| 17 | Owed Other: Mark Telerico (Son) loan | 30,000.00 | 0.00 | | 0.00 | FA |
| 18 | Owed Other: Steve Penton (Son in law) | 10,000.00 | 0.00 | | 0.00 | FA |
| 19 | Owed Other: Elaine Telerico share of mortgage payments | 701,250.00 | 0.00 | | 0.00 | FA |
| 20 | Owed Other: Elaine Telerico gold coins | 6,250.00 | 0.00 | | 0.00 | FA |
| 21 | Owed Other: Elaine Telerico personal property share from divorce | 20,000.00 | 0.00 | | 0.00 | FA |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Page: 1-2

**Case No.:** 17-50236  
**Case Name:** TELERICO, LOUIS ANTHONY  
**For Period Ending:** 12/31/2022

**Trustee Name:** (520210) Kathryn A. Belfance  
**Date Filed (f) or Converted (c):** 04/18/2019 (c)  
**§ 341(a) Meeting Date:** 06/04/2019  
**Claims Bar Date:** 04/27/2020

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 22 | Owed Other: Bank of America counterclaim 3,000,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 23 | Owed Other: Stifel Nicolaus breach of employment agreement 1,000,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 24 | Owed Other: 400,000.00 Stifel Bank breach of employment agreement | Unknown | 0.00 | | 0.00 | FA |
| 25 | Owed Other: Dollar Bank lender liability claim of 3,000,000.00 | Unknown | 0.00 | | 0.00 | FA |
| 26 | Insurance: VOYA policy for $1 million: Debtor | Unknown | 0.00 | | 0.00 | FA |
| 27 | Insurance: Hartford Insurance Policy Term Life: Dollar Bank; First National Bank; Wife | 0.00 | 0.00 | | 0.00 | FA |
| 28 | Compromise with Merrill Lynch (u) | 0.00 | 55,158.91 | | 55,158.91 | FA |
| **28** | **Assets** **Totals** (Excluding unknown values) | **$12,964,088.00** | **$509,058.91** | | **$509,058.91** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/6/19-  
Trustee to review possible interest in debtor's real estate  
Trustee to review possible claims debtor has against various individuals.  
3/18/2020-  
Appointing real estate agent to sell property.  
12/30/2020-  
Compromise with Merrill Lynch for $15,000.00.  
Looking into funds the Debtor received from Bank of America.  
Motion to Show Cause Hearing set for 3/3/2021.  
12/30/2021-  
Trustee to file Adversary Complaint against Debtor.  
12/30/2022-  
Trustee to file Fee App and TFR.

**Initial Projected Date Of Final Report (TFR):** 06/30/2023  
**Current Projected Date Of Final Report (TFR):** 06/30/2023

# Form 2
## Cash Receipts And Disbursements Record

| | |   | | |
|---|---|---|---|---|
| Case No.: | 17-50236 | Trustee Name: | Kathryn A. Belfance (520210) | |
| Case Name: | TELERICO, LOUIS ANTHONY | Bank Name: | Mechanics Bank | |
| Taxpayer ID #: | **-***7844 | Account #: | ******7900 Checking | |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $1,500,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/04/19 | | Ohio Real Title Agency, LLC | Sale of Vacant Lot | | 127,037.91 | | 127,037.91 |
| | {3} | | Sale of Real estate $140,000.00 | 1110-000 | | | |
| | | | current real estate taxes -$3,030.00 | 2820-000 | | | |
| | | | Settlement Charges -$1,665.00 | 2500-000 | | | |
| | | | Delinquent real estate taxes -$8,267.09 | 4700-000 | | | |
| 11/07/19 | 101 | Stifel Nicolaus & Company, Inc. | Pursuant to Agreed Entry dated 12/20/18 | 4110-000 | | 100,000.00 | 27,037.91 |
| 01/13/20 | {1} | Manley Deas Kochalski, LLC | 506(c) fees received | 1110-000 | 150,000.00 | | 177,037.91 |
| 01/14/20 | 102 | Insurance Partners Agency, Inc. | Bond Premium Payment on Ledger Balance | 2300-000 | | 45.46 | 176,992.45 |
| 01/22/20 | 103 | Platinum Real Estate | Per Order dated 1/19/2020 | 3510-000 | | 9,045.00 | 167,947.45 |
| 01/23/20 | 104 | Stifel Nicolaus & Company, Inc. | Pursuant to Agreed Order dated 12/20/2018 | 4110-000 | | 17,992.91 | 149,954.54 |
| 03/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 119.83 | 149,834.71 |
| 04/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 239.48 | 149,595.23 |
| 05/29/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 231.13 | 149,364.10 |
| 06/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 254.65 | 149,109.45 |
| 07/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 246.27 | 148,863.18 |
| 08/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 230.00 | 148,633.18 |
| 09/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 253.42 | 148,379.76 |
| 10/02/20 | | McKinley Title Agency, Inc. | Sale of vacant Lot **-***-**-**-**3-001 | | 13,960.49 | | 162,340.25 |
| | {2} | | Sale of vacant Lot **-***-**-**-**3-001 $46,200.00 | 1110-000 | | | |
| | | | Real Estate taxes -$1,619.80 | 2820-000 | | | |
| | | | Settlement Charges -$434.80 | 2500-000 | | | |
| | | | Page Subtotals: | | $290,998.40 | $128,658.15 | |

{ } Asset Reference(s)   ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-2

| Case No.: | 17-50236 | Trustee Name: | Kathryn A. Belfance (520210) |
|---|---|---|---|
| Case Name: | TELERICO, LOUIS ANTHONY | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***7844 | Account #: | ******7900 Checking |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | Delinquent real estate taxes  -$18,282.03 | 4700-000 | | | |
| | | | Delinquent HOA Fees  -$11,902.88 | 4120-000 | | | |
| 10/06/20 | | McKinley Title Agency, Inc. | Sale of vacant lot **-***-**-**-**3-002 | | 81,229.79 | | 243,570.04 |
| | {2} | | Sale of Parcel No. **-***-**-**-**3-002  $117,700.00 | 1110-000 | | | |
| | | | Real Estate taxes  -$1,943.51 | 2820-000 | | | |
| | | | Settlement Charges  -$720.80 | 2500-000 | | | |
| | | | Delinquent real estate taxes  -$21,903.02 | 4700-000 | | | |
| | | | Delinquent HOA fees  -$11,902.88 | 4120-000 | | | |
| 10/08/20 | 105 | Stifel Nicolaus & Company, Inc. | Pursuant to Agreed Order dated 12/20/2018 | 4110-000 | | 7,007.09 | 236,562.95 |
| 10/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 355.29 | 236,207.66 |
| 11/30/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 366.07 | 235,841.59 |
| 12/03/20 | 106 | Richard Kiko | Per Order dated 11/25/2020 | | | 16,612.55 | 219,229.04 |
| | | | Per Order dated 11/25/2020  $1,712.55 | 3620-000 | | | |
| | | | Per Order dated 11/25/2020  $14,900.00 | 3610-000 | | | |
| 12/11/20 | 107 | Insurance Partners | | 2300-000 | | 72.16 | 219,156.88 |
| 12/31/20 | | Mechanics Bank | Bank and Technology Services Fees | 2600-000 | | 399.60 | 218,757.28 |
| 01/13/21 | | Transfer Debit to People's United Bank acct XXXXXX9885 | Transition Debit to People's United Bank acct XXXXXX9885 | 9999-000 | | 218,757.28 | 0.00 |

Page Subtotals: $81,229.79  $243,570.04

{ } Asset Reference(s)
! transaction has not been cleared

17-50236-amk    Doc 374    FILED 01/27/23    ENTERED 01/27/23 15:20:27    Page 4 of 8

# Form 2
## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| Case No.: | 17-50236 | Trustee Name: | Kathryn A. Belfance (520210) | |
| Case Name: | TELERICO, LOUIS ANTHONY | Bank Name: | Mechanics Bank | |
| Taxpayer ID #: | **-***7844 | Account #: | ******7900 Checking | |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $1,500,000.00 | |
| | | Separate Bond (if applicable): | N/A | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |

| | | | Deposit | Disbursement | Account Balance |
|---|---|---|---|---|---|
| | | COLUMN TOTALS | 372,228.19 | 372,228.19 | $0.00 |
| | | Less: Bank Transfers/CDs | 0.00 | 218,757.28 | |
| | | Subtotal | 372,228.19 | 153,470.91 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $372,228.19 | $153,470.91 | |

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-4

| Case No.: | 17-50236 | Trustee Name: | Kathryn A. Belfance (520210) |
|---|---|---|---|
| Case Name: | TELERICO, LOUIS ANTHONY | Bank Name: | People's United Bank |
| Taxpayer ID #: | **-***7844 | Account #: | ******9885 Checking Account |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/13/21 | | Transfer Credit from Mechanics Bank acct XXXXXX7900 | Transition Credit from Mechanics Bank acct XXXXXX7900 | 9999-000 | 218,757.28 | | 218,757.28 |
| 01/29/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 338.89 | 218,418.39 |
| 02/25/21 | {28} | Fidelity Workplace Services, LLC | Deferred compensation from Merrill Lynch | 1229-000 | 24,389.31 | | 242,807.70 |
| 02/26/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 326.72 | 242,480.98 |
| 03/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 427.49 | 242,053.49 |
| 04/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 387.94 | 241,665.55 |
| 05/28/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 361.50 | 241,304.05 |
| 06/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 425.41 | 240,878.64 |
| 07/30/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 386.06 | 240,492.58 |
| 08/31/21 | | People's United Bank | Bank and Technology Services Fees | 2600-000 | | 411.14 | 240,081.44 |
| 09/28/21 | | Transition Transfer Credit Adj. | Transition Transfer Credit Adj. | 9999-000 | | -240,081.44 | 480,162.88 |
| 09/28/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX6754 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX6754 | 9999-000 | | 240,081.44 | 240,081.44 |
| 09/28/21 | | Transfer Debit to Metropolitan Commercial Bank acct XXXXXX6754 | Transition Debit to Metropolitan Commercial Bank acct XXXXXX6754 | 9999-000 | | 240,081.44 | 0.00 |
| | | **COLUMN TOTALS** | | | 243,146.59 | 243,146.59 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 218,757.28 | 240,081.44 | |
| | | **Subtotal** | | | 24,389.31 | 3,065.15 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$24,389.31** | **$3,065.15** | |

{ } Asset Reference(s)

! transaction has not been cleared

17-50236-amk    Doc 374    FILED 01/27/23    ENTERED 01/27/23 15:20:27    Page 6 of 8

# Form 2
## Cash Receipts And Disbursements Record

Page: 2-5

| Case No.: | 17-50236 | Trustee Name: | Kathryn A. Belfance (520210) |
|---|---|---|---|
| Case Name: | TELERICO, LOUIS ANTHONY | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***7844 | Account #: | ******6754 Checking Account |
| For Period Ending: | 12/31/2022 | Blanket Bond (per case limit): | $1,500,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/28/21 | | Transfer Credit from People's United Bank acct XXXXXX9885 | Transition Credit from People's United Bank acct XXXXXX9885 | 9999-000 | 240,081.44 | | 240,081.44 |
| 09/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 384.78 | 239,696.66 |
| 10/29/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 371.36 | 239,325.30 |
| 11/30/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 409.14 | 238,916.16 |
| 12/15/21 | 1000 | Insurance Partners | BOND PAYMENT | 2300-000 | | 72.91 | 238,843.25 |
| 12/31/21 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 395.64 | 238,447.61 |
| 01/21/22 | {28} | Fidelity Workplace Services, LLC | Deferred compensation plan | 1229-000 | 30,769.60 | | 269,217.21 |
| 01/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 377.64 | 268,839.57 |
| 02/28/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 402.19 | 268,437.38 |
| 03/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 473.29 | 267,964.09 |
| 04/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 415.15 | 267,548.94 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 414.51 | 267,134.43 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 471.02 | 266,663.41 |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 413.14 | 266,250.27 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 469.40 | 265,780.87 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 425.97 | 265,354.90 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 411.11 | 264,943.79 |
| 11/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 452.98 | 264,490.81 |
| 12/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 423.90 | 264,066.91 |

|  | COLUMN TOTALS | 270,851.04 | 6,784.13 | $264,066.91 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CDs | 240,081.44 | 0.00 | |
|  | Subtotal | 30,769.60 | 6,784.13 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | NET Receipts / Disbursements | $30,769.60 | $6,784.13 | |

{ } Asset Reference(s)     17-50236-amk    Doc 374    FILED 01/27/23    ENTERED 01/27/23 15:20:27    Page 7 of 8    !-transaction has not been cleared

# Form 2
# Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-50236 | | **Trustee Name:** | Kathryn A. Belfance (520210) |
| **Case Name:** | TELERICO, LOUIS ANTHONY | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7844 | | **Account #:** | ******6754 Checking Account |
| **For Period Ending:** | 12/31/2022 | | **Blanket Bond (per case limit):** | $1,500,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7900 Checking | $372,228.19 | $153,470.91 | $0.00 |
| ******9885 Checking Account | $24,389.31 | $3,065.15 | $0.00 |
| ******6754 Checking Account | $30,769.60 | $6,784.13 | $264,066.91 |
| | **$427,387.10** | **$163,320.19** | **$264,066.91** |